UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAFESSA SYEED                                               :

              Plaintiff,                  :     ORDER

-v.-                                                        :
                                                            24 Civ. 6101 (GHW) (GWG)

BLOOMBERG L.P.,                                             :

              Defendant.                  :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Order of Automatic Referral to Mediation (Docket # 12) is hereby vacated. The parties shall write to the Court as soon as they are prepared to participate in mediation or in a settlement conference.

SO ORDERED.

Dated: September 18, 2024
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge