UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAFESSA SYEED                                               :

                                              Plaintiff,   :   ORDER

                                                         :   24 Civ. 6101 (GHW) (GWG)

-v.-
                                                         :

BLOOMBERG L.P.                                              :

                                              Defendant.   :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference to discuss Docket # 41 shall take place on Tuesday, August 26, 2025, at 11:30 a.m.

      At the above date and time, the parties shall dial 646-453-4442 and use access code: 713 762 923#.   The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.   In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                                                                        GABRIEL W. GORENSTEIN
                                                                                        United States Magistrate Judge