

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

**MEMORANDUM ENDORSED**

September 26, 2025

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF**

The Honorable Gabriel W. Gorenstein
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Nafeesa Syeed v. Bloomberg L.P.*, **Case No. 24-cv-06101 (GHW) (GWG)**

Dear Judge Gorenstein:

We represent Bloomberg L.P. ("BLP") in the above-referenced matter. Pursuant to Your Honor's Individual Rule of Practice in Civil Cases 1.F,[1] BLP respectfully requests that the Court adjourn the conference currently scheduled for Tuesday, September 30 at 2:30 p.m.[2] to **Friday, October 3 at 3:00 p.m.** Plaintiff consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel of Record (via ECF)

Conference adjourned to October 3, 2025, at 3:00 p.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 29, 2025