Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

MEMORANDUM ENDORSED

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

February 10, 2025

**By ECF**

The Honorable Gabriel W. Gorenstein
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Nafeesa Syeed v. Bloomberg L.P.*, **Case No. 24-cv-06101 (GHW) (GWG)**

Dear Judge Gorenstein:

We represent Bloomberg L.P. ("BLP") in the above-referenced matter. Pursuant to Your Honor's Individual Rule of Practice in Civil Cases 1.F and Paragraph 8 of the Standing Order Applicable to Settlement Conferences,[1] BLP respectfully requests that the Court adjourn the settlement conference currently scheduled for **Tuesday, February 17 at 2:30 p.m.**[2] to **March 2, 2026 at 10 a.m.** BLP is requesting an adjournment of the conference so that its Deputy General Counsel, Amin Kassam (who has a conflicting commitment on February 17 that cannot be changed), can attend; we believe that his attendance will result in a more meaningful settlement conference. BLP is not seeking an adjournment of the other submission dates and the required documents will be submitted later today.

This is the first request for an adjournment of the settlement conference, and Plaintiff consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:    All Counsel of Record (by ECF)

Conference adjourned to March 2, 2026 at 10:00 a.m. The provisions of Docket # 67 are otherwise in effect.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 10, 2026