**PROSKAUER ROSE LLP**
Elise M. Bloom, Esq.
Michelle A. Annese, Esq.
Matthew S. Rosenthal, Esq.
Eleven Times Square
New York, New York 10036-8299
Tel. 212.969.3000
Fax 212.969.2900
ebloom@proskauer.com
mannese@proskauer.com
msrosenthal@proskauer.com

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
Tel. 617.526.9850
mbatten@proskauer.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NAFEESA SYEED, | : | |
| | : | |
| | : | Case No. 24-cv-6101 (GHW) (GWG) |
| Plaintiff, | : | |
| | : | **ECF CASE** |
| v. | : | |
| | : | **DEFENDANT'S STATEMENT OF** |
| BLOOMBERG L.P., | : | **UNDISPUTED MATERIAL FACTS** |
| | : | **PURSUANT TO LOCAL RULE 56.1** |
| Defendant. | : | |
| | : | |

Pursuant to Local Civil Rule 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendant Bloomberg L.P. ("Defendant" or "BLP") hereby submits the following Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment.

## I.  PLAINTIFF'S EMPLOYMENT WITH BLP.

1.  Plaintiff Nafeesa Syeed ("Plaintiff") began working for BLP as a Reporter in its Dubai news bureau on October 19, 2014.  (Declaration of Elise M. Bloom, Esq. In Support of Defendant's Motion for Summary Judgment ("Bloom Decl."), Ex. A ("Syeed Tr."), at 12:21-23; Bloom Decl., Ex. B ("Syeed EIR"), at BLP_NS_0000106; Bloom Decl. Ex. C ("Faries Tr."), at 75:18-77:15.)

2.  In or about April 2016, Plaintiff transferred to BLP's Washington, D.C. bureau, after she expressed interest in relocating from Dubai to the U.S.  (Bloom Decl., Ex. A, Syeed Tr. at 14:18-15:15; Bloom Decl., Ex. B, Syeed EIR, at BLP_NS_0000106.)

3.  As a Reporter in the D.C. bureau, Plaintiff worked on the National Security Team and covered technology, national security, and foreign policy, with an emphasis on cybersecurity. (Bloom Decl., Ex. A, Syeed Tr. at 15:16-23, Bloom Decl., Ex. B, Syeed EIR, at BLP_NS_0000106.)

4.  From April 2016 through June 8, 2018, Plaintiff directly reported to Bill Faries ("Faries"), then the Team Leader of the National Security Team in the Washington, D.C. bureau. (Bloom Decl., A, Syeed Tr. at 83:15-17, 76:8-10; Bloom Decl., Ex. C, Faries Tr. at 117:9-15; Bloom Decl., Ex. B, Syeed EIR, at BLP_NS_0000106.)

5.  Faries reported to Mike Shepard ("Shepard"), who, in 2018, was a Managing Editor in the D.C. bureau.  (Bloom Decl., Ex. C, Faries Tr. at 14:14-22; Bloom Decl., Ex. D ("Shepard Tr."), at 21:25-22:17.)

6.  Shepard reported to Craig Gordon, who was Managing Editor in the D.C. bureau until his promotion in 2017 to Executive Editor and Bureau Chief of the D.C. bureau.  (Bloom

Decl., Ex. D, Shepard Tr. at 19:18-24; Bloom Decl., Ex. E ("Gordon Tr."), at 13:10-13, 17:17-20, 20:4-7, 21:5-10.)

7. In 2018, Gordon reported to Wes Kosova, who was then Senior Executive Editor in the D.C. bureau overseeing BLP's U.S. and international government news team. (Declaration of Wes Kosova ("Kosova Decl."), ¶¶ 1, 2.)

## II. PLAINTIFF'S PERFORMANCE AS A REPORTER WAS ADEQUATE, BUT THERE WERE IMPORTANT AREAS IN NEED OF IMPROVEMENT.

8. Plaintiff received a 2016 Year-End Performance Evaluation Statement. (Bloom Decl., Ex. C, Faries Tr. at 150:4-18; Bloom Decl. Ex. F ("Syeed 2016 Year-End Performance Evaluation Statement").)

