NAFEESA SYEED,

                    Plaintiff,

        v.

BLOOMBERG L.P.,

                    Defendant.

Case No. 24-cv-6101 (GHW) (GWG)

**ECF CASE**

**DECLARATION OF**
**WESTON KOSOVA**

I, Weston Kosova, declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am currently editor-at-large for Bloomberg BUSINESSWEEK, based in Bloomberg L.P.'s ("BLP") Washington, D.C. news bureau. I am fully familiar with the facts set forth herein.

2.      In 2018, I held the position of Senior Executive Editor overseeing BLP's U.S. and international government news teams.

3.      On March 16, 2018, Kambiz Foroohar, a Reporter assigned to the United Nations ("U.N.") in the New York news bureau, left his employment with BLP.

4.      In connection with Mr. Foroohar's departure, I evaluated BLP's editorial needs and determined that there was no longer a need for a full-time U.N. reporter since the U.N. no longer regularly generated stories that resonated with BLP's core readers (*i.e.*, stories focused on foreign policy through a financial perspective or lens).

5.      It was my belief that placing any reporter in a U.N.-specific position would not be beneficial to either BLP or the reporter as the U.N. simply did not generate enough significant stories on regular basis to keep a reporter sufficiently busy.

6.      Based on BLP's editorial priorities and business needs, I determined that there was instead a significant need for a reporter in New York focused on foreign policy with the ability to

cover both domestic and international developments from a global perspective. Reporting on the U.N. itself would be one component of this reporter's job when significant news of interest to our audience arose there, but day-to-day coverage of U.N. activities would not be this reporter's task. Instead, the U.N. would primarily serve as a "listening post" for the reporter to identify and inform foreign policy and national security news outside of the U.N.

7. It was important that the person in this role be able to break news at a fast pace and quickly write breaking news stories.

8. Rather than filling the U.N. Reporter role vacated by Mr. Foroohar, I made the decision to eliminate the dedicated U.N. Reporter position.

9. I also decided to use the "headcount" associated with Mr. Foroohar to transfer David Wainer, a Reporter in BLP's Tel Aviv bureau, to the New York bureau to report on a range of topics, including foreign policy, U.S. and international stories and, as needed, the U.N.

10. Mr. Wainer began working for BLP as a Reporter in July 2009.

11. I was aware that Mr. Wainer wanted to relocate to the United States for personal reasons and to gain international experience.

12. I held Mr. Wainer in high regard as a reporter and I – and others (including Ros Mathieson, an Executive Editor based in Singapore) – considered him a valuable journalist whom BLP should seek to retain.

13. Based on Mr. Wainer's experience in the Tel Aviv bureau, as well as the quality of his reporting and his ability to break news stories, I believed that he was well-qualified to work as a reporter in the New York bureau, covering the types of domestic and international foreign policy stories that I wanted the individual in that role to focus on.

14. On March 27, 2018, I emailed Reto Gregori, Deputy Editor-in-Chief, and Mr. Gregori responded to my email that same day. Attached hereto as Exhibit A is a true and correct copy of the March 27, 2018 email string between me and Mr. Gregori.

15. Although Mr. Gregori approved my plan, it was my decision to eliminate the dedicated U.N. Reporter position and transfer Mr. Wainer to New York.

2

16.     As I explained in the March 27, 2018 email to Mr. Gregori, Mr. Wainer did not fill a dedicated U.N. Reporter position when he transferred to New York, as that position had been eliminated.

17.     On or about October 9, 2018, Mr. Wainer transferred from the Tel Aviv bureau to the New York bureau and joined the National Security Team.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC
      April 2, 2026

                             Weston Kosova