# EXHIBIT A

**From:** WES KOSOVA (9001|BLOOMBERG/ NEWSROOM:|30289042|8033030||) [WKOSOVA@Bloomberg.net]
**on behalf of** WES KOSOVA (9001|BLOOMBERG/ NEWSROOM:|30289042|8033030||) <WKOSOVA@Bloomberg.net> [WKOSOVA@Bloomberg.net]
**Sent:** 3/27/2018 1:10:25 PM
**To:** RETO GREGORI (9001|BLOOMBERG/ NEWSROOM:|505463|21509||) [RGREGORI@Bloomberg.net]
**CC:** SHELBY SIEGEL (9001|BLOOMBERG/ NEWSROOM:|505463|3292780||) [SSIEGEL4@Bloomberg.net]
**Subject:** Re: ▇▇▇▇ and David Wainer

---

Excellent, thank you very much.

From: Reto Gregori (BLOOMBERG/ NEWSROOM:) At: 03/27/18 09:08:28
To:  Wes Kosova (BLOOMBERG/ NEWSROOM: )
Cc:  Shelby Siegel (BLOOMBERG/ NEWSROOM: )
Subject: Re: ▇▇▇▇▇▇ and David Wainer

Ok

Sent from Bloomberg Professional for Android

----- Original Message -----
From: WES KOSOVA
At: 27-Mar-2018 15:04:00

Hello. I spoke to Riad again after our conversation. Here's what I'd like to do if ok with you:

David Wainer will move to New York as a foreign policy reporter covering U.S.-international stories, which has been a problem for us and is a great need. He'll use the UN as a listening post but he won't be a UN reporter. He will take Kambiz's head and we will hire to replace him in Tel Aviv or Jerusalem. (I will make up the Kambiz head elsewhere this year.)

▇▇▇▇▇ will move to gov in DC and work with editors in the U.S. and overseas to write on U.S./Saudi, Russia, Turkey conflicts, and any other hot spots in the broader region.

▇▇▇▇▇▇ will become Saudi bureau chief. We will not replace her headcount on gov--we'll make do with other resources in the region. Not ideal, but we can make it work and it's worth the tradeoff.

Making these moves will fill big holes in our US/international coverage and let us produce pieces that travel well across time zones. It fits with my diabolical plot to write more gov stories from a global perspective to showcase our reach and expertise. And it is headcount neutral. Ros and Riad are very eager to do it also. Cool with you?

