UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
NAFEESA SYEED                                                   :
                                                                :
          Plaintiff,                                                          ORDER
                                                                :
          -v.-                                                  :
                                                                :              24 Civ. 6101 (GHW) (GWG)
                                                                :
BLOOMBERG L.P.                                                  :
                                                                :
          Defendant.                                            :
----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        The Court has reviewed plaintiff's extension request (Docket # 93) and subsequent letters (Docket ## 94-96).   The request for a "one month" extension is denied.

        The Local Rules contemplate 14 days for a response to a summary judgment motion. See Local Civil Rule 6.1(b).   The Court has already allowed six weeks for plaintiff's opposition. See Docket # 78.   The Court informed the parties there would be no extensions.   Contrary to plaintiff's assumption, the reason the Court announced there would be no extensions is because of the expected summer departure of a law clerk who will assist the Court on the summary judgment motion.   The extension that was today requested would unduly burden the Court by depriving the Court of the ability to have such assistance.   The Court notes that there are other attorneys of record on plaintiff's side.   If necessary, one of these attorneys should respond even if they have not otherwise kept abreast of the progress of the case.   See Docket # 95.

        Further, plaintiff's letter does not reflect diligence in preparing the papers given the May 15, 2026, deadline and the clear warning given in Docket # 78.   The Court understands that counsel had demands on her time but there is nothing extraordinary in those demands as described in the letter that would have prevented plaintiff from doing exactly what the Court warned: "to prepare papers in advance of these due dates as there will be no extensions."   Id. Moreover, Ms. Clancy apparently knew about her May 11 trial date all along.   See Docket # 94. The fact that there was allegedly a period of three business days where she believed the trial might not take place on May 11 or the unexpected other litigation activity as described in her letter certainly does not justify an extension.

        The extension request runs into a further roadblock: it would interfere with a separate trial for which defendant's counsel must prepare.   See Docket # 94.

        Nonetheless, and with great reluctance, the Court will extend the briefing deadlines by two weeks, as this will allow just enough time for the Court's law clerk to assist on the motions. Plaintiff's opposition shall thus be due three weeks from today, or May 29, 2026.   The reply shall be due July 3, 2026.   Once again, the parties are advised to prepare papers in advance of these due dates as there will be no extensions

SO ORDERED.

Dated: May 8, 2026
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2