UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

NAFEESA SYEED,

       Plaintiff,              Case No. 1:24-cv-06101 (GHW) (GWG)

   -against-

BLOOMBERG L.P.,

       Defendant.

------------------------------------- X

### DECLARATION OF DONNA H. CLANCY ESQ. IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Donna H. Clancy, declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am the Founding Attorney of The Clancy Law Firm, P.C. I, along with Cohen Milstein Sellers & Toll PLLC, represent the Plaintiff Nafeesa Syeed ("Plaintiff") in the above-captioned action. I am fully familiar with the facts set forth herein.

2.     I submit this declaration in opposition to Defendant Bloomberg L.P.'s ("Defendant" or "Bloomberg") Motion for Summary Judgment.

3.     Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Nafeesa Syeed's Employee Information Report ("Syeed EIR"), bearing bates-stamp BLP_NS_0000105-107, which was marked as Exhibit 20 during Reto Gregori's June 3, 2025 deposition.

4.     Attached hereto as **Exhibit B** are true and correct copies of excerpts from the deposition transcript of Plaintiff Nafeesa Syeed, taken on May 15, 2025.

5.     Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's Resume ("Syeed Resume"), bearing bates-stamp SYEED000351-356, which was marked as Exhibit 7 during Plaintiff's May 15, 2025 deposition.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Bloomberg News, Washington, D.C., Foreign Policy Reporter Job Posting, bearing bates-stamp BLP_NS_0000058, which was marked as Exhibit 3 during Craig Gordon's June 17, 2025 deposition.

7.      Attached hereto as **Exhibit E** are true and correct copies of excerpts from the deposition transcript of Craig Gordon, taken on June 17, 2025.

8.      Attached hereto as **Exhibit F** is a true and correct copy of email from Bloomberg Human Resources, thanking Plaintiff for applying to the Bloomberg News, Washington, D.C., Foreign Policy Reporter position, dated, February 2, 2016,   bearing bates-stamp BLP_NS_0000164, which was marked as Exhibit 3 during William Faries's September 25, 2025 deposition.

9.      Attached hereto as **Exhibit G** are true and correct copies of excerpts from the deposition transcript of William Faries, taken on September 25, 2025.

10.      Attached hereto as **Exhibit H** is a true and correct copy of Appointment Email from Catherine Whelan to Mr. Gordon and Plaintiff, subject, "Craig pone interview w. Nafeesa Syeed (Foreign Policy Reporter), bearing bates-stamp BLP_NS_0000817, which was marked as Exhibit 4 during Mr. Gordon's June 17, 2025 deposition.

11.      Attached hereto as **Exhibit I** is a true and correct copy of emails between Mr. Gordon and Plaintiff, dated March 11, 2016, bearing bates-stamp BLP_NS_0000168, which was marked as Exhibit 6 during Mr. Gordon's June 17, 2025 deposition.

12.      Attached hereto as **Exhibit J** is a true and correct copy of emails between Mr. Faries, Mr. Gordon, Tamika Alexander and others, subject, "Re: Nafeesa Syeed," dated March 28, 2016, bearing bates-stamp BLP_NS_0001009, which was marked as Exhibit 3 during the deposition of Tamika Alexander, taken June 10, 2025.

13.      Attached hereto as **Exhibit K** is a true and correct copy of Plaintiff's International Relocation Agreement, dated April 8, 2016, bearing bates-stamp BLP_NS_0000001-2, which was marked as Exhibit 1 during Mr. Gregori's June 3, 2025 deposition.

14.      Attached hereto as **Exhibit L** is a true and correct copy of emails between Mr.

Faries, Ms. Alexander, Ria Davey, Audrey Lobo and others, subject, "Re: Nafeesa Syeed," dated March 29, 2016, bearing bates-stamp BLP_NS_0001016-17, which was marked as Exhibit 6 during Mr. Faries's September 25, 2025 deposition.

15.    Attached hereto as **Exhibit M** are true and correct copies of excerpts from the deposition transcript Michael Shepard taken on July 31, 2025.

16.    Attached hereto as **Exhibit N** is a true and correct copy of Nick Wadham's Employee Information Report, bearing bates-stamp BLP_NS_0001042-43, which was marked as Exhibit 8 during Mr. Faries's September 25, 2025 deposition.

17.    Attached hereto as **Exhibit O** is a true and correct copy of emails between Ethan Bronner and Plaintiff, dated April 15, 2016, containing Megan Murphy's April 7, 2016 "personnel moves" announcement, bearing bates-stamp BLP_NS_0000212-216, which was marked as Exhibit 7 during Mr. Faries's September 25, 2025 deposition.

