# EXHIBIT K

## Filed Under Seal

# EXHIBIT L

Message

| From: | BILL FARIES (9001\|BLOOMBERG/ MIAMI OFF\|44518\|4312022\|\|) [WFARIES@Bloomberg.net] |
|---|---|
| on behalf of | BILL FARIES (9001\|BLOOMBERG/ MIAMI OFF\|44518\|4312022\|\|) <WFARIES@Bloomberg.net> [WFARIES@Bloomberg.net] |
| Sent: | 3/29/2016 2:24:35 AM |
| To: | TAMIKA ALEXANDER (9001\|BLOOMBERG/ 1399 NEW\|635807\|232147\|\|) [TALEXANDER@Bloomberg.net]; AUDREY LOBO (9001\|BLOOMBERG/ 731 LEX\|378583\|6392435\|\|) [ALOBO9@Bloomberg.net]; RIA DAVEY (9001\|BLOOMBERG/ DUBAI OFF\|30068610\|8826806\|\|) [RDAVEY3@Bloomberg.net] |
| CC: | ALAA SHAHINE (9001\|BLOOMBERG/ DUBAI OFF\|30068610\|6219868\|\|) [ASALHA@Bloomberg.net]; CRAIG GORDON (9001\|BLOOMBERG/ NEWSROOM:\|190375\|10937331\|\|) [CGORDON39@Bloomberg.net] |
| BCC: | ALOBO9 () [alobo9@bloomberg.com] |
| Subject: | Re: Nafeesa Syeed |

[MSG Greeting]: National Security TL/Miami BC. ███████████ OFF MARCH 18-27. See Liebert.

Exactly.

Sent from Bloomberg Professional for iPhone


----- Original Message -----
From: TAMIKA ALEXANDER (BLOOMBERG/ 1399 NEW)
To: BILL FARIES, AUDREY LOBO, RIA DAVEY
CC: ALAA SHAHINE, CRAIG GORDON
At: 28-Mar-2016 21:16:17

Bill, you basically want to allow Nafeesa the option to use T days as of April 1 to give you guys time to determine if there is a role for her in DC, right?

Sent from Bloomberg Professional for iPhone


----- Original Message -----
From: BILL FARIES (BLOOMBERG/ MIAMI OFF)
To: TAMIKA ALEXANDER, AUDREY LOBO, RIA DAVEY
CC: ALAA SHAHINE, CRAIG GORDON
At: 28-Mar-2016 21:04:07

But the question is whether her spot has been filled in Dubai. If not she could theoretically start drawing down on those T days, correct?

Sent from Bloomberg Professional for iPhone

----- Original Message -----
From: RIA DAVEY (BLOOMBERG/ DUBAI OFF)
To: AUDREY LOBO, TAMIKA ALEXANDER, BILL FARIES
CC: ALAA SHAHINE, CRAIG GORDON
At: 28-Mar-2016 20:26:37


Hi All

Thank you for your email. The policy is the same in the Middle East therefore ███████
██████████████████████████████████████████ I hope this helps. Thanks

Ria Davey
Bloomberg
HR TL News, Media, COO APAC
rdavey3@bloomberg.net
+ 44- 7500 826974



CONFIDENTIAL

From: Audrey Lobo (BLOOMBERG/ 731 LEX) At: Mar 29 2016 01:13:38
To: Tamika Alexander (BLOOMBERG/ 1399 NEW), Bill Faries (BLOOMBERG/ MIAMI OFF)
Cc: Alaa Shahine (BLOOMBERG/ DUBAI OFF), Ria Davey (BLOOMBERG/ DUBAI OFF), Craig Gordon
(BLOOMBERG/ NEWSROOM:)
Subject: Re: Nafeesa Syeed

Hi Bill -- I have cc'd Ria on this to confirm the 23 days policy since in the US it
doesn't work that way and █████████████████████████████████

Once Ria confirms, Reto, Marty and Heather will have to OK to keep her after Thursday
since she will remain on our headcount if we decide to keep her to the new date and my
understanding was that they were looking at filling that role in the Middle East.

Please correct me if that is not the case.

-- Audrey
Sent from Bloomberg Professional for iPhone

----- Original Message -----
From: BILL FARIES (BLOOMBERG/ MIAMI OFF)
To: AUDREY LOBO, TAMIKA ALEXANDER
CC: CRAIG GORDON, ALAA SHAHINE
At: 28-Mar-2016 14:04:00


Audrey, Tamika: I spoke with Nafeesa Syeed today in Washington. As you know, her
employment with Bloomberg is scheduled to end Thursday, March 31 unless she finds another
role in the newsroom. She is one of the leading candidates for the foreign policy job,
but we may not have a final decision on the job before then.

Nafeesa told me she has 23 unused T days left, which BBG would owe her should she leave.
If that is the case, and to keep our options open a bit longer, could we keep her on
leave while we decide whether she will get the foreign policy spot or another opening in
the company? Seems like that would be easier than losing her Thursday and later on
deciding that we want to keep her on. Happy to discuss -- Bill

BLP_NS_0001017

# EXHIBIT M

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:20-cv-07464-GHW-GWG
- - - - - - - - - - - - - - - - - - -x
NAFEESA SYEED, et al,                    :
                                         :
                        Plaintiffs, :
                                         :
            - vs -                       :
                                         :
BLOOMBERG, L.P.,                         :
                                         :
                        Defendant.   :
- - - - - - - - - - - - - - - - - - -x

                                    July 31, 2025
                                    10:06 a.m.
                                    40 Wall Street
                                    New York, NY

                ***CONFIDENTIAL***

        DEPOSITION UPON ORAL EXAMINATION OF
MICHAEL SHEPARD, held at the above-mentioned time
and place, before Randi Friedman, a Registered
Professional Reporter, within and for the State
of New York.

Page 2

M. Shepard - Confidential

APPEARANCES:

CLANCY LAW FIRM NY
Attorneys for Plaintiffs

40 Wall Street, 61st Floor
New York, New York 10005
BY:  DONNA CLANCY, ESQ.

PROSKAUER
Attorneys for Defendant

11 Times Square
New York, New York 10036
BY:  ELISE M. BLOOM, ESQ.
         MICHELLE ANNESE, ESQ.
         MATTHEW ROSENTHAL, ESQ.
                * * *

Page 37

M. Shepard - Confidential

Syeed.

Q    Do you know why she resigned in 2018?

A    Ms. Syeed expressed concerns about her career.

Q    And how do you know that?

████ ████ ████████████████████████████

Q    Do you have personal knowledge of her expressing concerns about her career at Bloomberg?

A    We had a conversation the day she left, and a day -- and shortly before she left as well.

Q    Tell me about the conversation about the -- on the day she left.

A    I don't recall very many details. This was seven years ago.  But I remember she came to tell me that she was leaving the company. And I know, of course, that I asked her why are you leaving.

Q    And what did she tell you?

A    In very general terms, and I don't remember specifics of the conversation, it was frustration over opportunities at Bloomberg.

Q    Did you ask her any questions?

Page 41

M. Shepard - Confidential

Q    And in 2018, was there a role that --
actually it's called a U.N. role that became you
available?

A    No, there was no such role.

MS. CLANCY:  Let's mark the next
exhibit.

(Shepard Exhibit 2 was marked.)

BY MS. CLANCY:

A    I have not seen this before.

Q    For the record, this is Bates No. 212
through 216.

Have you had an opportunity to read
the document that's marked as Exhibit 2?

A    Yes, I have.

Q    All right.  So if we look at the Bates
No. 215 page -- actually, let me -- I apologize.
Let me start with 213.



M. Shepard - Confidential

Page 43

M. Shepard - Confidential

A    Yes; that is correct.

Q    As you sit here today, were you involved with deciding what specifically Ms. Syeed was going to cover in D.C. as a reporter?

A    For the purposes of job description and whatever else she would be doing going forward, no, that was not my role.

Q    Was this a role that previously was occupied by anyone else?

A    Absolutely, because cybersecurity is inextricably linked to all of those things.  It's a technology story; it's a national security story, and it is a foreign policy story, too.

Q    And was this a role that external candidates applied for as well?

A    I don't recall and I don't know.

Page 47

M. Shepard - Confidential



Page 54

M. Shepard - Confidential

BY MS. CLANCY:

Q      Did she tell you that she had spoken to Bill Faries about her frustrations?

A      I don't recall.

Q      So what support were you planning on giving her after that meeting?

A      Again, I don't remember specifics, like, what -- what I would have done, no.

Q      Well knowing that she was a reporter at that time in June of 2018, were there any positions available that you could have discussed with her at that time?

MS. BLOOM:  Object to the form of the question.

THE WITNESS:  I don't --

MS. BLOOM:  Object to the form of the question.  You can answer.

