# EXHIBIT R

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## 2017 INTERIM PERFORMANCE EVALUATION

Employee Name:
**SYEED, NAFEESA**

Start Date:
10/19/2014

Department:
National Security

## Introduction

This statement details your manager's assessment of your 2017 performance to-date against your individual metrics and Bloomberg Culture values. The following summary reflects your manager's feedback on progress since year-end evaluations as well as focus areas for the second half of the year.

## Metrics

- **Quality**
- **Breaking News**
- **Collaboration**
- **Impact**
- **Productivity**

## Bloomberg Culture

- **Innovate**
- **Collaborate**
- **Know Your Customer**
- **Do the Right Thing**



EXHIBIT 13
9.25.25
ak

## Overall Performance Comments

**Looking Back:**

*A summary of the progress toward your goals since year-end evaluations.*

Nafeesa has been a valuable, flexible team player heading into the new (and highly unpredictable) Trump administration. While she had been focused primarily on cyber and intelligence-related coverage heading into this year, we took a gamble and decided to deploy her more frequently at the Pentagon in a bid to boost our coverage of defense policy and new Defense Secretary James Mattis. That said, we've continued to tap Nafeesa for her well-recognized ability to build sources across a range of fields and sometimes leaned on her for coverage/contacts at the Dept. of Homeland Security, CIA, etc. It's good to have a reporter like Nafeesa that you can throw unexpectedly into developing stories and who is so willing to collaborate with colleagues not only in the bureau, but other regions. Sometimes, however, the lack of a clear and narrowly defined beat has been a frustration for Nafeesa and her managers, however, and we are going to be working on making sure that Nafeesa's flexibility to work on a range of stories doesn't leave her spread to wide in terms of her focus.

One of Nafeesa's biggest wins came on a story she flagged about the Pentagon looking to review its largest weapons contract ever, for the F-35 fighter. Our headlines on that story beat the competition by almost a minute and moved shares, prompting a "Green B" for our coverage. {NSN OKG9U56KLVR5 <GO>}. But Nafeesa also distinguished herself with exclusives about the Pentagon paying hackers to test key internal systems, and collaborating with our Russia GOV reporter and the editing hub on a widely cited story about Trump/Syria/Iran. {NSN OQTQ1MSYF01S <GO>}. And she helped fill our gap at Homeland Security when Trump made one of his first official acts an effort to institute an immigration ban against seven Muslim-majority nations.

## Bloomberg

Page 1 of 2
Printed: 09/01/20 04:18PM
Bloomberg L.P.

CONFIDENTIAL

BLP_NS_0000087

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

# 2017 INTERIM PERFORMANCE EVALUATION

| Employee Name: | Start Date: |
|---|---|
| **SYEED, NAFEESA** | 10/19/2014 |
| | Department: |
| | National Security |

**Looking Forward:**

*A summary of your areas of focus for the second half of the year.*

Nafeesa often provides critical and frequently exclusive "missing links" to high profile stories, both out of Washington and the Middle East, where she previously worked. Recognition of those efforts prompted Bloomberg to support her participation in a journalism fellowship program in Jordan later this year. That said, it would be good for Nafeesa to be the lead writer on more of those stories, rather than receiving an assist or a second byline. We want to work more closely with her to tap her sourcing network into more frequent and exclusive stories that will distinguish our reporting and bring her hard, behind the scenes work, greater exposure.

Nafeesa is also being asked to provide more of a central role in chasing news related to the multiple investigations into the president and key White House aides over possible connections to Russian meddling during the 2016 campaign. As the reporter with the closest and most frequent contacts to the intelligence community, we'll be looking to see if Nafeesa can help bolster our coverage of what could be the biggest story in Washington in a generation.

CONFIDENTIAL

BLP_NS_0000088

# EXHIBIT S

Case 1:24-cv-06101-GHW-GWG    Document 106-3    Filed 05/29/26    Page 4 of 88

\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>\>

# 2017 YEAR-END PERFORMANCE EVALUATION

**Employee Name:**
**SYEED, NAFEESA**

Start Date:
10/19/2014

Department:
National Security

## Introduction

This statement details your manager's assessment of your 2017 performance against your individual metrics and Bloomberg Culture values, and your areas of focus for the year ahead. Your self-evaluation is included as well, if you submitted one.

## Metrics

- **Quality**
- **Breaking News**
- **Collaboration**
- **Impact**
- **Productivity**

## Bloomberg Culture

- **Innovate**
- **Collaborate**
- **Know Your Customer**
- **Do the Right Thing**



PENGAD 800-631-6989  EXHIBIT  For B 14  9.25.25  ak

## Performance Commentary

**LOOKING BACK:**
*A summary of your performance for this past year.*

Nafeesa had a good year, juggling sometimes competing demands from DC editors over her coverage areas and frequently becoming our go-to reporter on breaking news in areas like the Department of Homeland Security, the Pentagon and other agencies we regularly faced coverage gaps in.

