# EXHIBIT AA

**<u>Filed Under Seal</u>**

# EXHIBIT BB

Message
From:        RETO GREGORI (9001|BLOOMBERG/ NEWSROOM:|505463|21509||) [RGREGORI@Bloomberg.net]
on behalf of RETO GREGORI (9001|BLOOMBERG/ NEWSROOM:|505463|21509||) <RGREGORI@Bloomberg.net>
             [RGREGORI@Bloomberg.net]
Sent:        6/11/2018 7:23:55 PM
To:          TAMIKA ALEXANDER (9001|BLOOMBERG/ WASHINGTO|30246938|232147||) [TALEXANDER@Bloomberg.net]
Subject:     Re:Fwd:BLP: Bloomberg Exit Survey Completed

[MSG Greeting]: In New York                                          Cell ████████

I fear we should, yes.

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/11/18 15:17:12
To:   Reto Gregori (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:BLP:  Bloomberg Exit Survey Completed

Yes, I think we should. Craig, Wes and I are meeting tomorrow to discuss next steps. Do you think it's
worth flagging to Laura?

From: Reto Gregori (BLOOMBERG/ NEWSROOM:) At: 06/11/18 15:16:09
To:   Tamika Alexander (BLOOMBERG/ WASHINGTO )
Subject: Re:Fwd:BLP:  Bloomberg Exit Survey Completed

Is there anything more we should do about this

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/08/18 15:07:17
To:   Reto Gregori (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:BLP:  Bloomberg Exit Survey Completed

I've shared the survey with Wes, Craig and Mike. Craig was sympathetic to her frustrations and agreed
that the ████ case was not handled well, especially since he also found out about it way after the
decision was made to move him. He also agreed that it took them a while to figure out a role for her and
even the beat they finally assigned her to, would likely only really last until mid-terms. She was also
aware of that and felt like her managers had no plan for her and instead put the responsibility on her to
figure out her future role. The "diversity slot" comment made things worse because she interpreted that
to mean that they were only keeping her to check off a diversity box.

Sent from Bloomberg Professional for iPad


----- Original Message -----
From: RETO GREGORI (BLOOMBERG/ NEWSROOM:)
To: TAMIKA ALEXANDER
At: 08-Jun-2018 15:00:10

Thats bad. Are they aware?

Sent from Bloomberg Professional for Android


----- Original Message -----
From: TAMIKA ALEXANDER
At: 08-Jun-2018 14:57:02

She is referring mostly to Faries and Shepard. But Craig and Wes as well. The ████ role and their
response to her complaints was the breaking point.

Sent from Bloomberg Professional for iPhone


----- Original Message -----
From: RETO GREGORI (BLOOMBERG/ NEWSROOM:)
To: TAMIKA ALEXANDER
At: 08-Jun-2018 14:45:09

Who are the managers? Craig?

Sent from Bloomberg Professional for Android


----- Original Message -----
From: TAMIKA ALEXANDER
At: 08-Jun-2018 14:38:55



PLAINTIFF'S
EXHIBIT
9
6/10/25    WM
PENGAD 800-631-6989

CONFIDENTIAL

Sadly, there is some truth to her comments.

Sent from Bloomberg Professional for iPhone


----- Original Message -----
From: RETO GREGORI (BLOOMBERG/ NEWSROOM:)
To: TAMIKA ALEXANDER
At: 08-Jun-2018 14:35:06

The comments are not great. Is she right?

Sent from Bloomberg Professional for Android


----- Original Message -----
From: TAMIKA ALEXANDER
At: 08-Jun-2018 14:22:24

Reto. Please see Nafeesa's exit survey below. Craig and I met about her yesterday and were working to
come up with a plan to help her get into the right role. This is a healthy exit but not for the right
reasons.

Sent from Bloomberg Professional for iPhone


----- Original Message -----
From: JIM NIZIOLEK (BLOOMBERG/ PRINCETON)
To: MATTHEW AMSTER
CC: TAMIKA ALEXANDER
At: 08-Jun-2018 14:16:34

Hi Matt. Tamika heard all of these complaints from Nafeesa recently (see below) and was working with her
and the DC managers to address them. Unfortunately she resigned today. There was no investigation of
course, but just wanted to flag to you to see if you or Danielle wanted to join the exit interview today
at 3:30? IF not needed fine, but just flagging in case you think you should. Thanks, Jim

From: Arjavi Desai (BLOOMBERG/ 731 LEX) At: 06/08/18 14:00:52
To:  Jim Niziolek (BLOOMBERG/ PRINCETON )
Subject: Fwd:BLP:  Bloomberg Exit Survey Completed

hey fyi...any reason we need to get ER involved or have them at the exit interview meeting?