9. In the "Areas of Improvement" section of the 2016 Year-End Performance Evaluation Statement, the evaluator wrote, in part: "Break more scoops from the cyber and intel area." (Bloom Decl., Ex. F, Syeed 2016 Year-End Performance Evaluation Statement, at BLP_NS_0000077; Bloom Decl., Ex. C, Faries Tr. at 166:6-12.)

10. In the 2016 Year-End Performance Evaluation Statement, the evaluator noted: "[Plaintiff's] achievements . . . made her the go-to person on our team and our confidence in her is reflected in the improvement in her ratings across the board from the mid-year evaluation." (Bloom Decl., Ex. F, Syeed 2016 Year-End Performance Evaluation, at BLP_NS_0000077.)

11. Plaintiff received a 2017 Interim Performance Evaluation. (Bloom Decl., Ex. G ("Syeed 2017 Interim Performance Evaluation"); Bloom Decl., Ex. C, Faries Tr. at 170:9-23.)

12. In the 2017 Interim Performance Evaluation, the evaluator wrote, in part: "it would be good for Nafeesa to be the lead writer on more of those stories rather than receiving an assist or second byline. We want to work more closely with her to tap her sourcing network into more frequent and exclusive stories that will distinguish our reporting and bring her hard, behind the

3

scenes work, greater exposure." (Bloom Decl., Ex. G, Syeed 2017 Interim Performance Evaluation, at BLP_NS_0000088.)

13. Plaintiff received a 2017 Year-End Performance Evaluation. (Bloom Decl., Ex. H ("Syeed 2017 Year-End Performance Evaluation"); Bloom Decl., Ex. C, Faries Tr. at 187:4-19.)

14. In the 2017 Year-End Performance Evaluation, the evaluator noted the following: "[Plaintiff's] tally of exclusives, approximately 32, is low for the national security team, and raising that number is a goal for 2018"; "[Plaintiff] should be more aggressive in pitching story ideas – both breaking news and enterprise"; and "[w]e'd like to see her count of exclusives and, just as important, day-to-day stories, rise relative to her peers on the team." (Bloom Decl., Ex. H, Syeed 2017 Year-End Performance Evaluation, at BLP_NS_0000090.)

15. In the 2017 Year-End Performance Evaluation, the evaluator wrote that Plaintiff's "initial drafts can also be too long and not filed as quickly as editors would also like." (Bloom Decl., Ex. H, Syeed 2017 Year-End Performance Evaluation, at BLP_NS_0000090.)

16. In the 2017 Year-End Performance Evaluation, the evaluator wrote that "editors believe that even with her successes to date, [Plaintiff] has considerable under-utilized potential to be an even better journalist." (Bloom Decl., Ex. H, Syeed 2017 Year-End Performance Evaluation, at BLP_NS_0000090.)

17. Faries conveyed to Plaintiff, both in her written performance evaluations and in verbal feedback, that she needed to improve her ability to break scoops, increase her productivity, and produce stories at a faster pace. (Bloom Decl., Ex. C, Faries Tr. at 166:6-23, 176:15-22, 187:13-19, 201:10-202:5.)

18. In 2016 and 2017, Plaintiff was invited to attend the Aspen Security Forum. (Bloom Decl., Ex. A, Syeed Tr. at 22:21-23:3.)

19. In February 2018, Gordon invited Plaintiff to attend a meeting at the Pakistani embassy. (Bloom Decl., Ex. A, Syeed Tr. at 221:22-222:4; Bloom Decl., Ex. E, Gordon Tr. at 213:19-214:13; Bloom Decl., Ex. I.)

20. In 2017, Plaintiff applied for a three-week, journalism fellowship in Jordan through Columbia University. (Bloom Decl., Ex. A, Syeed Tr. at 210:7-20; Bloom Decl., Ex. H, Syeed 2017 Year-End Performance Evaluation, at BLP_NS_0000090.)