18.    Attached hereto as **Exhibit P** is a true and correct copy of emails between Mr. Gordon, Mr. Shepard, Mr. Faries and others, dated April 18, 2018,  bearing bates-stamp BLP_NS_0000914-921, which was marked as Exhibit 18 during Mr. Gordon's June 17, 2025 deposition.

19.    Attached hereto as **Exhibit Q** is a true and correct copy of Plaintiff's 2016 Year-End Performance Evaluation Statement, bearing bates-stamp BLP_NS_0000076-77, which was marked as Exhibit 12 during Mr. Faries's September 25, 2025 deposition.

20.    Attached hereto as **Exhibit R** is a true and correct copy of Plaintiff's 2017 Interim Performance Evaluation, bearing bates-stamp BLP_NS_0000087-88, which was marked as Exhibit 13 during Mr. Faries's September 25, 2025 deposition.

21.    Attached hereto as **Exhibit S** is a true and correct copy of Plaintiff's 2017 Year-End Performance Evaluation, bearing bates-stamp BLP_NS_0000089-90, which was marked as Exhibit 14 during Mr. Faries's September 25, 2025 deposition.

22.    Attached hereto as **Exhibit T** is a true and correct copy of Plaintiff's 2017/2018 Performance & Compensation Statement, bearing bates-stamp BLP_NS_0000091-96, which was

marked as Exhibit 18 during Mr. Faries's September 25, 2025 deposition.

23.     Attached hereto as **Exhibit U** is a true and correct copy of emails between Rosalind Mathieson and Mr. Faries, dated January 10, 2018,  bearing bates-stamp BLP_NS_0000850, which was marked as Exhibit 21 during Mr. Faries's September 25, 2025 deposition.

24.     Attached hereto as **Exhibit V** is a true and correct copy of emails between Wes Kosova and Mr. Gregori, regarding David Wainer, dated March 27, 2018,  bearing bates-stamp BLP_NS_0001205, which was marked as Exhibit 8 during Reto Gregori's June 3, 2025 deposition.

25.     Attached hereto as **Exhibit W** are true and correct copies of excerpts from the deposition transcript of Mr. Gregori, taken June 3, 2025.

26.     Attached hereto as **Exhibit X** are true and correct copies of excerpts from the deposition transcript of Tamika Alexander, taken June 10, 2025.

27.     Attached hereto as **Exhibit Y** is a true and correct copy of David Wainer's LinkedIn Profile, which was marked as Exhibit 6 during the January 14, 2026 deposition of Dr. Stephanie Plancich.

28.     Attached hereto as **Exhibit Z** are true and correct copies of excerpts from the deposition transcript Dr. Plancich taken on January 14, 2026.

29.     Attached hereto as **Exhibit AA** is a true and correct copy of David Wainer's International Relocation Agreement, dated June 12, 2018, bearing bates-stamp BLP_NS_0001308-09, which was marked as Exhibit 4 during Dr. Plancich's January 14, 2026 deposition.

30.     Attached hereto as **Exhibit BB** is a true and correct copy of emails between Ms. Alexander and Mr. Gregori, dated June 11, 2018 regarding Plaintiff's Exit Survey,  bearing bates-stamp BLP_NS_0001103-05, which was marked as Exhibit 9 during Ms. Alexander's June 10, 2025 deposition.

31.     Attached hereto as **Exhibit CC** is a true and correct copy of emails between Mr. Shepard and Ms. Alexander, subject, "Re: I just called Jim regarding Nafeesa's resignation…" dated June 8, 2018,  bearing bates-stamp BLP_NS_0000934, which was marked as Exhibit 5 during Ms. Alexander's June 10, 2025 deposition.

32. Attached hereto as **Exhibit DD** are true and correct copies of emails between Mr. Gordon, Ms. Alexander, Mr. Shepard, Mr. Kosova and others, dated June 8, 2018, bearing bates-stamp BLP_NS_0000955-957, which was marked as Exhibit 7 during Ms. Alexander's June 10, 2025 deposition.

33. Attached hereto as **Exhibit EE** is a true and correct copy of emails between Marty Schenker, Mr. Gregori and others, dated June 11, 2018, bearing bates-stamp BLP_NS_0001206-07, which was marked as Exhibit 10 during Ms. Alexander's June 10, 2025 deposition.