THE WITNESS:  I don't know.  I don't remember which openings were around at the time.  It was seven years ago.

Page 108

M. Shepard - Confidential

Q    Did you ask her during the meeting when she expressed frustrations about her career, what specifically she would like an opportunity in, whether it's foreign policy or something else?

MS. BLOOM:  Object to the form of the question.  You can answer.

THE WITNESS:  This is a meeting before she resigned; correct?

BY MS. CLANCY:

Q    Right.

A    I did ask her what would you be interested in.

Q    And she told you foreign policy; right?

A    Correct.

Q    And was there an opportunity to focus on foreign policy or Nafeesa at that time when she expressed frustration to you?

MS. BLOOM:  Object to the form of the question.  You can answer.

THE WITNESS:  In Washington or --

BY MS. CLANCY:

Q    Anywhere.

Page 123

M. Shepard - Confidential



A    Nafeesa had shown some performance challenges during her time in Washington.  Her

Page 134

M. Shepard - Confidential





Page 139

M. Shepard - Confidential

Q     Did you ever ask her if she was going to a new employer?

A     I did, yes.

Q     And what was her response?

A     She didn't -- I don't remember the exact wording.  She said, no or wouldn't say.

M. Shepard - Confidential



MS. BLOOM:  Object to the form of the question.  You can answer.

THE WITNESS:  Yes, I had told her I would help her find eventually a position



Page 170

M. Shepard - Confidential

does not allow employees without being approved
to be on Bloomberg TV or radio?

MS. BLOOM:  Object to the form of
the question.  You can answer.

THE WITNESS:  I don't know.  I
don't know what you mean by "approval."

BY MS. CLANCY:

Q    Okay.  But you agree with me that if
she had been doing radio and TV, somebody was
watching from Bloomberg to decide whether she was
okay to appear on TV on behalf of Bloomberg?

A    Again, I don't know.

Q    Okay.

A    I don't remember who was doing that.

Q    No one complained to you that she did
a terrible job on TV; right?

A    Not that I recall, no.

Page 171

M. Shepard - Confidential

Q     Okay.  And who mixed them up?

A     I don't recall who did.

Q     Was it one of the managers or team leaders?

A     I don't know.

Q     What do you remember about that happening?

A     That they sat near each other, and people would sometimes call one by the other's name.  I mean, I mix up my kids' names.

# EXHIBIT N

**Filed Under Seal**

# EXHIBIT O

Message

| | |
|---|---|
| **From:** | ETHAN BRONNER (9001\|BLOOMBERG/ NEWSROOM:\|505463\|13562413\|\|) [EBRONNER@Bloomberg.net] |
| **on behalf of** | ETHAN BRONNER (9001\|BLOOMBERG/ NEWSROOM:\|505463\|13562413\|\|) <EBRONNER@Bloomberg.net> [EBRONNER@Bloomberg.net] |
| **Sent:** | 4/15/2016 9:15:28 PM |
| **To:** | NAFEESA SYEED (9001\|BLOOMBERG/ DUBAI OFF\|30068610\|13165776\|\|) [NSYEED@Bloomberg.net] |
| **Subject:** | Re:Fwd:More personnel moves! |

[MSG Greeting]: senior editor

I bet you could.

 .rte-style-msg-personal-disclaimer      a[data-destination] { color: #67d8e5 !important; }Ethan BronnerSenior Editor+1 212 617-3677 office ▮▮▮▮▮▮▮ cell

From: NAFEESA SYEED (BLOOMBERG/ DUBAI OFF) At: Apr 15 2016 17:14:52
To: ETHAN BRONNER (BLOOMBERG/ NEWSROOM:)
Subject: Re:Fwd:More personnel moves!


Great, then we'll see you soon. They're bringing someone else in for the State
Dept/foreign policy beat and want me to focus on the cyber front. But let me think more
on the Saudi-Sinai story. We were helping with a preview of Obama going to Riyadh next
week for the GCC summit. Gulf sources told me the focus is on Iran and reassuring Gulf
leaders, but wonder if we can mention Israel in there. And another five reporters were
meeting with the young prince again this week (for BW profile), wonder if they gathered
anything on this front.
For Israel-UAE/Gulf, I was thinking I could get away with a technology transfer story
with my cyber beat.
.bbScopedStyle3301838096231222  .rte-style-msg-personal-disclaimer      a[data-
destination] {color: #67d8e5 !important; }Bloomberg NewsCell: +1 202 403
1025nsyeed@bloomberg.net@NafeesaSyeed

From: Ethan Bronner (BLOOMBERG/ NEWSROOM:) At: Apr 15 2016 16:59:40
To: Nafeesa Syeed (BLOOMBERG/ DUBAI OFF)
Subject: Re:Fwd:More personnel moves!


Yes, I was very happy to see that. I have been working with Bill Faries and remain eager
to do national security stories. He has been very supportive. So yes, would love to do
that. I will plan to come down there in the coming weeks. Even before that, let me know
if you have a thought on how to proceed. It is clear that the new Saudi islands off Sinai
were coordinated with Israel. And I gather from our editors who were in Saudi for our big
stories that the young prince was extremely pragmatic sounding.

.bbScopedStyle8688849664758891  .rte-style-msg-personal-disclaimer      a[data-
destination] {color: #67d8e5 !important; }Ethan BronnerSenior Editor+1 212 617-3677
office ▮▮▮▮▮▮▮ cell

From: NAFEESA SYEED (BLOOMBERG/ DUBAI OFF) At: Apr 15 2016 16:56:24
To: ETHAN BRONNER (BLOOMBERG/ NEWSROOM:)
Subject: Re:Fwd:More personnel moves!


Hi Ethan, hope you're well. I've been meaning to write you to say I'm in DC. Maybe you
saw this last week. I've joined the national security team, focusing on cyber in foreign

CONFIDENTIAL

policy, intel and defense (at least that's how they describe it!) Maybe we could revisit that Israel-UAE story sometime. Thanks for all your help and look forward to working with you one of these days!
Best,
Nafeesa

.bbScopedStyle9522212103474886  .rte-style-msg-personal-disclaimer     a[data-destination] {color: #67d8e5 !important; }Bloomberg NewsCell: +1 202 403 1025nsyeed@bloomberg.net@NafeesaSyeed