Early in 2017, editors asked Nafeesa to bolster our coverage at the Pentagon in the expectation that Secretary Jim Mattis would be a high-profile figure in the Trump administration. Mattis, contrary to our expectations, shied away from the press but Nafeesa's work and quick thinking helped us score one of the bureau's earliest and biggest market-moving wins when she flagged Mattis's review of the F-35 weapons program. {NSN OKG9U56KLVR5 <GO>}. She balanced that coverage with early reporting from DHS, which was the center of the storm in the early weeks of the Trump administration over the president's immigration and refugee restrictions.

Nafeesa has also been a big help in making sure we stay on top of week-to-week issues in the cyber realm, where Bloomberg has fallen short in the past since most of our experts in the issue focus on longer-term enterprise. In arguably the hardest beat in Washington (intelligence issues), she has built out a solid network of sources and brought top officials in for interviews.



Page 1 of 2
Printed: 09/01/20 04:14PM
Bloomberg L.P.



## 2017 YEAR-END PERFORMANCE EVALUATION

| Employee Name: | Start Date: |
|---|---|
| **SYEED, NAFEESA** | 10/19/2014 |
| | Department: National Security |

In her first full year in the DC bureau, Nafeesa earned a reputation for collaboration, frequently working with international government colleagues around the world to round out regional or global stories, and she has carved out a key role as a mediator on panels for BGOV and other parts of the company. Those efforts don't appear in traditional Bloomberg "metrics" but they are highly valued.

In recognition of Nafeesa's efforts, Bloomberg gave her three weeks of leave to take part in a fellowship program that took her to the Middle East, where she produced two excellent pieces about the conflict in Yemen ({NSN P18TXY6KLVRV <GO>} and {NSN OZGM6MSYF01S <GO>}). Such opportunities are extremely rare at Bloomberg, but editors felt like it was both a good opportunity for Nafeesa and for the news division to plant its flag on a key issue.

There is little doubt that editors bear blame for sometimes having Nafeesa spread too thin across a range of beats. Without a "core beat" in Washington, it can be harder to do the deep dives into agencies and issues needed to score more insightful enterprise and breaking news. Nafeesa's tally of exclusives, approximately 32, is low for the national security team, and raising that number is a goal for 2018.

Overall, Nafeesa is widely recognized in the bureau for her ability to quickly get up to speed on a range of issues. Her stories are well-researched and always sprinkled with solid voices. It's an impressive skill. Nevertheless, her initial drafts can also be too long and not filed as quickly as editors would also like. But we believe those are issues she'll easily be able to address in 2018.

### LOOKING FORWARD:

*A summary of next year's areas of focus and growth for you.*

Nafeesa's success in 2018 will depend both on her efforts and that of the DC leadership, which has too often the past year asked her to spread her work across too many beats. She is already off to a good start in her coverage of the threat of cyber attacks on the US election. We need to determine very soon whether that beat is enough to fill her time or whether another issue, such as Middle East politics in Washington, would be a good complement.

But just as importantly, editors believe Nafeesa should be more aggressive in pitching story ideas -- both breaking news and enterprise. She should work to plant her flag more prominently as an expert in her coverage areas. We'd like to see her count of exclusives and, just as important, day-to-day stories, rise relative to her peers on the team.

National Security editors will also do a better job working with Nafeesa to plan weekly agendas around stories. As part of this focus, we will also work to shield Nafeesa from getting pulled apart by top editors seeking stories on issues we just don't normally cover. We believe we have a commitment from the bureau's leadership to push back on those requests and we intend to do so.

In sum, editors believe that even with her successes to date, Nafeesa has considerable under-utilized potential to be an even better journalist. We intend to remove some of the hurdles that we think have been hindering her efforts to allow her to do so.

Page 2 of 2
Printed: 09/01/20 04:14PM
Bloomberg L.P.

CONFIDENTIAL

# EXHIBIT T

**Employee** 63605
Nafeesa Syeed
Washington D.C. - 1101 NY Ave

**UUID**
13165776
NEW32 Government

**Comp Delivery Manager** 32433
Bill Faries
Washington D.C. - 1101 NY Ave

**Manager** 32433
Bill Faries



CONFIDENTIAL

BLP_NS_0000091

CONFIDENTIAL

BLP_NS_0000092

> > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > >

# 2017/2018 PERFORMANCE & COMPENSATION STATEMENT

Employee Name:
**Syeed, Nafeesa**

Starting Date:
October 19, 2014

Department:
National Security

The following *2017-2018 Performance & Compensation Statements*, document your contributions during the January 1, 2017 through December 31, 2017 evaluation period and provide the information needed to frame an informed and constructive discussion with your manager:

∞ The *Performance Evaluation Statement* provides your manager's assessment of your 2017 performance and your areas of focus for the year ahead. Your self-evaluation is included as well, if you submitted one.

∞ The **Compensation Statement** describes your total compensation and benefits, including 2017 actual bonus and 2018 target compensation.

For future reference, your Compensation Statement is archived on MYPD<GO> and your Evaluation and Performance Criteria Statements can be found on EVAL<GO>.

Thank you for all that you do to contribute to Bloomberg's success.