From: Bloomberg Human Resources (BLOOMBERG/ 731 LEX) At: 06/08/18 13:57:48
To:  Hr Gps (BLOOMBERG/ 731 LEX )
Cc:  Arjavi Desai (BLOOMBERG/ 731 LEX )
Subject: BLP:  Bloomberg Exit Survey Completed
Dear Central User,
Nafeesa Syeed has submitted their responses to the exit survey.  Please see below for a summary.



BLP_NS_0001104

CONFIDENTIAL

BLP_NS_0001105

# EXHIBIT CC

Message
_____

| | |
|---|---|
| From: | MICHAEL SHEPARD (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|7730115\|\|) [MSHEPARD7@Bloomberg.net] |
| on behalf of | MICHAEL SHEPARD (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|7730115\|\|) <MSHEPARD7@Bloomberg.net> [MSHEPARD7@Bloomberg.net] |
| Sent: | 6/8/2018 3:53:57 PM |
| To: | TAMIKA ALEXANDER (9001\|BLOOMBERG/ WASHINGTO\|30246938\|232147\|\|) [TALEXANDER@Bloomberg.net] |
| Subject: | Re:I just called Jim regarding Nafeesa's resignation . . . |

[MSG Greeting]: Managing Editor - U.S. Government; ext = 805-2183, mobile = ███████████
███

Understood - I had told her the other day I would move heaven and Earth to help her get a job in New York, and she said she would let me know. (My lobbying worked for former intern ████████ who's now FT up there.)


From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/08/18 11:47:15
To:  Michael Shepard (BLOOMBERG/ NEWSROOM: )
Subject: Re:I just called Jim regarding Nafeesa's resignation . . .

She said she is pursuing another opportunity. When I asked if she was going to a competitor, so she "not immediately." I also know that she wants to move to NY for family reasons and said that this new opportunity could get her there.


Craig and I chatted about it yesterday and he seemed open to trying to find a role for her there b/c he didn't think the UN/██████ role was handled well given Nafeesa's expressed interest in the role.

Sent from Bloomberg Professional for iPad


----- Original Message -----
From: MICHAEL SHEPARD (BLOOMBERG/ NEWSROOM:)
To: TAMIKA ALEXANDER
At: 08-Jun-2018 11:40:25

OK, to be clear, I don't really want  this to be her last day. Is this just a shot across the bow? Or does she really have another job? And did she give a reason for leaving other than new job? We talked the other day and she had expressed frustration over not being offered a shot at the UN job. Of course, that position actually went away when ████████ left but was recreated informally with the return of ██████
From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/08/18 11:33:08
To:  Michael Shepard (BLOOMBERG/ NEWSROOM: )
Subject: Re:I just called Jim regarding Nafeesa's resignation . . .

Thanks. Jut spoke to her. Not sure if you want today to be her last day. She didn't disclose hr new employer, but maybe she will tell you.

Sent from Bloomberg Professional for iPad

PLAINTIFF'S
EXHIBIT
5
6/10/25  WH
PENGAD 800-631-6989

CONFIDENTIAL                                                          BLP_NS_0000934

# EXHIBIT DD

Message

| | |
|---|---|
| From: | CRAIG GORDON (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|10937331\|\|) [CGORDON39@Bloomberg.net] |
| on behalf of | CRAIG GORDON (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|10937331\|\|) <CGORDON39@Bloomberg.net> [CGORDON39@Bloomberg.net] |
| Sent: | 6/8/2018 7:42:38 PM |
| To: | TAMIKA ALEXANDER (9001\|BLOOMBERG/ WASHINGTO\|30246938\|232147\|\|) [TALEXANDER@Bloomberg.net]; MICHAEL SHEPARD (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|7730115\|\|) [MSHEPARD7@Bloomberg.net]; WES KOSOVA (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|8033030\|\|) [WKOSOVA@Bloomberg.net] |
| Subject: | Re:Fwd:BLP: Bloomberg Exit Survey Completed |

[MSG Greeting]: Washington Bureau Chief. Cell anytime: ▮▮▮▮▮▮▮

Thank you Tamika. Obviously not easy to hear. Please let us know if there is more in the formal exit interview. Look forward to talking more on Monday.