21. Plaintiff applied for the Columbia fellowship before discussing it with her managers. (Bloom Decl., Ex. A, Syeed Tr. at 210:21-211:7; Bloom Decl., Ex. C, Faries Tr. at 195:22-196:25, 198:3-199:12.)

22. Faries and Shepard sought and obtained approval for Plaintiff's participation in the fellowship. (Bloom Decl, Ex. A, Syeed Tr. at 210:21-211:19; Bloom Decl., Ex. C, Faries Tr. at 195:22-196:25; Bloom Decl., Ex. D, Shepard Tr. at 165:7-25, 186:20-187:6.)

23. While she participated in the Columbia fellowship, Plaintiff continued to be paid her full BLP salary. (Bloom Decl., Ex. A, Syeed Tr. at 210:7-16, 212:4-8; Bloom Decl., Ex. C, Faries Tr. at 194:11-195:21.)

24. Plaintiff's request to participate in the Columbia fellowship was highly unusual given her level of performance, as the opportunity to participate in a fellowship that required time away from BLP while continuing to be paid was a privilege typically reserved for star reporters. (Bloom Decl., Ex. C, Faries Tr. at 194:11-196:25.)

25. Plaintiff's managers hoped that her participation in the Columbia fellowship would jump start an improvement in her performance. (Bloom Decl., Ex. C, Faries Tr. at 194:11-195:21, 192:24-193:25; Bloom Decl., Ex. D, Shepard Tr. at 165:7-25.)

26. BLP published two articles that Plaintiff produced during her Columbia fellowship, both of which focused on the conflict in Yemen. (Bloom Decl., Ex. A, Syeed Tr. at 211:20-212:3; Bloom Decl., Ex. C, Faries Tr. at 192:10-23.)

27. Covering the conflict in Yemen was not a priority at the time for BLP. (Bloom Decl., Ex.C, Faries Tr. at 194:11-195:21.)

28. On April 18, 2018, Gordon emailed Faries, Shepard, and Larry Liebert stating, in pertinent part: "A major goal for us with [Plaintiff] this year is speed-to-market. All of her stories take longer than they should. Her productivity is not to my liking." (Bloom Decl., Ex. E, Gordon Tr. at 216:2-219:22; Bloom Decl., Ex. J, at BLP_NS_0000882.)

29. In the April 18, 2018 email, Gordon stated that he was "beginning to have significant doubts about whether [Plaintiff's] metabolism and, frankly, quality is up to [BLP's] standards," and "[w]e all have a soft spot for Nafeesa. But I want to be clear with everyone on this chain: Her continued employment at Bloomberg is an open question to me. I simply can't have a valuable bit of headcount taken up by a person who is working at the speed and quality of Nafeesa -- neither of which are acceptable to me." (Bloom Decl., Ex. E, Gordon Tr. at 222:13-224:13; Bloom Decl., Ex. J, at BLP_NS_0000882.)

30. Faries responded to Gordon's email: "Frankly I don't disagree with any of this." (Bloom Decl., Ex. K, at BLP_NS_0000914-915.)

31. Plaintiff's total compensation in 2016 was ███████—███████ in salary and ██████ in target bonus. (Bloom Decl., Ex. L ("Syeed 2016 Compensation Change Summary"), at BLP_NS_0000086; Bloom Decl., Ex. C, Faries Tr. at 260:10-262:23.)

32.     Plaintiff's total compensation in 2017 was ███████—███████ in salary and ████ in target bonus.  (Bloom Decl., Ex. M ("Syeed 2016/2017 Performance & Compensation Statement"), at BLP_NS_0000082; Bloom Decl., Ex. C, Faries Tr. at 262:24-264:11.)

33.     Plaintiff's total compensation in 2018 was ███████—███████ in salary and ████ in target bonus.  (Bloom Decl., Ex. N ("Syeed 2017/2018 Performance & Compensation Statement"), at BLP_NS_0000095; Bloom Decl., Ex. A, Syeed Tr. at 265:21-266:24.)