34. Attached hereto as **Exhibit FF** is a true and correct copy of emails between Lisa Jennings and Ms. Alexander, subject, "Re:Fwd:Nafeesa Syeeed," dated June 13, 2018, bearing bates-stamp BLP_NS_0001132-34, which was marked as Exhibit 11 during Ms. Alexander's June 10, 2025 deposition.

35. Attached hereto as **Exhibit GG** is a true and correct copy of emails between Laura Zelenko and Ms. Alexander, regarding Plaintiff's Exit Survey, dated June 13, 2018, bearing bates-stamp BLP_NS_0001153-55, which was marked as Exhibit 13 during Ms. Alexander's June 10, 2025 deposition.

36. Attached hereto as **Exhibit HH** is a true and correct copy of emails between Jim Niziolek, Matthew Amster, Arjavi Desai, Ms. Alexander and others, regarding Plaintiff's Exit Survey, dated June 8, 2018, bearing bates-stamp BLP_NS_0001079-80, which was marked as Exhibit 18 during Ms. Alexander's June 10, 2025 deposition.

37. Attached hereto as **Exhibit II** is a true and correct copy of emails between Jim and Ms. Alexander regarding "Exiting Employee-Nafeesa Syeed," dated June 17, 2018, bearing bates-stamp BLP_NS_0001197-98, which was marked as Exhibit 20 during Ms. Alexander's June 10, 2025 deposition.

38. Attached hereto as **Exhibit JJ** is a true and correct copy of emails between Mr. Gordon and Ms. Alexander, subject, "Re:Microagression *[sic]* session tomorrow," dated July 16, 2018, bearing bates-stamp BLP_NS_0001202, which was marked as Exhibit 21 during Ms. Alexander's June 10, 2025 deposition.

39.     Attached hereto as **Exhibit KK** is a true and correct copy of emails between Mr. Faries and Ms. Alexander, subject, "Re:Yesterday's Microaggresion [*sic*] course," dated July 17, 2018, bearing bates-stamp BLP_NS_0000931, which was marked as Exhibit 22 during Ms. Alexander's June 10, 2025 deposition.

40.     Attached hereto as **Exhibit LL** is a true and correct copy of Plaintiff's Bloomberg Applications, bearing bates-stamp BLP_NS_0000052-61, which was marked as Exhibit 16 during Dr. Plancich's January 14, 2026 deposition.

41.     Attached hereto as **Exhibit MM** is a true and correct copy of Plaintiff's Third Amended Responses to Interrogatories, dated September 17, 2025.

42.     Attached hereto as **Exhibit NN** are true and correct copies of excerpts from the deposition transcript of Dr. Dwyer taken on December 3, 2025.

43.     Attached hereto as **Exhibit OO** is a true and correct copy of Mr. Shepard's Employee Information Report bearing bates-stamp BLP_NS_0001302-05.

44.     Attached hereto as **Exhibit PP** is a true and correct copy of Mr. Gordon's Employee Information Report bearing bates-stamp BLP_NS_0001263-1266.

45.     Attached hereto as **Exhibit QQ** is a true and correct copy of emails between Mr. Gordon and Plaintiff, dated February 14, 2018 regarding visit to Pakistani embassy, bearing bates-stamp BLP_NS_0000772, which was marked as Exhibit 16 during Mr. Gordon's June 17, 2025 deposition.

46.     Attached hereto as **Exhibit RR** is a true and correct copy of emails between Mr. Faries, Mr. Shepard, Mr. Gordon and others, dated April 18, 2018, bearing bates-stamp BLP_NS_0000882-889, which was marked as Exhibit 17 during Mr. Gordon's June 17, 2025 deposition.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 29, 2026                                          */s/ Donna H. Clancy*
      New York, New York                                Donna H. Clancy

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I electronically filed the *Declaration of Donna H.*

*Clancy with Exhibits* with the Clerk of the Court using the ECF, who in turn sent notice to the

following:

Elise M. Bloom
Michelle A. Annese
Matthew S. Rosenthal
Eleven Times Square
New York, New York 10036
(t) 212-969-3000
(f) 212-969-2900
ebloom@proskauer.com
mannese@proskauer.com
msrosenthal@proskauer.com

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(t) 617-526-9850
(f) 617-526-9899
mbatten@proskauer.com

*Attorneys for Defendant Bloomberg, L.P.*

Dated:    May 29, 2026                          */s/ Donna H. Clancy*
                                                 Donna H. Clancy