From: Megan Murphy (BLOOMBERG/ NEWSROOM:) At: Apr  7 2016 12:37:28
To: Michelle Cortez (Cortez,Michelle), Robin Meszoly (BLOOMBERG/ NEWSROOM:), Kristin Jensen (BLOOMBERG/ NEWSROOM:), Stephen West (BLOOMBERG/ NEWSROOM:), Catherine Dodge (BLOOMBERG/ NEWSROOM:), Joe Sobczyk (BLOOMBERG/ NEWSROOM:), Michael Marois (BLOOMBERG/ NEWSROOM:), Tom Moroney (BLOOMBERG/ NEWSROOM:), Nicholas Johnston (BLOOMBERG/ NEWSROOM:), Megan Murphy (BLOOMBERG/ NEWSROOM:), Albert Hunt (BLOOMBERG/ NEWSROOM:), Andrew Harrer (BLOOMBERG/ NEWSROOM:), Meghan Chu (BLOOMBERG/ NEWSROOM:), Brad Skillman (BLOOMBERG/ NEWSROOM:), John Rebecchi (BLOOMBERG/ NEWSROOM:), Zachary Mider (BLOOMBERG/ NEWSROOM:), Terrence Dopp (BLOOMBERG/ NEWSROOM:), Angela Greiling Keane (BLOOMBERG/ NEWSROOM:), Joshua Gallu (BLOOMBERG/ NEWSROOM:), Jeffrey Taylor (BLOOMBERG/ NEWSROOM:), Maggie Otte (BLOOMBERG/ NEWSROOM:), John McCormick (BLOOMBERG/ NEWSROOM:), Travis Altman (BLOOMBERG/ NEWSROOM:), Ted Fine (BLOOMBERG/ NEWSROOM:), Matthew Soto (BLOOMBERG/ NEWSROOM:), Tim Higgins (BLOOMBERG/ NEWSROOM:), Sarah Scully (BLOOMBERG/ NEWSROOM:), Michael Callahan (BLOOMBERG/ NEWSROOM:), Stephen Merelman (BLOOMBERG/ NEWSROOM:), Patrick Reap (BLOOMBERG/ NEWSROOM:), Katherine Rizzo (BLOOMBERG/ NEWSROOM:), David Banks (BLOOMBERG/ NEWSROOM:), Mark Niquette (BLOOMBERG/ NEWSROOM:), Michael Shepard (BLOOMBERG/ NEWSROOM:), Kate Hunter (BLOOMBERG/ NEWSROOM:), Margaret Newkirk (BLOOMBERG/ NEWSROOM:), Wes Kosova (BLOOMBERG/ NEWSROOM:), Bennett Roth (BLOOMBERG/ NEWSROOM:), Margaret Talev (BLOOMBERG/ NEWSROOM:), Derek Wallbank (BLOOMBERG/ NEWSROOM:), Jennifer Oldham (BLOOMBERG/ NEWSROOM:), Dc First Word/Speed (BLOOMBERG/ NEWSROOM:), Henry Seltzer (BLOOMBERG/ NEWSROOM:), Joshua Green (BLOOMBERG/ NEWSROOM:), Meridith Webster (BLOOMBERG/ 1399 NEW), Michael C. Bender (BLOOMBERG/ NEWSROOM:), Daniel Arnall (BLOOMBERG/ NEWSROOM:), Leonid Bershidsky (BLOOMBERG/ NEWSROOM:), Laura Curtis (BLOOMBERG/ NEWSROOM:), Eliza Milliken (BLOOMBERG/ NEWSROOM:), Mark Morison (BLOOMBERG/ NEWSROOM:), Elizabeth Wasserman (BLOOMBERG/ NEWSROOM:), Craig Gordon (BLOOMBERG/ NEWSROOM:), John Heilemann (BLOOMBERG/ NEWSROOM:), Mark Halperin (BLOOMBERG/ NEWSROOM:), Emma Angerer (BLOOMBERG/ 1399 NEW), Kelly Bare (BLOOMBERG/ NEWSROOM:), John Homans (BLOOMBERG/ NEWSROOM:), Steven Yaccino (BLOOMBERG/ NEWSROOM:), Griffin Hammond (BLOOMBERG/ NEWSROOM:), Mike Nizza (BLOOMBERG/ NEWSROOM:), Thomas Johnson (BLOOMBERG/ NEWSROOM:), Robert Gifford (BLOOMBERG/ NEWSROOM:), Matthew Negrin (BLOOMBERG/ NEWSROOM:), Elizabeth Titus (BLOOMBERG/ NEWSROOM:), David Knowles (BLOOMBERG/ NEWSROOM:), Arit John (BLOOMBERG/ NEWSROOM:), Lauren Etter (BLOOMBERG/ STATE CAP), Lauren Spurr (BLOOMBERG/ NEWSROOM:), Ben Brody (BLOOMBERG/ NEWSROOM:), Jennifer Epstein (BLOOMBERG/ NEWSROOM:), Justin Sink (BLOOMBERG/ NEWSROOM:), Tanya Singer (BLOOMBERG/ NEWSROOM:), Sahil Kapur (BLOOMBERG/ NEWSROOM:), Alexander Trowbridge (BLOOMBERG/ 731 LEX), Kendall Breitman (BLOOMBERG/ NEWSROOM:), Querry Robinson (BLOOMBERG/ NEWSROOM:), Sarah Muller (BLOOMBERG/ NEWSROOM:), Sarah Svoboda (BLOOMBERG/ NEWSROOM:), John Geddes (BLOOMBERG/ NEWSROOM:), Jennifer Jacobs (BLOOMBERG/ NEWSROOM:), Daniel Moss (BLOOMBERG/ NEWSROOM:), Dan Hart (BLOOMBERG/ NEWSROOM:), Miles Weiss (BLOOMBERG/ NEWSROOM:), Ron Morrisette (BLOOMBERG/ NEWSROOM:), Loretta Robinson (BLOOMBERG/ NEWSROOM:), Greg Stohr (BLOOMBERG/ NEWSROOM:), Anthony Capaccio (BLOOMBERG/ NEWSROOM:), Tamika Alexander (BLOOMBERG/ 1399 NEW), Jim Rowley (BLOOMBERG/ NEWSROOM:), Vince Golle (BLOOMBERG/ NEWSROOM:), Brendan Murray (BLOOMBERG/ NEWSROOM:), Shobhana Chandra (BLOOMBERG/ NEWSROOM:), Cary O'Reilly (BLOOMBERG/ 1399 NEW), Scott Lanman (BLOOMBERG/ NEWSROOM:), Laura Litvan (BLOOMBERG/ NEWSROOM:), Henry Goldman (BLOOMBERG/ NEWSROOM:), Holly Rosenkrantz (BLOOMBERG/ NEWSROOM:), Kristy Scheuble (BLOOMBERG/ NEWSROOM:), Steve Geimann (BLOOMBERG/ NEWSROOM:), Susan Decker (BLOOMBERG/ NEWSROOM:), Tom Contiliano (BLOOMBERG/ NEWSROOM:), Alexandre Tanzi (BLOOMBERG/ NEWSROOM:), Mark Drajem (BLOOMBERG/ NEWSROOM:), James O'Connell (BLOOMBERG/ NEWSROOM:), Tsuneo Yamahiro (BLOOMBERG/ NEWSROOM:), William Selway (BLOOMBERG/ NEWSROOM:), John Hughes (BLOOMBERG/ NEWSROOM:), Carlos Torres (BLOOMBERG/ NEWSROOM:), Jeffrey St.Onge (BLOOMBERG BI ANALYST), Marty Schenker (BLOOMBERG/ NEWSROOM:), Laurie Asseo (BLOOMBERG/ NEWSROOM:), Robert Schmidt (BLOOMBERG/ NEWSROOM:), Craig Torres (BLOOMBERG/ NEWSROOM:), Sonya Pollard