Page 1 of 3
Generated: 2/4/18 6:12 AM
Bloomberg L.P.
13165776

CONFIDENTIAL

BLP_NS_0000093

CONFIDENTIAL

BLP_NS_0000094

> > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > >

## 2017/2018 COMPENSATION STATEMENT

Employee Name:
**Syeed, Nafeesa**

Starting Date:
October 19, 2014

Department:
National Security

## TARGET AND ACTUAL COMPENSATION



| Annual Target | 2017 | 2018 |
|---|---|---|
| Base Salary[1] | | |
| Bonus | | |
| **Total Compensation** | | |
| Amount Change | | |
| % Change | | |

| Actual | 2017 |
|---|---|
| Bonus[2] | |

1) The increase in 2018 salary, if applicable, will be effective as of January 1, 2018 and will be retroactively paid on the last business day of February 2018.
2) Payment of your 2017 Bonus, if applicable, will be made on the last business day of February 2018 and is subject to your continued employment through that date.



Page 2 of 3
Generated: 2/4/18 6:12 AM
Bloomberg L.P.
13165776

CONFIDENTIAL

BLP_NS_0000095

> > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > >

# 2017/2018 COMPENSATION STATEMENT

Employee Name:
**Syeed,**
**Nafeesa**

Starting Date:
October 19, 2014

Department:
National Security

## Annual Rewards Summary Statement

Below is a summary of your annual compensation and benefits that Bloomberg provides above and beyond your compensation. While this statement shows the costs to Bloomberg of providing these benefits, their value to you depends on how fully you utilize them.

| 2018 Annual Target Compensation | |
|---|---|
| Annual Base Salary | ■ |
| Target Bonus | |
| Total Annual Target Compensation | ■ |

| 2018 Total Value of Benefit[1] | |
|---|---|
| Medical & Prescription | ■ |
| Dental | |
| Vision | |
| Retirement Opportunity (maximum company matching contribution based on 2018 salary) | |
| Employer Provided Life and Disability Plans (based on 2018 salary) | |
| Total Value of Benefits | ■ |

1) The cost of providing your benefits is based on your election for 2018 and is an estimate of the Company's expenses.

## Benefits At-a-Glance



**Family**
- Parental Leave
- Backup Care, Special Needs & College Coaching
- Adoption, Surrogacy & Fertility Assistance
- Employee Assistance Program
- Telemedicine

**Insurance**
- Disability
- Accident
- Critical Care
- Legal Assistance
- Auto and Home
- Pet
- Identity Theft

**Wellbeing**
- On-Site Healthcare Center
- Fitness, Recreation (BPLY) & Weight Loss Subsidy
- Ergonomic Assessment
- Smoking Cessation Program

**Others**
- Tuition Assistance
- Commuter Program
- Food Pantry & Dining Services
- Summer Picnic
- Cultural Access/ Corporate Discounts
- Student Loan Consolidation

**Please visit HR<GO> for more information on the benefit programs.**
**If you have any questions, please submit an {SDSK ADD ASKH} ticket.**

# Bloomberg

Page 3 of 3
Generated: 2/4/18 6:12 AM
Bloomberg L.P.
**13165776**

CONFIDENTIAL

BLP_NS_0000096

# EXHIBIT U

**Message**

| | |
|---|---|
| **From:** | ROSALIND MATHIESON (9001\|BLOOMBERG/ NEWSROOM:\|6650\|10248344\|\|) [RMATHIESON3@Bloomberg.net] |
| **on behalf of** | ROSALIND MATHIESON (9001\|BLOOMBERG/ NEWSROOM:\|6650\|10248344\|\|) <RMATHIESON3@Bloomberg.net> [RMATHIESON3@Bloomberg.net] |
| **Sent:** | 1/10/2018 3:11:22 PM |
| **To:** | BILL FARIES (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|4312022\|\|) [WFARIES@Bloomberg.net] |
| **Subject:** | Re:Hey Bill |

[MSG Greeting]: Intl government EE, in Singapore. Cells ██████████████

oh just thinking about David Wainer in Israel, who is high-potential and someone we want to groom and keep. He's pressing for a stint in the U.S. to give him international experience. I reckon he'd take a job like the UN gig and really run with it -- hoover up gossip and contacts and turn it into something. And then go back to the Middle East in a few years with extra skills/perspective into a more senior role. Anyway the thought went through my mind. Either that or how to try and persuade Wes to find him a spot in DC! We don't want to lose him.

From: BILL FARIES (BLOOMBERG/ NEWSROOM:) At: 01/10/18 23:06:52
To:   ROSALIND MATHIESON (BLOOMBERG/ NEWSROOM: )
Subject: Re:Hey Bill

Yes. ████████████████████████████████████████



I told Craig I was concerned if Kambiz is gone, how we will fill the gap at some key events there, including the weekly background briefing by the British ambassador (which is VERY helpful to us), the relations with smaller, non-permanent members of the Security Council, etc. He agrees we'll need a plan. And the plan can't be, Nick covers it all.


Is there a reason you're asking?

From: Rosalind Mathieson (BLOOMBERG/ NEWSROOM:) At: 01/10/18 09:55:10
To:  Bill Faries (BLOOMBERG/ NEWSROOM: )
Subject: Hey Bill

Hope you are well.