----- Original Message -----
From: TAMIKA ALEXANDER (BLOOMBERG/ WASHINGTO)
To: MICHAEL SHEPARD, WES KOSOVA, CRAIG GORDON
At: 08-Jun-2018 14:24:09

Hi. We will send out a formal exit summary but I wanted you to see the raw data from Nafeesa's exit survey.

Sent from Bloomberg Professional for iPhone

----- Original Message -----
From: JIM NIZIOLEK (BLOOMBERG/ PRINCETON)
To: MATTHEW AMSTER
CC: TAMIKA ALEXANDER
At: 08-Jun-2018 14:16:34

Hi Matt. Tamika heard all of these complaints from Nafeesa recently (see below) and was working with her and the DC managers to address them. Unfortunately she resigned today. There was no investigation of course, but just wanted to flag to you to see if you or Danielle wanted to join the exit interview today at 3:30? IF not needed fine, but just flagging in case you think you should. Thanks, Jim

From: Arjavi Desai (BLOOMBERG/ 731 LEX) At: 06/08/18 14:00:52
To:  Jim Niziolek (BLOOMBERG/ PRINCETON )
Subject: Fwd:BLP:  Bloomberg Exit Survey Completed

hey fyi...any reason we need to get ER involved or have them at the exit interview meeting?

From: Bloomberg Human Resources (BLOOMBERG/ 731 LEX) At: 06/08/18 13:57:48
To:  Hr Gps (BLOOMBERG/ 731 LEX )
Cc:  Arjavi Desai (BLOOMBERG/ 731 LEX )
Subject: BLP:  Bloomberg Exit Survey Completed
Dear Central User,
Nafeesa Syeed has submitted their responses to the exit survey.  Please see below for a summary.



PLAINTIFF'S EXHIBIT 7  6/10/25  W/k  PENGAD 800-631-6989

BLP_NS_0000955



CONFIDENTIAL

BLP_NS_0000956



CONFIDENTIAL

BLP_NS_0000957

# EXHIBIT EE

Message

| From: | MARTY SCHENKER (9001|BLOOMBERG/ NEWSROOM:|505463|1199702||) [MSCHENKER@Bloomberg.net] |
| on behalf of | MARTY SCHENKER (9001|BLOOMBERG/ NEWSROOM:|505463|1199702||) <MSCHENKER@Bloomberg.net> [MSCHENKER@Bloomberg.net] |
| Sent: | 6/11/2018 11:51:32 AM |
| To: | RETO GREGORI (9001|BLOOMBERG/ NEWSROOM:|505463|21509||) [RGREGORI@Bloomberg.net] |
| Subject: | Re:Fwd:BLP: Bloomberg Exit Survey Completed |

[MSG Greeting]: Chief Content Officer

egads

```
From: Reto Gregori (BLOOMBERG/ NEWSROOM:) At: 06/11/18 07:42:06
To:  John Micklethwait (BLOOMBERG/ NEWSROOM: ) , Marty Schenker (BLOOMBERG/ NEWSROOM: )
Subject: Fwd:BLP:  Bloomberg Exit Survey Completed

John & Marty FYI re suboptimal.

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/08/18 14:22:24
To:  Reto Gregori (BLOOMBERG/ NEWSROOM: )
Subject: Fwd:BLP:  Bloomberg Exit Survey Completed

Reto. Please see Nafeesa's exit survey below. Craig and I met about her yesterday and were working to
come up with a plan to help her get into the right role. This is a healthy exit but not for the right
reasons.

Sent from Bloomberg Professional for iPhone


----- Original Message -----
From: JIM NIZIOLEK (BLOOMBERG/ PRINCETON)
To: MATTHEW AMSTER
CC: TAMIKA ALEXANDER
At: 08-Jun-2018 14:16:34

Hi Matt. Tamika heard all of these complaints from Nafeesa recently (see below) and was working with her
and the DC managers to address them. Unfortunately she resigned today. There was no investigation of
course, but just wanted to flag to you to see if you or Danielle wanted to join the exit interview today
at 3:30? IF not needed fine, but just flagging in case you think you should. Thanks, Jim

From: Arjavi Desai (BLOOMBERG/ 731 LEX) At: 06/08/18 14:00:52
To:  Jim Niziolek (BLOOMBERG/ PRINCETON )
Subject: Fwd:BLP:  Bloomberg Exit Survey Completed

hey fyi...any reason we need to get ER involved or have them at the exit interview meeting?

From: Bloomberg Human Resources (BLOOMBERG/ 731 LEX) At: 06/08/18 13:57:48
To:  Hr Gps (BLOOMBERG/ 731 LEX )
Cc:  Arjavi Desai (BLOOMBERG/ 731 LEX )
Subject: BLP:  Bloomberg Exit Survey Completed
Dear Central User,
Nafeesa Syeed has submitted their responses to the exit survey.  Please see below for a summary.
```