## III.    BLP ELIMINATES THE U.N. REPORTER POSITION AND REASSIGNS SOME OF ITS RESPONSIBILITIES TO ANOTHER REPORTER.

34.     On or about March 16, 2018, Kambiz Foroohar, a Reporter assigned to the United Nations ("U.N.") in the New York bureau, left his employment with BLP.  (Bloom Decl., Ex. A, Syeed Tr. at 76:2-25; Kosova Decl., ¶ 3.)

35.     On January 10, 2018, prior to Foroohar's departure, Rosalind Mathieson, an Executive Editor based in Singapore, emailed Faries and asked: "Is there still a question over the future of Kambiz and/or the UN role?"  (Bloom Decl., Ex. O; Bloom Decl., Ex. C, Faries Tr. at 273:16-274:22.)

36.     That same day, Faries responded, in pertinent part, "Yes" and "Is there a reason you're asking?"  (Bloom Decl., Ex. O.)

37.     On January 10, 2018, Mathieson replied to Faries: "oh just thinking about David Wainer in Israel, who is high-potential and someone we want to groom and keep.  He's pressing for a stint in the U.S. to give him international experience.  I'd reckon he'd take a job like the UN gig and really run with it -- hoover up gossip and contacts and turn it into something.  And then go back to the Middle East in a few years with extra skills/perspective into a more senior role.  Anyway the thought went through my mind.  Either that or how to try and persuade Wes to find him a spot in DC!  We don't want to lose him."  (Bloom Decl., Ex. O.)

7

38. In connection with Foroohar's departure from BLP, Kosova evaluated BLP's editorial needs and determined that there was no longer a need for a full-time U.N. reporter since the U.N. no longer regularly generated stories that resonated with BLP's core readers (*i.e.*, stories focused on foreign policy through a financial perspective or lens). (Kosova Decl., ¶ 4.)

39. Kosova believed that placing any reporter in a U.N.-specific position would not be beneficial to either BLP or the reporter as the U.N. simply did not generate enough significant stories on regular basis to keep a reporter sufficiently busy. (Kosova Decl., ¶ 5.)

40. Based on BLP's editorial priorities and business needs, Kosova determined that there was instead a significant need for a reporter in New York focused on foreign policy with the ability to cover both domestic and international developments from a global perspective. (Kosova Decl., ¶ 6.)

41. Reporting on the U.N. itself would be one component of this reporter's when significant news of interest to BLP's audience arose there, but day-to-day coverage of U.N. activities would not be this reporter's task. (Kosova Decl., ¶ 6.)

42. Instead, the U.N. would primarily serve as a "listening post" for the reporter to identify and inform foreign policy and national security news outside of the U.N. (Kosova Decl., ¶ 6.)

43. It was important to Kosova that the person in this role be able to break news at a fast pace and quickly write breaking news stories. (Kosova Decl., ¶ 7.)

44. Rather than filling the U.N. Reporter role vacated by Foroohar, Kosova made the decision to eliminate the dedicated U.N. Reporter position. (Kosova Decl., ¶ 8.)

45. Kosova decided to use the "headcount" associated with Foroohar to transfer David Wainer, a Reporter in BLP's Tel Aviv bureau to the New York bureau to report on a range of

topics, including foreign policy, U.S. and international stories, and, as needed, the U.N. (Kosova Decl., ¶ 9.)

46. Wainer had been employed with BLP as a Reporter since July 2009. (Kosova Decl., ¶ 10; Bloom Decl, Ex. C, Faries Tr. at 245:13-22.)

47. Wainer was interested in relocating to the United States for personal reasons and to gain international experience. (Kosova Decl., ¶ 11; Bloom Decl., Ex. O.)

48. Kosova held Wainer in high regard as a reporter and he – and others (including Ros Mathieson, an Executive Editor based in Singapore) – considered him a valuable journalist whom BLP should seek to retain. (Kosova Decl., ¶ 12; Bloom Decl., Ex. O.)