CONFIDENTIAL

(BLOOMBERG/ NEWSROOM:), Sara Forden (BLOOMBERG/ NEWSROOM:), Ben Holland (BLOOMBERG/ NEWSROOM:), Alan Katz (BLOOMBERG/ NEWSROOM:), Laurence Arnold (BLOOMBERG/ NEWSROOM:), Jesse Westbrook (BLOOMBERG/ NEWSROOM:), Mark Schoifet (BLOOMBERG/ NEWSROOM:), Max Berley (BLOOMBERG/ NEWSROOM:), Jeffrey Pines (BLOOMBERG/ NEWSROOM:), Margaret Carlson (BLOOMBERG/ NEWSROOM:), Andrea Snyder (BLOOMBERG/ NEWSROOM:), Richard Miller (BLOOMBERG/ NEWSROOM:), Jeff Plungis (BLOOMBERG/ NEWSROOM:), Justin Blum (BLOOMBERG/ NEWSROOM:), Andrew M Harris (BLOOMBERG/ NEWSROOM:), Kasia Klimasinska (BLOOMBERG/ NEWSROOM:), Joi Preciphs (BLOOMBERG/ NEWSROOM:), Bill Faries (BLOOMBERG/ MIAMI OFF), Dominic Carey (BLOOMBERG/ NEWSROOM:), Gregory Mott (BLOOMBERG/ NEWSROOM:), Alan Bjerga (BLOOMBERG/ NEWSROOM:), Alexis Leondis (BLOOMBERG/ NEWSROOM:), Larry Liebert (BLOOMBERG/ NEWSROOM:), Christopher Condon (BLOOMBERG/ NEWSROOM:), Todd Shields (BLOOMBERG/ NEWSROOM:), John Voskuhl (BLOOMBERG/ NEWSROOM:), Jana Randow (BLOOMBERG/ NEWSROOM:), Don Frederick (BLOOMBERG/ NEWSROOM:), Robert Blau (BLOOMBERG/ NEWSROOM:), Chris Middleton (BLOOMBERG/ NEWSROOM:), Sarah McGregor (BLOOMBERG/ NEWSROOM:), Catarina Saraiva (BLOOMBERG/ NEWSROOM:), Mike Dorning (BLOOMBERG/ NEWSROOM:), Christopher Flavelle (BLOOMBERG/ NEWSROOM:), Anna Edney (BLOOMBERG/ NEWSROOM:), Alex Wayne (BLOOMBERG/ NEWSROOM:), David McLaughlin (BLOOMBERG/ NEWSROOM:), Gregory Giroux (BLOOMBERG/ NEWSROOM:), Kimberly Wayne (BLOOMBERG/ NEWSROOM:), Michael Riley (BLOOMBERG/ NEWSROOM:), Stephanie Stoughton (BLOOMBERG BI ANALYST), Cheryl Wilson (BLOOMBERG BI ANALYST), Jon Morgan (BLOOMBERG/ NEWSROOM:), Bernie Kohn (BLOOMBERG/ NEWSROOM:), Jesse Hamilton (BLOOMBERG/ NEWSROOM:), Jodi Schneider (BLOOMBERG/ NEWSROOM:), Tom Schoenberg (BLOOMBERG/ NEWSROOM:), Michelle Jamrisko (BLOOMBERG/ NEWSROOM:), Caitlin Webber (BLOOMBERG BI ANALYST), Roxana Tiron (BLOOMBERG/ NEWSROOM:), Kathleen Miller (BLOOMBERG/ NEWSROOM:), Kelli Randall Crawford (BLOOMBERG/ 1399 NEW), Brendan Greeley (BLOOMBERG/ NEWSROOM:), Brian Wingfield (BLOOMBERG/ NEWSROOM:), Nadeem Hamid (BLOOMBERG/ NEWSROOM:), Zaid Sabah (BLOOMBERG/ NEWSROOM:), Rob Barnett (BLOOMBERG/ 1399 NEW), Brian Rye (BLOOMBERG/ 1399 NEW), Andrew Mayeda (BLOOMBERG/ NEWSROOM:), Katrice Eborn (BLOOMBERG/ NEWSROOM:), Jasmine Zhao (BLOOMBERG/ NEWSROOM:), Alan Levin (BLOOMBERG/ NEWSROOM:), Melissa Avstreih (BLOOMBERG/ 1399 NEW), Heather Perlberg (BLOOMBERG/ NEWSROOM:), Clive Crook (BLOOMBERG/ NEWSROOM:), Chris Strohm (BLOOMBERG/ NEWSROOM:), James Gibney (BLOOMBERG/ NEWSROOM:), Michael Newman (BLOOMBERG/ NEWSROOM:), Jordan Robertson (BLOOMBERG/ NEWSROOM:), Matthew Philips (BLOOMBERG/ NEWSROOM:), Jordan Yadoo (BLOOMBERG/ NEWSROOM:), Zachary Sherwood (BLOOMBERG/ NEWSROOM:), Jackie Edwards (BLOOMBERG/ NEWSROOM:), Victoria Stilwell (BLOOMBERG/ NEWSROOM:), Elizabeth Dexheimer (BLOOMBERG/ NEWSROOM:), Brad Barker (BLOOMBERG BI ANALYST), Jeanna Smialek (BLOOMBERG/ NEWSROOM:), Alex Bruns (BLOOMBERG/ NEWSROOM:), Caroline Schaberg (BLOOMBERG/ NEWSROOM:), Toluse Olorunnipa (BLOOMBERG/ NEWSROOM:), Megan McArdle (BLOOMBERG/ NEWSROOM:), Bernard Chen (BLOOMBERG BI ANALYST), Megan O'Neil (BLOOMBERG/ NEWSROOM:), Elissa Nadworny (BLOOMBERG/ NEWSROOM:), Anne Cronin (BLOOMBERG/ NEWSROOM:), Nina Glinski (BLOOMBERG/ NEWSROOM:), Josh Eidelson (BLOOMBERG/ NEWSROOM:), Maddie McMahon (BLOOMBERG/ NEWSROOM:), Allison Hoffman (BLOOMBERG/ NEWSROOM:), Erik Wasson (BLOOMBERG/ NEWSROOM:), Catherine Traywick (BLOOMBERG/ NEWSROOM:), Alister Bull (BLOOMBERG/ NEWSROOM:), Brandon Barnes (BLOOMBERG BI ANALYST), Nafeesa Syeed (BLOOMBERG/ DUBAI OFF), Tamara Thueringer (BLOOMBERG/ NEWSROOM:), Scott McCrary (BLOOMBERG/ NEWSROOM:), Lara Hartzenbusch (BLOOMBERG/ NEWSROOM:), Josh Rogin (BLOOMBERG/ NEWSROOM:), Eli Lake (BLOOMBERG/ NEWSROOM:), Billy House (BLOOMBERG/ NEWSROOM:), Irwin Chapman (BLOOMBERG/ NEWSROOM:), Tracy Johnke (BLOOMBERG/ NEWSROOM:), Andrew O'Day (BLOOMBERG/ NEWSROOM:), Steven Potisk (BLOOMBERG/ NEWSROOM:), Joan Doniger (BLOOMBERG/ NEWSROOM:), Matt Larson (BLOOMBERG/ 1399 NEW), Nathan Dean (BLOOMBERG BI ANALYST), Ben Elliott (BLOOMBERG BI ANALYST), Matthew Schettenhelm (BLOOMBERG/ 1399 NEW), Mauricio Toledo (BLOOMBERG/ 1101 K), Ros Krasny (BLOOMBERG/ NEWSROOM:), Dan Barry (BLOOMBERG/ 1399 NEW), Eileen O'Reilly (BLOOMBERG/ NEWSROOM:), Tamlin Bason (BLOOMBERG/ 1399 NEW), Ken Goldstein (BLOOMBERG/ NEWSROOM:), Kevin Cirilli (BLOOMBERG/ NEWSROOM:), Jennifer A. Dlouhy (BLOOMBERG/ NEWSROOM:), Kevin Whitelaw (BLOOMBERG/ NEWSROOM:), Steven Dennis (BLOOMBERG/ NEWSROOM:), Amy Morris (BLOOMBERG/ NEWSROOM:), Lynnley Browning (BLOOMBERG/ NEWSROOM:), Bill Allison (BLOOMBERG/ NEWSROOM:), Laura Zelenko (BLOOMBERG/ NEWSROOM:), Chris Collins (BLOOMBERG/ NEWSROOM:), David Shipley (BLOOMBERG/ NEWSROOM:), Brad Stone (BLOOMBERG/ NEWSROOM:), WILLIAMFLEITCH@YAHOO.COM, SYACCINO@GMAIL.COM, SASHAISSENBERG@GMAIL.COM, MMURPHY.BLOOMBERG@GMAIL.COM, MARKHALPERIN04@GMAIL.COM, JHEILEMANN@GMAIL.COM
Cc: John Micklethwait (BLOOMBERG/ NEWSROOM:), Shelby Siegel (BLOOMBERG/ NEWSROOM:), Tim Quinson (BLOOMBERG/ NEWSROOM:), Reto Gregori (BLOOMBERG/ NEWSROOM:), David Gillen (BLOOMBERG/ NEWSROOM:), Bill Grueskin (BLOOMBERG/ NEWSROOM:), John McCorry (BLOOMBERG/ NEWSROOM:), Robert Burgess (BLOOMBERG/ NEWSROOM:), Jacqueline Simmons (BLOOMBERG/ NEWSROOM:), Christine Harper (BLOOMBERG/ NEWSROOM:), Cesca Antonelli (BLOOMBERG/

CONFIDENTIAL

BLP_NS_0000214

NEWSROOM:), John Fraher (BLOOMBERG/ NEWSROOM:), David Merritt (BLOOMBERG/ NEWSROOM:), Stuart Wallace (BLOOMBERG/ NEWSROOM:), Marco Babic (BLOOMBERG/ NEWSROOM:), Stephen Foxwell (BLOOMBERG/ NEWSROOM:), Otis Bilodeau (BLOOMBERG/ NEWSROOM:), Adriana Arai (BLOOMBERG/ SAO PAULO), Daniel Hauck (BLOOMBERG/ NEWSROOM:), Tom Giles (BLOOMBERG/ NEWSROOM:), Ellen Pollock (BLOOMBERG/ NEWSROOM:), Heather Harris (News) (BLOOMBERG/ NEWSROOM:), Jared Sandberg (BLOOMBERG/ NEWSROOM:), Madeleine Lim (BLOOMBERG/ NEWSROOM:), Winnie O'Kelley (BLOOMBERG/ NEWSROOM:), Timothy L O'Brien (BLOOMBERG/ NEWSROOM:)
Subject: Fwd:More personnel moves!

Hi everyone,

In what has been another extraordinary week both in Washington and on the campaign trail, I wanted to be sure to flag some exciting recent personnel moves.



Michael C. Bender has been named senior reporter covering national politics through the November election and beyond. In this role, he'll report on candidates and elected officials from both parties to identify the emerging themes and trends driving the political conversation and shaping the direction of policy. He'll also focus on political features.

As previously announced, Jennifer Jacobs has started this week in Washington, also as senior national political reporter, as we head into the final, grueling stretch of the most unpredictable presidential race in recent memory.

On Carlos Torres's team, Brendan Greeley, who most of you know from Bloomberg TV and Bloomberg Businessweek, has moved to Washington to cover the intersection of politics and the economy, in a role focused mainly on campaign economic issues.

Saleha Mohsin, previously in Oslo covering Norwegian economics, will move to Washington later this month to cover the Treasury.

On our national security and foreign policy team, we are making a series of important additions.

As most of you already know, Bill Faries, formerly Miami bureau chief, has joined us as our new National Security team leader. He will move to Washington full time at the beginning of the summer. Chris Strohm, previously our cybersecurity reporter, will move to Bill's team where he will cover the Justice Department. Nafeesa Syeed, formerly an eco/gov reporter in Dubai, is moving to DC to cover the intersection of technology, national security and foreign policy - with an emphasis on cybersecurity, intelligence and national defense.