Can I ask you something?


Is there still a question over the future of Kambiz and/or the UN role?



EXHIBIT 21
FARiES
9.25.25 ak

CONFIDENTIAL

# EXHIBIT V

Message
_____

| From: | WES KOSOVA (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|8033030\|\|) [WKOSOVA@Bloomberg.net] |
|---|---|
| on behalf of | WES KOSOVA (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|8033030\|\|) <WKOSOVA@Bloomberg.net> [WKOSOVA@Bloomberg.net] |
| Sent: | 3/27/2018 1:10:25 PM |
| To: | RETO GREGORI (9001\|BLOOMBERG/ NEWSROOM:\|505463\|21509\|\|) [RGREGORI@Bloomberg.net] |
| CC: | SHELBY SIEGEL (9001\|BLOOMBERG/ NEWSROOM:\|505463\|3292780\|\|) [SSIEGEL4@Bloomberg.net] |
| Subject: | Re:█████████and ███████████ |

Excellent, thank you very much.

From: Reto Gregori (BLOOMBERG/ NEWSROOM:) At: 03/27/18 09:08:28
To: Wes Kosova (BLOOMBERG/ NEWSROOM: )
Cc: Shelby Siegel (BLOOMBERG/ NEWSROOM: )
Subject: Re:█████████ and ███████████

Ok

Sent from Bloomberg Professional for Android


----- Original Message -----
From: WES KOSOVA
At: 27-Mar-2018 15:04:00

Hello. I spoke to Riad again after our conversation. Here's what I'd like to do if ok with you:

███████████ will move to New York as a foreign policy reporter covering U.S.-international stories, which has been a problem for us and is a great need. He'll use the UN as a listening post but he won't be a UN reporter. He will take ████████ head and we will hire to replace him in Tel Aviv or Jerusalem. (I will make up the █████ head elsewhere this year.)

███████████ will move to ████████ and work with editors in the U.S. and overseas to write on ████████
██████████████████████████████████████████████████████████████████

██████████████ will become ████████████████████ We will not replace her headcount on gov--we'll make do with other resources in the region. Not ideal, but we can make it work and it's worth the tradeoff.


Making these moves will fill big holes in our US/international coverage and let us produce pieces that travel well across time zones. It fits with my diabolical plot to write more gov stories from a global perspective to showcase our reach and expertise. And it is headcount neutral. Ros and Riad are very eager to do it also. Cool with you?



CONFIDENTIAL

BLP_NS_0001205

# EXHIBIT W

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NAFEESA SYEED,

                              PLAINTIFF,

        -against-         Case No:
                      24-CV-06161 (GHW)(GWG)
BLOOMBERG L.P.,

                              DEFENDANT.
------------------------------------------X

                DATE: June 3, 2025
                TIME: 10:05 A.M

        CONFIDENTIAL

            DEPOSITION of the Defendant,
BLOOMBERG L.P., by RETO GREGORI, taken by
the Plaintiff, pursuant to Notice and to
the Federal Rules of Civil Procedure, held
at the offices of Clancy law Firm, 40 Wall
Street, New York, New York 10005, before
Joanne Capparelli, a Notary Public of the
State of New York.

CONFIDENTIAL

Page 2

A P P E A R A N C E S:

CLANCY LAW FIRM
   Attorneys for Plaintiff
   NAFEESA SYEED
   40 Wall Street
   New York, New York 10005
   BY: DONNA CLANCY, ESQ.


PROSKAUER ROSE LLP
   Attorneys for Defendant
   BLOOMBERG L.P.
   11 Times Square
   New York, New York 10013
   BY: ELISE BLOOM, ESQ.
             and
       ALLISON MARTIN, ESQ.
             and
       MATTHEW ROSENTHAL, ESQ.

Also Present
   Gabriella Zhelezenyah - Clancy Law Firm

   Lauren Fishkoff - Bloomberg, L.P.

             *         *         *

CONFIDENTIAL

Page 89

GREGORI

information in the system?

A.    Yes.

Q.    Was it typical of Mr. Kosova to request your approval on relocating an employee into another role?

MS. BLOOM:  Object to the form of the question.  You can answer.

A.    Generally managers, senior managers would mention it to me especially if the relo agreement WAS involved.

Q.    You would expect him to do that; is that correct?

A.    I would expect him to do that.

Q.    Let me show you what's marked as Exhibit 8. It's a one-page document bates number 1205. Let me know when you've had an opportunity to review this e-mail.

A.    (Complies.)

Okay.

Q.    Have you ever seen this e-mail before?

A.    I believe that was one of the e-mails I saw yesterday.

CONFIDENTIAL

**Page 91**

**GREGORI**



CONFIDENTIAL

GREGORI



CONFIDENTIAL



CONFIDENTIAL



Page 101

GREGORI

MS. CLANCY:  Let's mark another
exhibit.

(Whereupon, the aforementioned

# EXHIBIT X

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

NAFEESA SYEED,

                         Plaintiff,

            -against-

BLOOMBERG L.P.,

                         Defendant.

No. 24-cv-06101 (GHW)(GWG)

_____

                         June 10, 2025

                         10:14 a.m.