PLAINTIFF'S
EXHIBIT
1D
6/10/25  N/7

PENGAD 800-631-6989

CONFIDENTIAL

BLP_NS_0001206



CONFIDENTIAL

BLP_NS_0001207

# EXHIBIT FF

Message

| From: | LISA JENNINGS (9001\|BLOOMBERG/ NEWSROOM:\|30137350\|1154189\|\|) [LJENNINGS@Bloomberg.net] |
|---|---|
| on behalf of | LISA JENNINGS (9001\|BLOOMBERG/ NEWSROOM:\|30137350\|1154189\|\|) <LJENNINGS@Bloomberg.net> [LJENNINGS@Bloomberg.net] |
| Sent: | 6/13/2018 1:20:16 PM |
| To: | TAMIKA ALEXANDER (9001\|BLOOMBERG/ WASHINGTO\|30246938\|232147\|\|) [TALEXANDER@Bloomberg.net] |
| Subject: | Re:Fwd:Nafeesa Syeed |

[MSG Greeting]: ▮▮▮▮▮▮

Yes, big issues but ones that are easily tackle-able.  Do you want to talk to Jeanine and make this all happen?  And if there are specific managers that behaved badly we should address it directly with them.

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/13/18 08:18:51
To:   Lisa Jennings (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Nafeesa Syeed

-We need micro-aggression training for managers and employees in the bureau or an Unconscious Bias refresher for managers here would be great, given some of the comments she heard about her age, constantly mistaking her for another South Asian woman, jokes about the trainings, etc.-Managers really need coaching on how to have impactful career conversations with their people.
-And the not posting some roles continues to be an issue. Especially if your manager tells you that going to PATH is pointless.
From: Lisa Jennings (BLOOMBERG/ NEWSROOM:) At: 06/13/18 09:09:00
To:   Tamika Alexander (BLOOMBERG/ WASHINGTO )
Subject: Re:Fwd:Nafeesa Syeed

I don't need more detail - just wondering if we should do something proactive to combat it.

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/13/18 08:07:45
To:   Lisa Jennings (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Nafeesa Syeed

Not necessary. She and I had a long conversation and she gave a lot of detail on her concerns and frustrations. Mike making a comment about filling a "diversity slot" made her feel like they were keeping her around to check off a diversity box for the bureau and that they had no real plans for her career.

It was not good. I can tell you about it if you want more detil.

From: Lisa Jennings (BLOOMBERG/ NEWSROOM:) At: 06/13/18 09:05:55
To:   Tamika Alexander (BLOOMBERG/ WASHINGTO )
Subject: Re:Fwd:Nafeesa Syeed

That's fine but I think she should have been questioned - by Arjavi or us.  Anyway, I would add in a bit more context - I am happy to review it.  Should we still talk to her even though she is gone?

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/13/18 08:04:37
To:   Lisa Jennings (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Nafeesa Syeed

Probably not. It was Arjavi. She flagged it to us to see if ER should be in the meeting. Amster declined after speaking to Jim.

From: Lisa Jennings (BLOOMBERG/ NEWSROOM:) At: 06/13/18 09:03:46
To:   Tamika Alexander (BLOOMBERG/ WASHINGTO )
Subject: Re:Fwd:Nafeesa Syeed

AH, ok... Did she get asked about it in her exit interview by GPS?

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/13/18 08:03:08
To:   Lisa Jennings (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Nafeesa Syeed

She and I met the day before and she raised the exact same things. Craig and I chatted about next steps and were planning to meet with Wes and Mike Shepard....and then she quit.

From: Lisa Jennings (BLOOMBERG/ NEWSROOM:) At: 06/13/18 09:02:00
To:   Tamika Alexander (BLOOMBERG/ WASHINGTO )
Subject: Re:Fwd:Nafeesa Syeed

Goodness - did anyone question her about all the things she raised?  If not, that is completely negligent.



PLAINTIFF'S
EXHIBIT
11
6/10/25      WH

CONFIDENTIAL

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/13/18 07:58:01
To:  Lisa Jennings (BLOOMBERG/ NEWSROOM: )
Subject: Fwd:Nafeesa Syeed

Should I go with this simple summary or incorporate some of the concerns she raised in the survey?