49. Based on Wainer's experience in the Tel Aviv bureau, as well as the quality of his reporting and his ability to break news stories, Kosova believed that Wainer was well-qualified to work as a reporter in the New York bureau, covering the types of domestic and international foreign policy stories that Kosova wanted the individual in that role to focus on. (Kosova Decl., ¶ 13.)

50. On March 27, 2018, Kosova emailed Reto Gregori, Deputy Editor-in-Chief. (Kosova Decl., ¶ 14; Kosova Decl., Ex. A; Bloom Decl., Ex. P ("Gregori Tr."), at 228:22-229:11.)

51. In the March 27, 2018 email, Kosova wrote, in part: "Here's what I'd like to do if ok with you: David Wainer will move to New York as a foreign policy reporter covering U.S.-international stories, which has been a problem for us and is a great need. He'll use the UN as a listening post but he won't be a UN reporter. He will take Kambiz's head and we will hire to replace [Wainer] in Tel Aviv or Jerusalem . . . ." (Kosova Decl., ¶ 14; Kosova Decl., Ex. A.)

52. In the March 27, 2018 email, Kosova also explained two other personnel moves to Gregori. (Kosova Decl., Ex. A.)

9

53. In the March 27, 2018 email, Kosova concluded by advising Gregori: "Making these moves will fill big holes in our US/international coverage and let us produce pieces that travel well across time zones. It fits with my diabolical plot to write more gov stories from a global perspective to showcase our reach and expertise. And it is headcount neutral. Ros and Riad are very eager to do it also. Cool with you?" (Kosova Decl., Ex. A.)

54. Gregori agreed with Kosova's plan, responding "ok" to his email on March 27, 2018. (Kosova Decl., Ex. A.)

55. Faries, Shepard, and Gordon were not involved in and did not make the decision to transfer Wainer to the New York bureau or to transfer some U.N. reporting duties to him. (Bloom Decl., Ex. C, Faries Tr. at 212:18-214:24; 226:23-228:6; Bloom Decl., Ex. D, Shepard Tr. at 134:9-135:2; 143:6-148:21; Bloom Decl., Ex. E, Gordon Tr. at 309:24-310:9.)

56. The decision to eliminate the dedicated U.N. Reporter position and to transfer Wainer to the New York bureau was made by Kosova. (Kosova Decl., ¶ 15.)

57. Wainer did not fill a dedicated U.N. Reporter position when he transferred to New York, as that position had been eliminated. (Kosova Decl., ¶ 16; Kosova Decl., Ex. A.)

58. On or about October 9, 2018, Wainer transferred from the Tel Aviv bureau to the New York bureau. (Kosova Decl., ¶ 17.)

59. In late January or early February 2018, Plaintiff told Faries that she was interested in relocating to New York to be closer to her husband's job in Philadelphia, and focusing her reporting on foreign policy and the Middle East. (Bloom Decl., Ex. A, Syeed Tr. at 102:9-105:25, 122:25-123:7, 168:11-19.)

60.     In or around March 2018, after learning of Foroohar's departure, Plaintiff alleges that she "expressed [her] interest" to Faries in filling the U.N. Reporter role, should it become available.  (Bloom Decl., Ex. A, Syeed Tr. at 76:2-77:6, 82:12-83:3.)

61.     Plaintiff never spoke to Kosova about her interest in the U.N. Reporter role. (Bloom Decl., Ex. A, Syeed Tr. at 140:10-141:7.)

62.     Plaintiff was unaware of Kosova's role in deciding to eliminate the U.N. Reporter role and transfer Wainer to New York until she reviewed BLP's document production in this case. (Bloom Decl., Ex. A, Syeed Tr. at 85:2-87:13.)

## IV.     PLAINTIFF VOLUNTARILY RESIGNS HER EMPLOYMENT WITH BLP ON JUNE 8, 2018.

63.     In or around late May or early June 2018, Plaintiff learned of the decision to transfer Wainer to New York.  (Bloom Decl., Ex. A, Syeed Tr. at 86:6-12, 110:13-21.)