Congratulations to all!

CONFIDENTIAL

All best,

Megan

###


.bbScopedStyle2210160053800791   .rte-style-msg-personal-disclaimer     a[data-destination] {color: #67d8e5 !important; }Megan MurphyBloomberg News1399 New York Avenue, N.W.Washington, D.C. 20005Tel (o): +1 202-654-7317Tel (c): ███████████
███mmurphy41@bloomberg.net@meganmurp

CONFIDENTIAL

# EXHIBIT P

Message

| | |
|---|---|
| **From:** | CRAIG GORDON (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|10937331\|\|) [CGORDON39@Bloomberg.net] |
| **on behalf of** | CRAIG GORDON (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|10937331\|\|) <CGORDON39@Bloomberg.net> [CGORDON39@Bloomberg.net] |
| **Sent:** | 4/18/2018 1:04:44 PM |
| **To:** | LARRY LIEBERT (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|4475778\|\|) [LLIEBERT@Bloomberg.net]; MICHAEL SHEPARD (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|7730115\|\|) [MSHEPARD7@Bloomberg.net]; BILL FARIES (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|4312022\|\|) [WFARIES@Bloomberg.net] |
| **Subject:** | Re:Fwd:Washington Government & Regulation agenda - April 18-20 |

[MSG Greeting]: Washington Bureau Chief. Cell anytime: ███████

On BizWeek I agree. Every time we work with those people it's an issue. But it seems there is consensus here on Nafeesa. So let's not wait until mid year reviews to deliver her a firm but fair version of this, with some sense of urgency. Like, things need to change now.

I sincerely wonder if anyone in her whole career has told her this. So fine, then it falls to us. She has to see all the other reporters in the room running around like crazy people to keep up the pace. None of that rubs off on her?

From: Bill Faries (BLOOMBERG/ NEWSROOM:) At: 04/18/18 08:51:58
To: Craig Gordon (BLOOMBERG/ NEWSROOM: ) Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

I will reiterate that. It's not the first or second time she's been delivered that message. The BUsinessWeek piece, frankly, has nothing to do with her. We can't hang that on her. The story was ready 2-3 weeks ago.

From: Michael Shepard (BLOOMBERG/ NEWSROOM:) At: 04/18/18 08:50:50
To: Bill Faries (BLOOMBERG/ NEWSROOM: ) , Craig Gordon (BLOOMBERG/ NEWSROOM: ) , Larry Liebert (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

Whoever has her ear should convey the message that it's urgent over precious and that she needs to get more points on the board — all in a positive way

Sent from Bloomberg Professional for iPhone

PLAINTIFF'S EXHIBIT
18
PENGAD 800-631-6989

From: Larry Liebert (BLOOMBERG/ NEWSROOM:) At: 04/18/18 08:44:26
To: Michael Shepard (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

Nor do I disagree, although I still wonder if there are ways to impose more discipline and urgency on her reporting and writing. She has the skills but not the metabolism.

Sent from Bloomberg Professional for iPhone

From: Bill Faries (BLOOMBERG/ NEWSROOM:) At: 04/18/18 08:32:58

CONFIDENTIAL                                                                     BLP_NS_0000914

To:  Larry Liebert (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

Frankly I don't disagree with any of this.

From: Craig Gordon (BLOOMBERG/ NEWSROOM:) At: 04/18/18 07:49:24
To:  Bill Faries (BLOOMBERG/ NEWSROOM: ) ,  Larry Liebert (BLOOMBERG/ NEWSROOM: ) ,
Michael Shepard (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

Of course. A major goal for us with Nafeesa this year is speed-to-market. All of her
stories take longer than they should. Her productivity is not to my liking. I can only
think of one story she's done this year -- her first cyber in the states story -- that
moved the needle. That is nowhere near enough. It's almost May 1. Even if CIA guy and
national guard get done, that's hardly a full four months work.

Also a reporter at Bloomberg should be able to BOTH make this trip and finish up those
stories.


I am beginning to have significant doubts about whether Nafeesa's metabolism and,
frankly, quality is up to our standards. We all have a soft spot for Nafeesa. But I want
to be clear with everyone on this chain: Her continued employment at Bloomberg is an open
question to me. I simply can't have a valuable bit of headcount taken up by a person who
is working at the speed and quality of Nafeesa -- neither of which are acceptable to me.


Let's get those two stories out the door and discuss at a later date. Thanks.

From: BILL FARIES (BLOOMBERG/ NEWSROOM:) At: 04/18/18 07:43:00
To:  LARRY LIEBERT (BLOOMBERG/ NEWSROOM: ) ,  MICHAEL SHEPARD (BLOOMBERG/ NEWSROOM: ) ,
CRAIG GORDON (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

No but it's a good point. I don't know if that would have been worthwhile but will talk
to her about it. Frankly, she's got two stories — the CIA piece and the national
guard/hacking piece — in the queue and I've been more focused in her getting those out.

Sent from Bloomberg Professional for iPhoneBill FariesU.S. National Security Team
Leader(O) +1-202-807-2226 (M) ███████████████ @billfaries


----- Original Message -----
From: CRAIG GORDON (BLOOMBERG/ NEWSROOM:)
To: BILL FARIES, LARRY LIEBERT, MICHAEL SHEPARD
At: 18-Apr-2018 07:35:13

Did we consider sending Nafeesa to Miami for this election meeting?

----- Original Message -----
From: MICHAEL SHEPARD (BLOOMBERG/ NEWSROOM:)
To: JOHN MCCORRY, ROBERT BURGESS, DANIEL MOSS, DAVE LIEDTKA, GUY COLLINS, PAUL SILLITOE,
LAURA ZELENKO, RETO GREGORI, ANDREW DAVIS, MICHAEL LYSAK, TIMOTHY COULTER, ROBIN MESZOLY,
BRENT O'BRIEN, ANDY DAVIDSON, ANDREW J. BARDEN, PETER VERCOE, KIM CHIPMAN, TODD MCEVOY,
STACIE SHERMAN, ANTHONY CAPACCIO, CHRISTINE HARPER, DAVID PAPADOPOULOS, SOPHIE CARONELLO,
BRENDAN MURRAY, CHRISTIAN THOMPSON, DAN REICHL, DANIEL TILLES, CARY O'REILLY, LAURA
LITVAN, THEOPHILOS ARGITIS, FLAVIA KRAUSE-JACKSON, NANCY MORAN, CESCA ANTONELLI, STEVE
GEIMANN, ADRIAN KENNEDY, JOHN FRAHER, KAREN TOULON, JAMES O'CONNELL, CAROLINE ALEXANDER,
MARC PERRIER, JOE SOBCZYK, ANNY KUO, ROMAINE BOSTICK, KARL MAIER, MARTY SCHENKER, LAURIE
ASSEO, SARA MARLEY, SIMON KENNEDY, DAVID ROVELLA, SARA FORDEN, BEN HOLLAND, JASON KELLY,
MATTHEW BROOKER, OTIS BILODEAU, LAURENCE ARNOLD, JESSE WESTBROOK, CHRIS ANSTEY, MARTIN Z
BRAUN, ADRIANA ARAI, DANIEL HAUCK, GWEN ACKERMAN, TORREY CLARK, ALBERT HUNT, JULIE