            *** CONFIDENTIAL ***

            DEPOSITION of TAMIKA ALEXANDER,

taken by Plaintiff, pursuant to Notice,

held at the offices of CLANCY LAW FIRM, 40

Wall Street, New York, New York before

Wayne Hock, a Notary Public of the State

of New York.

Page 2

A P P E A R A N C E S:


          CLANCY LAW FIRM
          Attorneys for Plaintiff
                    40 Wall Street
                    New York, New York 10005
          BY:       DONNA H. CLANCY, ESQ.
                    dhc@dhclancylaw.com


          PROSKAUER ROSE LLP
          Attorneys for Defendant
                    11 Times Square
                    New York, New York 10036

          BY:       ELISE M. BLOOM, ESQ.
                    ebloom@proskauer.com
                    ALLISON L. MARTIN, ESQ.
                    amartin@proskauer.com
                    MATTHEW S. ROSENTHAL, ESQ.
                    MSRosenthal@proskauer.com

          ALSO PRESENT:

                    LAUREN FISHKOFF

                         *      *      *

Page 28

T. Alexander -- CONFIDENTIAL conversations come about with employees during that time period?

A.   It varied.  Sometimes the employees reached out to me to have discussions about their careers. Sometimes a manager would reach out to me if they felt that their employee may want to pursue other opportunities within the organization.



T. Alexander -- CONFIDENTIAL



Q.    So with respect to managers that you supported in the D.C. bureau, who, if any, did you support?

A.    In the D.C. bureau, I supported the government team which would have included at that time Wes Kosova, Craig Gordon.  Those were the senior managers and then the managers under them.

Q.    The managers under them were Michael Shepard, Bill Faries; is that right?

Page 30

T. Alexander -- CONFIDENTIAL

A.    Those were some of the managers, yeah.  There were others.

Q.    Do you remember any of the other names?

A.    Not off the top of my head.  The structure has changed quite a bit over the years, so I don't recall from 2016 what the structure was.

Q.    Is she still employed?

A.    No.

Q.    Do you know why she left?

A.    No.

Q.    Did you participate in any discussions about compensation?

A.    As it pertains to?

Q.    As it pertains to employees and

Page 32

T. Alexander -- CONFIDENTIAL





Page 57

T. Alexander -- CONFIDENTIAL



Q.    So what would you consider this information, employee profile or something else?

MS. BLOOM: I object to the form of the question.

You can answer.



Q.    So you see that the information report for Ms. Syeed has a photo of her on the left side of the page.

Do you see that?

Page 63

T. Alexander -- CONFIDENTIAL

A.    In D.C.

Q.    And then also for the July 22 to June 8, 2018, was that a change for what reason?

A.    They just revised the job title again, this time putting BLP back but in parentheses.

Q.    Do you know what the BLP in parentheses signifies?

A.    I do not.

Q.    Who decided to make that change?

A.    I have no idea.

Q.    And the next time period is June 9, 2018, and it indicates termination with pay and benefits.

Do you see that?

A.    Yes.

Q.    Were you involved with Ms. Syeed's termination?

A.    I was not in the office the day she resigned, no.

Q.    You speak with her within days of her termination; is that right?

MS. BLOOM: I object to the form

Page 64

T. Alexander -- CONFIDENTIAL

of the question.

You can answer.

THE WITNESS:  I spoke with her

two days prior to her resignation,

yes.

T. Alexander -- CONFIDENTIAL



T. Alexander -- CONFIDENTIAL



Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 68

T. Alexander -- CONFIDENTIAL

██ ████████ ████████ ██████████

Q.    Did you ever look at her applications at the time that you met with her and then at any time thereafter?

A.    Not that I recall.

Q.    Did Ms. Syeed tell you specifically about the role that she was expressing interest in in 2018 after being at the bureau for a couple of years?

A.    She indicated that she had wanted to move to New York.  I don't recall a specific conversation about a specific beat, just that she had spoken to her managers about moving to New York.

Q.    And did she tell you what her managers' response was?

A.    What I recall is her saying that one of her managers, I believe it was Mike Shepard, had suggested that she write a memo kind of outlining her career aspirations and what she would like to do.  And if I recall correctly, she was frustrated by that request.  However, I tried to show her that it could be a

Page 69

T. Alexander -- CONFIDENTIAL

blessing in disguise because she would be able to help define what her future role could be rather than waiting for her managers to come up with something.

Q.    Do you agree that the managers do have some responsibility in supporting one of their employee's career development?

MS. BLOOM: I object to the form of the question.

You can answer.

THE WITNESS:  I believe that managers should support their employee's career aspirations, but I do think that it varies on what the employee is looking for and whether or not those aspirations are feasible at the time.

Q.    Did she he express to you that she was frustrated by the fact that she expressed interest in a role and then learned that that role had already been filled by someone else?

A.    I don't recall the conversation

Page 70

T. Alexander -- CONFIDENTIAL

about a specific role being filled.  The only thing I recall is her wanting to move to New York and that she had spoken to her managers about wanting a defined beat and wanting to move to New York and that they were slow in the response.