From: Arjavi Desai (BLOOMBERG/ 731 LEX) At: 06/12/18 15:19:18
To:  Tamika Alexander (BLOOMBERG/ WASHINGTO ) ,  Jim Niziolek (BLOOMBERG/ PRINCETON )
Subject: Nafeesa Syeed

From: Bloomberg Human Resources (BLOOMBERG/ 731 LEX) At: 06/08/18 13:57:48
To:  Hr Gps (BLOOMBERG/ 731 LEX )
Cc:  Arjavi Desai (BLOOMBERG/ 731 LEX )
Subject: BLP:  Bloomberg Exit Survey Completed

Dear Central User,
Nafeesa Syeed has submitted their responses to the exit survey.  Please see below for a summary.

BLP_NS_0001133

CONFIDENTIAL

BLP_NS_0001134

# EXHIBIT GG

Message
_____

| From: | TAMIKA ALEXANDER (9001\|BLOOMBERG/ WASHINGTO\|30246938\|232147\|\|) [TALEXANDER@Bloomberg.net] |
|---|---|
| on behalf of | TAMIKA ALEXANDER (9001\|BLOOMBERG/ WASHINGTO\|30246938\|232147\|\|) <TALEXANDER@Bloomberg.net> [TALEXANDER@Bloomberg.net] |
| Sent: | 6/13/2018 8:54:22 PM |
| To: | LAURA ZELENKO (9001\|BLOOMBERG/ NEWSROOM:\|505463\|20617\|\|) [LZELENKO@Bloomberg.net] |
| Subject: | Re:Fwd:BLP: Bloomberg Exit Survey Completed |

[MSG Greeting]: HR BIZ PARTNER FOR DC, AMERICAS, BREAKING NEWS, GOVT, INVESTIGATIONS

Of course.

From: Laura Zelenko (BLOOMBERG/ NEWSROOM:) At: 06/13/18 13:17:06
To: Tamika Alexander (BLOOMBERG/ WASHINGTO )
Subject: Re:Fwd:BLP: Bloomberg Exit Survey Completed

got it. i just think before we pursue anything on microaggression pls bring me into the conversation given some other plans we have re training for managers...

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/13/18 12:34:36
To: Laura Zelenko (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:BLP: Bloomberg Exit Survey Completed

Same here. She only brought it to my attention the day before she resigned, which didn't give me much time to look into things. I even suggested she reach out to you, but I guess it was already too late. I agree that the diversity slot lingo has to be nipped in the bud immediately.

On micro-agressions, Craig and I want to make it mandatory for all managers and also offer a session for employees.

I also fully support posting all jobs.

From: Laura Zelenko (BLOOMBERG/ NEWSROOM:) At: 06/13/18 12:22:42
To: Tamika Alexander (BLOOMBERG/ WASHINGTO )
Subject: Re:Fwd:BLP: Bloomberg Exit Survey Completed

Ok thanks.Sorry this didn't come up to my attention sooner. Would have had some thoughts on this. Just fyi - i am pushing for and would like support from you if possible for a policy where we clearly post EVERY role (we do too much moving around without any transparency.) this issue has been coming to my attention more regularly. i'll be bringing it up in my next D&I catchup and also in my next meeting with John and Reto. I've already raised it with Jacki and Beth.

On the diversity slot lingo - i hope we can nip that in the bud.

on microaggresion - we are looking at the possibility of doing some slightly different training for men that i'm kind of waiting for a full proposal on with D&I and HR. ▓▓▓▓▓▓▓▓▓▓ so we should talk about why and what's the right approach. this is definitely not a DC specific issue.

See you next week.

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/13/18 12:11:53
To: Laura Zelenko (BLOOMBERG/ NEWSROOM: )
Subject: Fwd:BLP: Bloomberg Exit Survey Completed

Hi Laura,

I wanted to put this on your radar as well. Craig and I have chatted about next steps and we will be holding a career conversations lunch with the TLs to talk through how to have an effective career conversation with their people.

I am also going to work with Michelle Ceran to offer a micro-aggressions course in DC.

We can talk through Nafeesa's concerns in more detail when you are here next week.

From: Tamika Alexander (BLOOMBERG/ WASHINGTO) At: 06/08/18 14:22:24
To: Reto Gregori (BLOOMBERG/ NEWSROOM: )



PLAINTIFF'S EXHIBIT 13 6/10/25 WH

PENGAD 800-631-6999

CONFIDENTIAL



CONFIDENTIAL

BLP_NS_0001155