64.     On June 5, 2018, Plaintiff met with Shepard to discuss her employment with BLP, including her thoughts about Wainer's transfer to New York.  (Bloom Decl., Ex. A, Syeed Tr. at 107:25-111:16; Bloom Decl., Ex. D, Shepard Tr. at 149:15-150:2.)

65.     During the June 5, 2018 meeting, Shepard asked Plaintiff about her career ambitions and where she wanted to be.  (Bloom Decl., Ex. A, Syeed Tr. at 110:13-111:16.)

66.     During the June 5, 2018 meeting, Plaintiff expressed that she was currently interested in covering foreign policy.  (Bloom Decl., Ex. A, Syeed Tr. at 107:15-108:9, 129:17-23; Bloom Decl., Ex. Q.)

67.     During the June 5, 2018 meeting, Shepard told Plaintiff that he "would move heaven and [e]arth to help her get a job in New York," noting that he had done so previously for a former intern.  (Bloom Decl., Ex. R; Bloom Decl., Ex. D, Shepard Tr. at 119:18-120:9, 148:23-149:14.)

68.     On June 5, 2018, Plaintiff emailed Shepard, writing: "Thanks very much for taking time to speak.  You asked about what I'd like to do in six months.  In case it wasn't clear from our conversation, I am currently interested in covering foreign policy, as I had conveyed earlier this year.  Just thought it would help to put in writing this time."  (Bloom Decl., Ex. Q.)

69.     On June 5, 2018, Shepard responded to Plaintiff's email, writing, in part: "I'm so glad we had the chance to talk at length today" and "I hope we can continue the conversation over the coming months."  (Bloom Decl., Ex. Q; Bloom Decl., Ex. A, Syeed Tr. at 108:20-109:4.)

70.     On June 8, 2018, Plaintiff voluntarily resigned her employment with BLP effective immediately.  (Bloom Decl., Ex. A, Syeed Tr. at 109:16-18, 152:19-25, 164:22-23.)

71.     Plaintiff first met with Faries, and then Shepard, informing them each of her resignation.  (Bloom Decl., Ex. A, Syeed Tr. at 142:18-23.)

72.     Shepard was surprised by Plaintiff's resignation.  (Bloom Decl., Ex. D, Shepard Tr. at 52:24-53:2.)

73.     Plaintiff spoke with Tamika Alexander (Human Resources Business Person for the D.C. bureau), who told Plaintiff that she had been speaking with Gordon about finding Plaintiff an opportunity in New York.  (Bloom Decl., Ex. A, Syeed Tr. at 143:14-18; Bloom Decl., Ex. R.)

74.     Kosova called Plaintiff and encouraged her to reconsider her resignation, asking if there was "anything [BLP] c[ould] do" to get her to stay.  (Bloom Decl., Ex. A, Syeed Tr. at 143:19-22.)

75.     Plaintiff told Kosova that it was "too late."  (Bloom Decl., Ex. A, Syeed Tr. at 143:22-23.)

76.     Wainer transferred to the New York bureau and joined the National Security Team on or around October 9, 2018.  (Kosova Decl., ¶ 17.)

**V.  FOR SEVERAL YEARS FOLLOWING HER VOLUNTARY RESIGNATION, PLAINTIFF MADE NO MEANINGFUL EFFORTS TO SEEK COMPARABLE EMPLOYMENT.**

77.  In June and July 2018, after Plaintiff had voluntarily resigned from BLP, she wrote two freelance articles for BLP.  (Bloom Decl., Ex. A, Syeed Tr. at 168:20-169:10, 216:10-14.)

78.  Plaintiff was paid ▮▮▮▮ for the two freelance articles she wrote for BLP.  (Bloom Decl., Ex. A, Syeed Tr. at 169:11-14, 216:15-20.)

79.  Plaintiff declined the opportunity to continue performing freelance work for BLP. (Bloom Decl., Ex. A, Syeed Tr. at 216:21-24.)

80.  In August or September 2018, Plaintiff traveled to India for three weeks to work on her novel.  (Bloom Decl., Ex. A, Syeed Tr. at 165:4-167:15.)