CONFIDENTIAL

BLP_NS_0000915

ALNWICK, BEN SILLS, REG GALE, CAROLINE GAGE, TINA DAVIS, JOHN LIU, EDWARD DUFNER, AARON EGLITIS, JUSTIN BLUM, TAL BARAK HARIF, JOI PRECIPHS, CHRIS NAGI, BILL FARIES, GREGORY MOTT, ALAN BJERGA, ADRIENNE TOSCANO, ALEXIS LEONDIS, LARRY LIEBERT, WILL DALEY, DANIEL KRAUT, OTT UMMELAS, ALAN GOLDSTEIN, JOSHUA GALLU, JONAH DAVIS, JEFFREY TAYLOR, MAGGIE OTTE, ZOLTAN SIMON, ROBERT FRIEDMAN, DANIEL TEN KATE, JOHN VOSKUHL, ROBERT BLAU, ALAA SHAHINE, SARAH MCGREGOR, SARAH MCDONALD, MARGARET COLLINS, MIKE DORNING, PAULA DWYER, PETER LACA, PETER COY, CRISTINA LINDBLAD, FELICE MARANZ, ANDY REINHARDT, TOM GILES, CHELSEA HOON, HEATHER HARRIS (NEWS), CHRISTOPHER FLAVELLE, ALEX WAYNE, TY TRIPPET, AV AMERICAS, PAUL E COX, KATHERINE RIZZO, JON MORGAN, BERNIE KOHN, JODI SCHNEIDER, ALEX TRIBOU, DAVID SHIPLEY, ROXANA TIRON, MARK NIQUETTE, MICHAEL SHEPARD, JULIE CHARIELL, MARY DUENWALD, LOREN DUGGAN, ROB BARNETT, CHRISTOPHER MALONEY, KATHLEEN HUNTER, ERIC ROSTON, KATRICE EBORN, WES KOSOVA, BENNETT ROTH, CHELSEA MES, DEREK WALLBANK, JARED SANDBERG, DC FIRST WORD/SPEED, HENRY SELTZER, COURTNEY COLLINS, TANIA CHEN, ANDY SHARP, ANDREW POURINSKI, LEE COCHRAN, MATTHEW PHILIPS, ZARA KESSLER, ZACHARY SHERWOOD, JACKIE EDWARDS, MAGGIE DAY, MADELEINE LIM, JANET PASKIN, RAKSHITA SALUJA, CLAIRE OBUSAN, JENNIFER HALEY, ANDREW MARTIN, ROSALIND MATHIESON, CHERYL SAENZ, ELIZABETH WASSERMAN, WINNIE O'KELLEY, JILL WATANABE, AARON RUTKOFF, TOLUSE OLORUNNIPA, MICHAEL WINFREY, MARK SINISCALCHI, HEATHER ROTHMAN, CRAIG GORDON, JENNY PARIS, ELISSA NADWORNY, BRENDAN SCOTT, EMMA ANGERER, ANNE CRONIN, ERIK WASSON, COLIN TIPTON, SHERY AHN, ELIZABETH TITUS, DAVID GILLEN, JOE WEISENTHAL, EMMA CHANDRA, ALISA PARENTI, ETHAN BRONNER, BEN BRODY, DAVID MEYERS, JOSHUA PETRI, ROS KRASNY, KATIE ROBERTSON, JAN SIMMONDS, ADAM BLENFORD, PETE NORMAN, DAVID SUCHERMAN, SARAH MULLER, DAVID WESTIN, ANJALI KAPOOR, THOMAS HOUSTON, GREGORY WHITE, CATHERINE TAIBI, KEVIN YOUNG, NICK RIGILLO, AMBER SIZEMORE, KRISTINE SERVANDO, ALEX MILLSON, ALYSSA MCDONALD, GLOBAL DAYBREAK, KEVIN WHITELAW, AMY MORRIS, JASON KOUTSOUKIS, AYESHA SRUTI, MEGAN HESS, LEILA TAHA, MEG ELY, ADAM ROLLASON, RUTH POLLARD, SAMANTHA BOYD, SIRAJ DATOO, CHRISTINE BARATTA, AUGUSTA MELLON, ALLISON ELLIS, PETER BARNES, SHERI JENNINGS, RADIO NETWORK, JOHN HARNEY, ELISABETH PONSOT, MARGARET SUTHERLIN, ALEXANDER H GITTLESON, KERRI CHYKA, ACHILDERS@BNA.COM, BYUILL@BNA.COM, HROTHMAN@BNA.COM, JCOOMES@BNA.COM, JMCLOUGHLIN@BNA.COM, JMEYER@BNA.COM, KPERINE@BNA.COM, LPEARL@BNA.COM, MPASCHAL@BLOOMBERGLAW.COM, MWILLIAMS@BNA.COM, NMACALUSO@BNA.COM, PALBERGO@BNA.COM, PCONNOLLY@BNA.COM, PKUSHIN@BNA.COM, RDAIGLE@BNA.COM, RSCHOOF@BNA.COM, RTUCK@BNA.COM, SBRUNINGA@BNA.COM, SDOYLE@BNA.COM, SGIBB@BNA.COM, SJENKINS@BNA.COM, SMCINERNEY@BNA.COM, TTAYLOR@BNA.COM, mshreve@bna.com
At: 17-Apr-2018 23:56:41

-- > Worth strong TOP/web display - NKorea/Trump/Abe

CIA Chief Pompeo Said to Meet Kim to Lay Ground for Trump Summit
{NSN P7D0EZ6S9728 } MAINBAR out overnight
Trump Says U.S. and North Korea Had Direct `High Level' Talks
{NSN P7CIYG6JTSE8 } out


-- > Worth strong TOP/web display - Southwest

Evidence of Metal Fatigue Found on Engine in Fatal Jet Explosion
{NSN P7D0DW6S973B } new MAINBAR moving overnight
Southwest CEO Faces Test as Deadly Accident Mars Safety Record
{NSN P7CYOX6TTDS3 } out overnight
Death on Southwest Plane Shatters Record U.S. Safety String
{NSN P7CVL56TTDS1 } out overnight
Southwest Jet Engine Blows Out in Flight, Killing One Passenger
(NEW) {NSN P7CGUV6JIJUO } out
`Sheer Panic' Grips Cabin in First Fatal U.S. Flight Since 2009
(NEW) {NSN P7CIDP6TTDS4 } out


-- > Worth strong TOP/web display - Politics/IRS/AT&T

Taxpayers Get an Extra Day to File After IRS Computers Fail
{NSN P7D47H6S9729 } 4 a.m. version moving
Democrats Unified Against Trump But Torn on Election Agenda
{NSN P7CXOG6S9728 } moving at 4 a.m.

CONFIDENTIAL

BLP_NS_0000916

AT&T Seen Having Edge Over U.S. in Court Battle for Time Warner
{NSN P7CRA06TTDS9 } moving at 4 a.m.
Putin Said to Seek Trump Deal Even After Sanctions, Syria Attack
{NSN P7CKRJ6TTDSE } out overnight via EMEA
Trump Lawyer's Document Review Could Slow Pace of Prosecutors
{NSN P7CVYM6JIJUP } moving at 5 a.m.
McConnell Rules Out Senate Vote on Bill to Bar Mueller's Firing
{NSN P7CO5A6K50XT } out


-- > Worth strong TOP/web display - Trade/Economy/FinReg

Tech Firms May Beat Trump in Debate Over Chinese Joint Ventures
(NEW) {NSN P7CH8W6K50XT } CFIUS-Lobbying SCOOP out
Kudlow Says TPP Reconsideration More `Thought' Than `Policy'
{NSN P7CBFW6TTDS4 } out


* TRUMP-KIM - President Donald Trump said that talks have been taking place at at a very
high level between senior U.S. officials and North Korean Leader Kim Jong Un. The
president didn't offer many specifics on the discussions, but they're taking place as the
two adversary nations prepare for a possible historic meeting between their two leaders.
As for the meeting, Trump said it wouldn't take place in the U.S., even as he said there
were several sites under consideration. We have a lead on a few possible locations that
are mentioned in the mainbar running overnight, as well as come places that won't be
considered. We're determined to break news on the event, particularly its location and
any other key logistics. White House, National Security, AsiaGov

* TRUMP-ABE - President Donald Trump will meet with Japanese Prime Minister Shinzo Abe on
Wednesday at his Mar-a-Lago golf resort in Florida, where the two will discuss trade and
security issues. Abe will press for a break from steel and aluminum tariffs that the U.S.
announced last month, while also making sure that Japanese interests are considered as
Trump prepares to meet with North Korean leader Kim Jong Un in the next few months. On
Wednesday, Trump and Abe will meet starting at 2 p.m. DC time, then hold a joint press
conference at 5:30 p.m. DC time, before decamping for dinner at 7:30 p.m. White House &
AsiaGov/Olorunnipa & Reynolds

* SOUTHWEST - We'll follow up Wednesday on the failure of a Southwest Airlines jet engine
that killed a passenger aboard a flight from New York to Dallas in the first fatality
aboard a U.S.-flagged carrier in nine years. The incident is prompting an intense federal
investigation that could lead to the grounding of some planes with similar engines,
depending on the findings of safety agency officials. We're working closely with Global
Business on the aftermath of the crash, looking at both the impact on Southwest and the
industry, as well as on the response by U.S. regulators. We'll also consult with the
legal team about possible liability for the carrier. Regulation & Global Business/Levin

* TRADE - We're looking now at whether the U.S. and China will begin talks to resolve
their differences in coming days. We're also awaiting another list from the U.S. of
Chinese products to be hit with tariffs, this one coming in response to Trump's call for
additional levies. We're also looking at whether the U.S. is serious about getting back
into the Trans-Pacific Partnership -- an accord the U.S. exited as soon as Trump took
office -- late Tuesday Trump tweeted more about his misgivings with the accord. The Trump
administration has also signaled some interest in getting a Nafta deal done soon, and the
U.S., Canada and Mexico signaled last week that their talks are entering a new, intensive
phase. We'll work with the USEco, AsiaGov, Energy and Global Business teams to assess the
next steps. White House & USEco & Congress