Q.    And when you say "defined beat", you weren't sure which beat it was?

A.    No, I don't recall what beat it was specifically.

Q.    Do you know if she told you what specific beat it was?

MS. BLOOM: I object to form.

THE WITNESS: I don't recall.



Q.    Do you know the name of the other employee who Ms. Syeed said they mistook her for?

A.    Yes.

Page 71

T. Alexander -- CONFIDENTIAL

Q.   Who is that?



Q.   Do you know what race Ms. Syeed is?

A.   I believe South Asian.

Q.   Did Ms. Syeed express concerns

Page 72

T. Alexander -- CONFIDENTIAL
that there was bias towards her as a
female?

MS. BLOOM: I object to the form
of the question.

You can answer.

THE WITNESS: I don't recall her
raising anything related to her being
a female other than being frustrated
that colleagues continuously -- and I
don't know how many times it happened

Q. So I asked you about bias
towards being a female.

Did she express concerns that
she felt discriminated against because of
her race?

A. I don't recall any claims of
discrimination based on her race.

T. Alexander -- CONFIDENTIAL

is that right?

A.    Correct.

Q.    But do you know if at this time it was specifically defined?  And this time meaning March 29, 2016.

A.    I was not aware of that.

MS. CLANCY: This is the next exhibit, please.

(Whereupon, an e-mail dated June 8, 2018 was marked Plaintiff's Exhibit 5 for identification.)

Q.    Exhibit 5 is Bates number 934.

And if you could take a look at this e-mail, Ms. Alexander.  It's dated June 8, 2018 between yourself and Mike

Page 109

T. Alexander -- CONFIDENTIAL

Shepard.

A.      (Reviewing).

Okay.

Q.      Do you recall this e-mail?

A.      Not specifically.

[REDACTED]

[REDACTED]

At this point in time you had already spoken to Ms. Syeed and she expressed her concerns to you; is that right?

A.      Yes.

[REDACTED]

T. Alexander -- CONFIDENTIAL

MS. BLOOM: I object to form.

THE WITNESS:  I'm not sure what

he was referring to with that

Page 111

T. Alexander -- CONFIDENTIAL

statement or that question.



Q.    So Mike didn't know if she had another job or -- was it your understanding he had not spoken to her?

A.    I don't recall if he had spoken to her or not.

Q.    Did you ever speak with Mr. Shepard about --

MS. CLANCY: Well, withdrawn.



T. Alexander -- CONFIDENTIAL



Page 115

T. Alexander -- CONFIDENTIAL



Q.    And was she interviewed for that role?

A.    I'm not aware.

Page 119

T. Alexander -- CONFIDENTIAL





Page 120

T. Alexander -- CONFIDENTIAL

Q.   Were there complaints by Nafeesa

T. Alexander -- CONFIDENTIAL



T. Alexander -- CONFIDENTIAL



T. Alexander -- CONFIDENTIAL



T. Alexander -- CONFIDENTIAL



T. Alexander -- CONFIDENTIAL



T. Alexander -- CONFIDENTIAL

MS. CLANCY: Let me know if you want to take a break at this point for lunch.

MS. BLOOM: Yes.

(Lunch recess taken at 1:36 p.m.)



T. Alexander -- CONFIDENTIAL

A.    I'm not aware of a recording.

Page 161

T. Alexander -- CONFIDENTIAL

June 11.  It's Bates number 1103 through 1105.

Are you familiar with this e-mail chain?

A.    I did review these yesterday as well.

Page 164

T. Alexander -- CONFIDENTIAL



Q.    Did anyone ever discuss offering Ms. Syeed a reporter position focusing on foreign policy coverage in New York at this time?

A.    Not that I'm aware of.

Q.    Was that an option, as far as you know?

A.    Not that I'm aware of.  I'm not sure.



T. Alexander -- CONFIDENTIAL

T. Alexander -- CONFIDENTIAL







T. Alexander -- CONFIDENTIAL

T. Alexander -- CONFIDENTIAL

Page 175

T. Alexander -- CONFIDENTIAL

MS. CLANCY: Can we mark this as the next exhibit.

(Whereupon, an e-mail dated June 11, 2018 was marked Plaintiff's Exhibit 10 for identification.)

Q.    Exhibit 10 is Bates number 1206 to 1207.

Have you ever seen this e-mail?

A.    The top part, no.



Page 182

T. Alexander -- CONFIDENTIAL

T. Alexander -- CONFIDENTIAL



**Page 214**

T. Alexander -- CONFIDENTIAL



Q.   And this was -- this e-mail chain was on June 15, so she had resigned at least a week before this; is that right?

A.   She resigned on the eighth, correct.



# EXHIBIT Y

Case 1:24-cv-06101-GHW-GWG   Document 106-3   Filed 05/29/26   Page 72 of 88



## David Wainer · 3rd

Columnist for Wall Street Journal -- Heard on the Street

New York, New York, United States · Contact info

3,278 followers · 500+ connections

  

**WSJ**  The Wall Street Journal

  Boston University


EXHIBIT 1/14
6
Plancich
PENGAD 800-631-6989

## About

I write for the Wall Street Journal's Heard on the Street about how we eat, treat illness, and how we spend our money—from Big Pharma to Big Food to the business of travel.