81.  From November 2018 through June 2019, Plaintiff was a Non-Resident Visiting Fellow at the University of Pennsylvania's Center for Advanced Study of India.  (Bloom Decl., Ex. A, Syeed Tr. at 173:3-174:24, 212:18-213:22; Bloom Decl., Ex. S ("Syeed Resume"), at SYEED000352.)

82.  Plaintiff did not earn any income in connection with her role as a Non-Resident Visiting Fellow.  (Bloom Decl., Ex. A, Syeed Tr. at 174:4-5.)

83.  From September 2019 through June 2020, Plaintiff was a Director's Visitor Fellow at the Institute for Advanced Study in Princeton, New Jersey.  (Bloom Decl., Ex. A, Syeed Tr. at 175:5-15; Bloom Decl., Ex. S, Syeed Resume, at SYEED000352.)

84.  Plaintiff did not report any income for the period during which she worked as a Director's Visitor Fellow.  (Bloom Decl., Ex. T ("Dwyer Report"), at 6.)

85. From October 2020 through May 2024, Plaintiff was a Visiting Scholar at the University of California, Los Angeles. (Bloom Decl., Ex. A, Syeed Tr. at 177:23-178:16, 179:12-180:8.)

86. Plaintiff did not earn any income in connection with her role as a Visiting Scholar. (Bloom Decl., Ex. T, Dwyer Report, at 6.)

87. While engaged in unpaid academic research positions, Plaintiff continued to work on her novel. (Bloom Decl., Ex. A, Syeed Tr. at 173:19-174:3, 175:5-20, 180:3-19.)

88. On March 5, 2019, Plaintiff applied for a Deputy Editor position at WeWork. (Bloom Decl., Ex. U.)

89. On September 1, 2020, Plaintiff submitted an application for an Editorial Writer position at the Los Angeles Times. (Bloom Decl., Ex. V.)

90. On October 26, 2020, Plaintiff applied for a Deputy Editor – Op-Ed position at the San Diego Tribune / Los Angeles Times. (Bloom Decl., Ex. W.)

91. On March 12, 2021, Plaintiff applied for a Copy Editor position at Buzzfeed. (Bloom Decl., Ex. X.)

92. On March 12, 2021, Plaintiff applied for an Associate Writer position at Snapchat. (Bloom Decl., Ex. Y.)

93. On March 12, 2021, Plaintiff applied for a Copy Editor / Copywriter position at the National Academy of Recording Arts. (Bloom Decl., Ex. Z.)

94. On March 12, 2021, Plaintiff applied for a News Editor position at Apple. (Bloom Decl., Ex. AA.)

95. On March 12, 2021, Plaintiff applied for a Copywriter position at COLOR. (Bloom Decl., Ex. BB.)

96. On March 12, 2021, Plaintiff applied for a Podcast Producer position at Little Everywhere. (Bloom Decl., Ex. CC.)

97. On August 5, 2021, Plaintiff applied for an Assistant Op-Ed Editor position at the Los Angeles Times. (Bloom Decl., Ex. DD.)

98. On October 27, 2021, Plaintiff received an offer for a position as an Assistant Op-Ed Editor at the Los Angeles Times. (Bloom Decl., Ex. EE.)

99. In December 2021, Plaintiff began working as an Assistant Op-Ed Editor at the Los Angeles Times. (Bloom Decl., Ex. EE, at SYEED000004; Bloom Decl., Ex. S, Syeed Resume, at SYEED000351; Bloom Decl., Ex. A, Syeed Tr. at 181:21-25.)

Dated: April 3, 2026
New York, New York

PROSKAUER ROSE LLP


*/s/ Elise M. Bloom*
Elise M. Bloom
Michelle A. Annese
Matthew S. Rosenthal
Eleven Times Square
New York, New York 10036
Tel. 212.969.3000
ebloom@proskauer.com
mannese@proskauer.com
msrosenthal@proskauer.com

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
Tel. 617.526.9850
mbatten@proskauer.com

*Attorneys for Defendant*
*Bloomberg L.P.*