* RUSSIA-SANCTIONS - We're still on the lookout for additional possible U.S. sanctions on
Russia specifically related to any support given to the Syrian regime's chemical weapons
programs -- a move foreshadowed on Sunday by U.S. Ambassador to the UN Nikki Haley. The
move didn't happen on Monday, as promised, and it's unclear whether it really is still to
come. We have a template {NSN P78FCY6JTSE8 } ready in STRQ. We'll be watching the

CONFIDENTIAL

Treasury website closely. For early Wednesday morning, EMEA is moving a piece looking at how Russian President Vladimir Putin is still looking for rapprochement with the Trump administration in the wake of sanctions and the Syria strikes. White House & USEco & National Security

* MUELLER-TRUMP - The Russia probe moved closer to President Donald Trump's inner circle this week as FBI agents raided the offices and hotel room of his personal lawyer. Trump's angry response has revived fears that he might do the unthinkable and fire Special Counsel Robert Mueller, a move that would unleash a political firestorm. On Monday in New York, a judge denied a request from Trump to keep prosecutors from immediately reviewing evidence seized by the FBI last week from his longtime personal lawyer, Michael Cohen. The USLegal team is covering the Cohen hearings on Monday. We have templates for Trump firing Mueller, Rosenstein and Attorney General Jeff Sessions. We're have a full coverage plan {NOTE /ID 6543413355943034880} in the event of a Mueller firing. White House & USLegal

* PRUITT - EPA Administrator Scott Pruitt remains under scrutiny for his lease of a room in a Capitol Hill apartment owned by a lobbyist, but he got a vote of confidence from President Donald Trump over the weekend. Even so, White House officials are dismayed about the arrangement, including his initial inability to produce documentation about his lease or payments. We'll follow up on his status and new angles on his living arrangements. And, yes, We have templates (see below) for possible ousters, including one for Pruitt. Regulation


-- > Templates!!!

* TRUMP-TURMOIL - We have templates for departures of and new jobs for several key administration officials. Most can be found in NH INT:

** PRUITT-OUT - {NSN P6S8HG6KLVRH } Pruitt ousted as EPA chief
** KELLY - {NSN P5HKL86TTDSH } Chief of Staff John Kelly's exit
** PERRY - {NSN P5JUF26KLVSL } the Energy Secretary's move to the VA
** KUSHNER-IVANKA - {NSN P5HTCZ6TTDS0 } - departure of Ivanka Trump and Jared Kushner from the administrationn
** SESSIONS - {NSN P5HIEY6K50XT } if he quits or is fired as attorney general.
** MCGAHN - {NSN P5JLMM6S9728 } for White House Counsel Don McGahn exit
** HAGIN - {NSN P5JP5P6KLVR4}
** DEVOS - {NSN P5LOWZ6TTDS1 } Education Secretary Betsy DeVos
** CARSON - {NSN P5N35K6JIJUT} Housing Secretary Ben Carson


* TRUMP-RUSSIA-FLYNN - We'll work with the US Legal team on new angles on Special Counsel Robert Mueller's Russia probe. Trump says he has no intention of firing Mueller, but the US Legal team has prepared templates just in case he decides to move against him, as well as templates for charges against a range of Trump associates. Here's a list of links:
*Jared Kushner  {NSN P2NTSF6JTSE9 }
*Donald Trump Jr. {NSN P4RNM86JIJUO }
*Tony Podesta {NSN P5HLKI6TTDS1 }
*Carter Page: {NSN P4RNN86JIJUQ }
*Hope Hicks  {NSN P4XJZQ6JIJUY }
*Sam Clovis {NSN P4RP7Y6JIJUO }
*K.T. McFarland  {NSN P4RNO76TTDS1 }
*Bijan Kian {NSN P4RNPE6TTDS1 }
*Trump orders Mueller fired {NSN P3FO7Q6JIJUO }
*Mueller fired {NSN P5NA5L6TTDS4}
*Russian hackers charged {NSN P4XOWW6S9728 }
*Rick Gates plea deal  {NSN P4IPXVSYF01T }
*Manafort re-indictment {NSN P4IS276S972N }
*B-matter on Manafort loans {NSN P4VTMG6TTDS0 }
White House & National Security & Congress/Strohm, Pettypiece, Dennis, House

CONFIDENTIAL

* MCCAIN - Republican Senator John McCain's health remains delicate as he continues to receive treatment for a brain tumor. We have a template ready {NSN P1BREK6TTDS1 } in case he decides to resign because of health reasons and there's also an obit {NSN P0NR6N6KLVRF } in the INT queue. If he dies, it should be a *red* headline. Congress

-- > Wednesday

* SEC-FIDUCIARY (April 18) - The Securities and Exchange Commission is scheduled to meet to discuss its version of the Obama-era fiduciary rule that requires brokers to put their clients' interests first. If enacted eventually, the SEC's rule would sub out one created under the Labor Department by President Barack Obama. There's a preview moving on Wednesday on the new SEC rule ahead of the agency's 3:30 vote. FinReg/Bain & Schmidt

* TRUMP-ABE (April 18) - President Donald Trump is scheduled to meet with Japanese Prime Minister Shinzo Abe in Florida at Trump's Mar-a-Lago golf resort. Their agenda will include North Korea and trade. White House/Olorunnipa

* IMF-WORLDBANK (April 18) - The semi-annual meetings of the International Monetary Fund and World Bank continue in Washington through the weekend.  Officials from the IMF, World Bank, G-20 finance ministries and central banks will be in town all week, with events ramping up Wednesday and continuing through Sunday. Here's the full coverage plan: {NSN P7CIF46KLVR5 } and a link to the official schedule: https://bit.ly/2qfa1gM

* SCOTUS (April 18) - The U.S. Supreme Court meets at 10 a.m. and may issue opinions.

* MULVANEY (April 17) - White House Budget Director Mick Mulvaney will appear at 10 a.m. before a House Appropriations subcommittee on the 2019 budget.

* PERDUE (April 17) - Agriculture Secretary Sonny Perdue testifies at 9:30 a.m. before a House Appropriations subcommittee on the agency's 2019 budget request. He then appears at 1:30 p.m. before another House Appropriations subcommittee.

* CARSON (April 17) - Housing Secretary Ben Carson testifies 2:30 p.m. before a Senate Appropriations subcommittee on the agency's 2019 budget.

* CBO-BUDGET (April 17) - Congressional Budget Office Director Keith Hall testifies at 3 p.m. before a House Appropriations subcommittee on the 2019 budget.

* CORKER-BREAKFAST (April 18) - Retiring Senate Foreign Relations Committee Chairman Bob Corker speaks at the Christian Science Monitor breakfast in Washington at 8:30 a.m. National Security/Flatley

* MIDEAST-POLICY (April 18) - The House Foreign Affairs Committee hears testimony at 10 a.m. from Acting Assistant Secretary of State David Satterfield and Acting Assistant Secretary of State A. Wess Mitchell on U.S. policy in the Middle East. National Security monitoring

* CYBER-ELECTIONS (April 18) - The Election Assistance Commission holds a foru,m at 2 p.m. on election security forum with officials from different states in Miami. National Security/Syeed (monitoring remotely)

-- > Thursday

* IMF-WORLDBANK (April 19) - The semi-annual meetings of the International Monetary Fund and World Bank continue in Washington through the weekend.  Officials from the IMF, World Bank, G-20 finance ministries and central banks will be in town all week, with events ramping up Wednesday and continuing through Sunday. Here's the full coverage plan: {NSN P7CIF46KLVR5 } and a link to the official schedule: https://bit.ly/2qfa1gM

CONFIDENTIAL

-- > Friday

* IMF-WORLDBANK (April 20) - The semi-annual meetings of the International Monetary Fund and World Bank continue in Washington through the weekend.  Officials from the IMF, World Bank, G-20 finance ministries and central banks will be in town all week, with events ramping up Wednesday and continuing through Sunday. Here's the full coverage plan: {NSN P7CIF46KLVR5 } and a link to the official schedule: https://bit.ly/2qfa1gM


-- > Stories in works for the coming week

* SENATE-GOP-RECRUITMENT - story in works for midweek next week. The map of 2018 Senate races gives Republicans significant advantages but those have been mitigated by difficulty recruiting solid candidates to challenge Democrats and the potential for some divisive GOP primaries. Congress/John

* ELECTION-PARTIES - Tentatively for Thursday at 4 a.m. The one election theme for Democrats is there is no theme. Candidates looking to capture Republican seats in November increasingly look like free agents, willing to buck Democratic orthodoxy and barely mentioning the one issue that most motivates the party's base: Donald Trump. Congress/Kapur

* ELECTION-FARMERS - IF, timing TBD. Worries in farm country about China targeting agriculture in a trade war is giving a new opening to a handful of Democrats who already are trying to pry loose the rural vote. Congress/Bjerga