## Activity

3,278 followers

+ Follow

**Posts**  Comments  Images

**David Wainer** posted this · 15h

 In San Francisco for #JPM2026, and beyond the unusually good weather, the city itself feels like the agenda.

...

...show more

28

2 comments · 1 repost

Case 1:24-cv-06101-GHW-GWG    Document 106-3    Filed 05/29/26    Page 73 of 88



**David Wainer**

Columnist for Wall Street Journal -- Heard on the Street

# Experience

 **WSJ** **Columnist -- Heard on the Street**

The Wall Street Journal · Full-time

Jun 2022 - Present · 3 yrs 8 mos

New York City Metropolitan Area

I write about healthcare, food, restaurants and more.

 **David Wainer — Columnist at The Wall Street Journal**

**B** **Bloomberg LP**

10 yrs 2 mos

• **Journalist covering international affairs, U.S. foreign policy and climate at the United Nations**

Oct 2018 - May 2022 · 3 yrs 8 mos

Greater New York City Area

I write about U.S. foreign policy, the United Nations, and climate diplomacy for Bloomberg.com and Businessweek magazine. I also contribute to Bloomberg TV and radio. I collaborate with dozens ( ...see more

Case 1:24-cv-06101-GHW-GWG    Document 106-3    Filed 05/29/26    Page 74 of 88

Case 1:24-cv-06101-GHW-GWG   Document 106-3   Filed 05/29/26   Page 75 of 88



**David Wainer**
Columnist for Wall Street Journal -- Heard on the Street


**Bloomberg LP**
10 yrs 2 mos

- **Journalist covering international affairs, U.S. foreign policy and climate at the United Nations**
  Oct 2018 – May 2022 · 3 yrs 8 mos
  Greater New York City Area

  I write about U.S. foreign policy, the United Nations, and climate diplomacy for Bloomberg.com and Businessweek magazine. I also contribute to Bloomberg TV and radio. I collaborate with dozens of Bloomberg reporters and editors around the world to provide breaking news and analysis on major stories. I was the Elizabeth Neuffer Gold Medal Recipient in 2019 for best print journalism at the UN.

- **Deputy Bureau Chief & Political and Economics reporter**
  Feb 2016 – Sep 2018 · 2 yrs 8 mos
  Tel Aviv, Israel

  I was responsible for coverage of economics and politics in Israel and the Palestinian Territories. I also helped manage a group of reporters and editors in Tel Aviv.

- **Healthcare reporter**
  Apr 2012 – Jan 2016 · 3 yrs 10 mos

Case 1:24-cv-06101-GHW-GWG    Document 106-3    Filed 05/29/26    Page 76 of 88

**David Wainer**
Columnist for Wall Street Journal -- Heard on the Street

**B** **Bloomberg LP**
10 yrs 2 mos

- **Journalist covering international affairs, U.S. foreign policy and climate at the United Nations**
  Oct 2018 - May 2022 · 3 yrs 8 mos
  Greater New York City Area

  I write about U.S. foreign policy, the United Nations, and climate diplomacy for Bloomberg.com and Businessweek magazine. I also contribute to Bloomberg TV and radio. I collaborate with dozens of Bloomberg reporters and editors around the world to provide breaking news and analysis on major stories. I was the Elizabeth Neuffer Gold Medal Recipient in 2019 for best print journalism at the UN.

- **Deputy Bureau Chief & Political and Economics reporter**
  Feb 2016 - Sep 2018 · 2 yrs 8 mos
  Tel Aviv, Israel

  I was responsible for coverage of economics and politics in Israel and the Palestinian Territories. I also helped manage a group of reporters and editors in Tel Aviv.

- **Healthcare reporter**
  Apr 2012 - Jan 2016 · 3 yrs 10 mos

  I covered healthcare and Big Pharma, from multibillion dollar M&A deals to stem cell innovations to the race to develop biosimilar drugs. I also covered the tech industry, writing about Israeli startups such as Waze an...

 **David Wainer**
Columnist for Wall Street Journal -- Heard on the Street

# Education

 **Boston University**

 **Questrom School of Business, Boston University**
Bachelor of Business Administration (B.B.A.), Finance, General

# Skills

### Journalism

 Endorsed by Roman Yanushevsky who is highly skilled at this

 Endorsed by 2 colleagues at Bloomberg

 11 endorsements

Case 1:24-cv-06101-GHW-GWG   Document 106-3   Filed 05/29/26   Page 77 of 88

# EXHIBIT Z

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

NAFEESA SYEED,

      Plaintiff,

  v.             Case No.

BLOOMBERG L.P.,      24-cv-06101 (GHW) (GWG)

      Defendant.

————————————————————————————

DEPOSITION OF STEPHANIE PLANCICH, PH.D.

DATE:         Wednesday, January 14, 2026

TIME:         10:18 a.m.