* SAUDI-LOBBYING - story in edits for BWeek. The Saudis have a new ground game in Washington, which was heralded by the Crown Prince's sweeping U.S. tour and showcased with a gala dinner at which the old guard was feted even as the new guard of Saudi lobbyists and loyalists was ushered in DC to press the vision and interests of MBS. Corporate Influence & EMEA/Allison & Nereim

* BOLTON-CONFLICTS - story in works, timing TBD. We're mapping out John Bolton's relationship with his foundation and PACs to see whether the White House has reason to be concerned about conflicts of interest or his financial situation. White House & Corporate Influence/Olorunnipa & Allison

* TRUMP-RNC - story in works for later in week. The Republican National Committee has bolstered staffing in its real-time "war room" to record every chyron that appears on Fox News, so that they can tell what's setting the president off on Twitter. White House/Jacobs

* TRUMP-IMMIGRATION-WELFARE - story in works for next week. The Republican establishment wants to go into the midterm elections talking about tax cuts. But Donald Trump wants to make immigration and welfare reform the central issues. The divide makes it more likely this election, like most midterms, will simply be a referendum on the president. White House/Sink & Olorunnipa

* UNLICENSED CHARTERS - story in works for next week or the week after. On dozens of occasions, Peter Guber, the Southern California moviemaker and part owner of the Dodgers, took flights on a gleaming chartered jet. Only later did he discover that the charter company was a shell without proper FAA certification and pilots without required licenses. Aviation industry groups say Guber's experience is typical of a problem that threatens safety. Regulation/Levin

* CLOUD PEAK - in works, aiming for next week. Like many U.S. coal companies, Cloud Peak Energy had a wish-list for regulatory rollbacks that grew with virtually every stroke of a cabinet secretary's pen during the Obama era. Eleven days after Trump was sworn in, its prayers began to be answered with rollbacks of Obama regulations aimed at ensuring the

CONFIDENTIAL

public gets a fair share of mining done on federal land. Regulation & Power/Roston, Loh & Dlouhy

* CIA-BUSINESS - Timing TBD. CIA Director Mike Pompeo brought aboard a West Point classmate and former business partner Brian Bulatao, to serve as the spy agency's No. 3 official with a task of modernizing operations. Bulatao has private-equity experience and was a co-founder with Pompeo of Thayer aerospace. He has agreed to a sit-down interview with Bloomberg to discuss the mission of bringing a business sensibility to the CIA, and we'll use the moment to ask about how the agency has responded and whether there are any specific problems he sees needing immediate attention. National Security via Businessweek/Syeed

* DEMOCRATS-TAXES - story in the works for midweek next week. Democrats in Congress are in no mood to help Republicans fix the errors and omissions in the hastily drawn tax law they passed in December. Congress/Kapur

* SUNKEN LAND -- Climate change is challenging centuries-old U.S. laws about private property rights along the water, pitting coastal landowners against state governments and other interest groups. Examples from Louisiana, Alabama, North Carolina and Florida show that governments and courts are struggling to answer a basic question: Who owns the land that goes underwater? Regulation/Flavelle

* GREEN-DOMINICA - story in works, timing TBD. Hurricane Maria damaged or destroyed 90% of the homes in Dominica, a Caribbean nation of 74,000 people. Now Prime Minister Roosevelt Skerrit says he wants to rebuild his country as the world's "first fully climate resilient nation," creating a stormproof housing stock, energy grid, telecommunications system and agriculture sector. Bonus: The project's biggest backer is an Irish billionaire. We've been promised access to the prime minister. Regulation/Flavelle

* WARNER-EVOLUTION - story in works, timing TBD. Virginia Senator Mark Warner, a man who made his money in tech has emerged as one of the industry's leading critics on Capitol Hill. The lawmaker credits Google and Facebook insiders who've formed a non-profit dedicated to lessening tech's grip on young minds as opening his own mind to the hazards. We take a look at the education and evolution of Warner. Regulation/Shields

* EXPLORERS - story  in works, timing TBD. For five years now, Ford has struggled to resolve a nettlesome problem with its high-volume Explorer SUV: exhaust fumes seeping into the cabin. More than 2700 people have complained about smelling the fumes and 39 people have been injured, prompting a federal defect probe after several attempts by Ford to resolve the problem failed to stem complaints. The company recently issued a new nationwide fix but Ford could still face a recall if regulators decide the cars are defective. Worse, if an agreed upon fix can't be found, the company may have to buy back more than 1 million vehicles. Regulation & Autos/Beene & Naughton

# 30 #

CONFIDENTIAL                                                                    BLP_NS_0000921

# EXHIBIT Q



# 2016 YEAR-END PERFORMANCE EVALUATION STATEMENT

| Employee Name: | Start Date: |
|---|---|
| **SYEED, NAFEESA** | 10/19/2014 |
| | Department: |
| | U.S. Government |

## Introduction

This statement details your manager's assessment of your 2016 performance against your individual metrics and Bloomberg Culture values. The following summary reflects your manager's feedback on your biggest achievements in 2016, as well as your strengths, areas for improvement and key takeaways for development in 2017. Your self-evaluation is included as well, if you submitted one.

## Metrics

Quality
Breaking News
Collaboration
Impact
Productivity

## Bloomberg Culture

Innovate
Collaborate
Know Your Customer
Do the Right Thing



EXHIBIT 12
FARIES
9·25·25 ak



Page 1 of 2
Printed: 09/01/20 04:38PM
Bloomberg L.P.

CONFIDENTIAL

BLP_NS_0000076



# 2016 YEAR-END PERFORMANCE EVALUATION STATEMENT

| | |
|---|---|
| Employee Name:<br>**SYEED,<br>NAFEESA** | Start Date:<br>10/19/2014<br><br>Department:<br>U.S. Government |

## Performance Commentary

### ACHIEVEMENTS:
*A summary of your biggest achievements as it relates to your metrics and the Bloomberg culture values. This includes how your achievements had impact and the strengths, skills or behaviors that contributed to your success.*

Nafeesa joined the rebuilding national security team a few months into 2016 and was immediately thrown into an entirely new beat -- boosting our cybersecurity coverage AND trying to build up better ties with intelligence agencies. She may feel like her solid performance on those beats is a mixed blessing, since we've learned that we can in a pinch ask Nafeesa to cover a wide range of events and issues for us on short notice and she always delivers.

Focussing on her cyber beat, Nafeesa quickly built up an impressive coterie of sources who helped her produce exclusive after exclusive on the business of cybersecurity and the government's relationship with the cybersecurity industry. Some examples include:
It's Hackers Versus Wonks as Cybercriminals Seek Leg Up on U.S. {NSN O72TRM6JTSEF <GO>}
Pentagon's Silicon Valley Outpost Struggles to Master Agility {NSN O8F83T6S972C <GO>}
Pentagon's 'Rebel Alliance' Chief Seeks to Boost Cyber Prowess {NSN OD5JW26TTDS0 <GO>}

These accomplishments come despite broad agreement that Bloomberg's cyber coverage, distributed among the legal, tech and national security team, is frequently dysfunctional. Sometimes we only find out about stories other cyber reporters are working on from Nafeesa's calls to sources, who then tell us that they recently spoke with a different Bloomberg reporter.

Nevertheless, Nafeesa's achievements not only in her core assignment area, but in bolstering our coverage of election-year hacking and post-election Cabinet nominations and confirmations has made her the go-to person on our team and our confidence in her is reflected in the improvement in her ratings across the board from the mid-year evaluation. She's also stood out for her ability and enthusiasm to discuss her reporting on radio and TV and tap her expertise in serving as a host for BGOV events.

### AREAS FOR IMPROVEMENT:
*A summary of your areas of improvement as it relates to your metrics and the Bloomberg culture values. This includes the impact on your performance and what skills or behaviors held you back.*

Nafeesa gets pulled in a lot of different directions but that is the result of our confidence in her ability to cover a range of issues. Heading into 2017, we'd like to see Nafeesa:

* Break more scoops from the cyber and intel arena. This is one of the hardest tasks in all of DC journalism, but as Nafeesa continues to build out her source network it's a job she's more than capable of accomplishing.
* Continue strengthening Bloomberg's ties with the cybersecurity industry

### LOOKING FORWARD:
*The key takeaway areas where you can develop that will make the biggest difference in your performance going forward.*

At the start of the new administration, we're asking Nafeesa to keep on top of her current assignments and also spend time over at the Pentagon, where we need to bolster our coverage of the incoming Secretary of Defense and major military policy issues. Any contributions on that front -- we haven't had a Pentagon policy reporter in almost 18 months -- will be a huge contribution to Bloomberg's firepower in covering geopolitics.

CONFIDENTIAL

BLP_NS_0000077