LOCATION:     Clancy Fleishman

              40 Wall Street, 25th Floor

              New York, NY 10005

REPORTED BY:  Patricia Peticolas

Page 2

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF NAFEESA SYEED:

DONNA CLANCY, ESQUIRE

GABRIELLA ZHELEZNYAK, ESQUIRE

IRELAND CLANCY, ESQUIRE

Clancy Fleishman

40 Wall Street, 61st Floor

New York, NY 10005

dhc@dhclancylaw.com

gzheleznyak@dhclancylaw.com

ireland.clancy@dhclancylaw.com

(212) 747-1744

ON BEHALF OF DEFENDANT BLOOMBERG L.P.; AND STEPHANIE

PLANCICH:

ELISE M. BLOOM, ESQUIRE

MICHELLE A. ANNESE, ESQUIRE

Proskauer Rose LLP

11 Times Square, 28th Floor

New York, NY 10036

ebloom@proskauer.com

mannese@proskauer.com

(212) 969-3410

Page 3

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANT BLOOMBERG L.P.; AND STEPHANIE

PLANCICH:

MATTHEW S. ROSENTHAL, ESQUIRE

Proskauer Rose LLP

1 Newark Center

Newark, NJ 07102

msrosenthal@proskauer.com

(973) 274-3200

Page 92

S. PLANCICH

the days.  Sure.  Yeah.

Q    Yeah.  And I'm happy to show you.  And we can mark as -- I guess we're up to 3?

THE REPORTER:  Four.

MS. CLANCY:  Four.

(Exhibit 4 was marked for identification.)

THE WITNESS:  Thank you.

BY MS. CLANCY:

Q    So I've provided you with what we've marked as Exhibit 4.  And for the record, it's an BLP_NS_0001308 to 309.  And is this the international relocation agreement that you reviewed in connection with your rebuttal report?

Page 93

S. PLANCICH

Q     Okay.  Did you have an understanding that David Wainer was offered the UN position that Ms. Syeed had expressed interest in?

MS. BLOOM:  Object to the form of the question.

You can answer.

THE WITNESS:  I understand that David Wainer received this position in New York that we're calling the UN reporter position.

I understand, I think from her complaint, that Ms. Syeed indicates that she expressed an interest in like March 2018 in a UN reporter or a New York reporter based position.  So just taking it all as the same job, then yes.

BY MS. CLANCY:

Q     Okay.  And David Wainer was

Page 96

S. PLANCICH

occurred sometime earlier than the dates in early June that Ms. Syeed was told she wasn't getting the job and David Wainer was given the job?

MS. BLOOM:  Object to the form of the question.

You can answer.

THE WITNESS:  That seems like a reasonable assumption.  As I said, I don't recall seeing specifically when -- when any decision was made about Mr. Wainer, but --

BY MS. CLANCY:

Q    Right.  You haven't seen any offer letter; correct?

Page 97

S. PLANCICH



Q   Okay.  Have you seen a separate compensation statement detailing his actual prorated target for 2018?

A   I don't think so, no.

Q   Did you ask for one to see whether it exists?



And my work is to look at what Dr. Dwyer did and critique it as relevant.  And I -- I accepted that these were the numbers she used in her report.

Q   Using a but-for analysis, was it unreasonable for Dr. Dwyer to use Mr.

Page 151

S.  PLANCICH

MS.  CLANCY:  You have it?

THE REPORTER:  Are we up to -- yes, we're up to 6.  I don't know where my 6 is.

MS.  CLANCY:  Oh, I have it.  You gave it to me.

THE WITNESS:  Thank you.

MS.  CLANCY:  It's Exhibit 6.

THE REPORTER:  Okay.

(Exhibit 6 was marked for identification.)

BY MS.  CLANCY:

Q    So I'm showing you a copy of what we've marked as Exhibit 6.  And this is a printout of the LinkedIn of David Wainer.  It's four pages.  One, two -- actually, no, sorry.  It's six pages.

MS.  BLOOM:  Just note my objection to using any documents that have not been produced in this case.  If this was something that you were relying on, it was incumbent upon you to produce it.  And you didn't do that.

I'm going to let you ask your

Page 157

S. PLANCICH

was interrupted, that this document indicates Mr. Wainer's experience at Bloomberg in terms of his positions and particular duties of that role.

MS. BLOOM:  Object --

BY MS. CLANCY:

Q    Is that fair to say?

MS. BLOOM:  Object to the form of the question.  The document speaks for itself.  She can't opine upon -- she can only say what the document says.  She can't say more than that.

MS. CLANCY:  Objection to the coaching.

MS. BLOOM:  It's not coaching.

THE WITNESS:  I -- I see that there's a description of Mr. Wainer's Bloomberg experience.  Again, I don't know if it's comprehensive or anything, but I see that he has several entries related to his employment at Bloomberg.

BY MS. CLANCY:

Q    Okay.  And you also see that he has his education as a bachelor's degree

Page 158

S. PLANCICH

as well; right?

A    Let me --

Q    If you look at the second-to-last page?

A    Yes.  It says he has a BBA.

Q    Okay.  And if you look at the page where right before his education, he has a healthcare reporter and a start date of April '22.  Do you see that?

A    Healthcare reporter April 2012, yes, I see that.