# EXHIBIT NN

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NAULA NDUGGA, on behalf of herself and
similarly situated women,

                    PLAINTIFF,


        -against-     Case No.:
                      1:20-cv-7464-GHW


BLOOMBERG L.P.,


                      DEFENDANT.
-------------------------------------X
                      DATE: December 3, 2025
                      TIME: 9:54 A.M.


                      VIDEOTAPED DEPOSITION of
the Plaintiff, NAULA NDUGGA, on behalf of
herself and similarly situated women, by
the Expert Witness, DR. DEBRA DWYER, taken
by the Defendant, pursuant to a Subpoena
and to the Federal Rules of Civil
Procedure, held at the offices of Proskauer
Rose LLP, 11 Times Square, 28th Floor, New
York, New York 10036, before Karyn
Chiusano, a Notary Public of the State of
New York.

Page 2

A P P E A R A N C E S:

CLANCY LAW FIRM NY
   Attorneys for the Plaintiff
   NAULA NDUGGA, on behalf of herself and
   similarly situated women
   40 Wall Street ~ 25th Floor
   New York, New York 10005
   BY: DONNA CLANCY, ESQ.
       IRELAND CLANCY, ESQ.
   dhc@dhclancylaw.com
   ireland.clancy@dhclancylaw.com

PROSKAUER ROSE
   Attorneys for the Defendant
   BLOOMBERG L.P.
   11 Times Square ~ 28th Floor
   New York, New York
   BY: ELISE BLOOM, ESQ.
       MICHELLE A. ANNESE, ESQ.
       MATTHEW ROSENTHAL, ESQ.
   ebloom@proskauer.com
   mannese@proskauer.com
   msrosenthan@proskauer.com


 ALSO PRESENT:
   MARCELO RIVERA, Videographer


            *         *         *

Page 54

* DEBRA DWYER *

relevance to your analysis in this case?

MS. CLANCY:  Objection.

A.    No.

Q.    So, you -- you have -- your analysis anticipates that Ms. Syeed would have continued to work for Bloomberg until she was ready to retire; is that right?

MS. CLANCY:  Objection.

A.    No.

So, my analysis is based on her value and her ability to earn in the -- in the general labor market.

So, it's not tied to a particular employer.  I just used as the pre- -- so, what you -- the pre-harm, whatever you want to call it, earnings trajectory, a starting point of:  Had she gotten the position that is in question here?  That's being conservative because she was only 35 at the time of the incident.

Her promotion possibilities, she wasn't even at her peak yet.  And I'm basing that on labor economics literature.

* DEBRA DWYER *

So, using that ███████ as a basis, I'm arguing it as being conservative and it doesn't matter to me whether she worked for Bloomberg or anybody else, I'm talking about her value on the -- in the labor market.

Q.    But in assessing her value in the labor market, you did not consider her past experience, correct, as would have been set out in her CV or resume?

MS. CLANCY:   Objection.

A.    Irrelevant.

Q.    So, whatever her experience had been before Bloomberg, her professional experience, you think that's irrelevant in terms of her possibilities for future employment?

A.    Yes.

Q.    Why?

A.    Because she was only 35, and I assume she had journalism experience before.  I think I read that in her deposition.  I had no reason to question that she had an unusual earlier

Page 74

* DEBRA DWYER *

and she would have gotten the full target bonus; is that right?

A.    That's correct.

Q.    And what is the basis for you including in your analysis any damages past her voluntary resignation from the company?

A.    That it -- the alleged incident caused permanent harm to her reputation and perhaps her mental well being that would impact her career for the rest of her work life.

Q.    And where do you get that understanding from?

A.    So, that's an assumption.  Her demonstrated earnings were lower after she left Bloomberg.

Typically, particularly, for a 35-year old professional woman, that doesn't happen.

And so, that could have implications.  It set her back.

Q.    Well, you're -- are you pro- -- are you testifying that it did set her back?

Page 88

* DEBRA DWYER *

income; correct?

A.    That's correct.

Q.    Now, the next section of your amended report -- and, again, just using the one that appears in Exhibit 4 -- but on Page 4, you have:

"Future earnings loss January 1, 2025 through October 25th, 2049."

Is that right?

A.    Yes.

Q.    And so, are you make -- are -- you're assuming that Ms. Syeed had -- had she been given this UN position would have remained employed at Bloomberg through 2049?

A.    I do not make that assumption. I say that her worth on the labor market regardless of where she moves to, her demonstrated earnings capacity would have been what I report there.

Q.    And you're assuming in what you report here, that she would have worked until age 67; is that right?

A.    That's correct.

* DEBRA DWYER *

assuming that she would have been compensated ████████ for the alleged UN position?

A.   That's correct.

Q.   And that she would have not been able to get a comparable position from 2018 until she retired in 20- -- in -- until she retired when she was age 67?

MS. CLANCY:   Objection.

A.   Again, I believe that her worth on the labor market would have been ████████ but that's -- the assumption I'm making is that by being passed over and bringing out a lawsuit, she's not capable of getting her worth on the labor market.

Q.   Until -- for the -- for the entire rest of her work life until she turns 67?

That's your testimony?

A.   That it had an impact.  So, had she been promoted, she would have been where she should be, but she was setback. That's the assumption I'm making.

Q.   And it's your assumption that

Page 100

* DEBRA DWYER *

that setback would have continued until she turned 67 years old?

A.   That it would have implications on her career -- trajectory for the rest of her career.

Q.   For over 30 years?

A.   It's an assumption.

Q.   And you said that you had done a little bit of Googling.

Do you know anything about Ms. Syeed's reputation in the market?

A.   Only that if I Google her name, it comes up that she has this lawsuit and there's even a news article I found.  It comes up.

So, any employer who's going to hire her is going to know that she is involved in a lawsuit claiming discrimination.

Q.   What about her reputation outside of the lawsuit?  Did you find out any information about that?

MS. CLANCY:  Objection.

A.   She had -- she -- I mean, what

Page 101

* DEBRA DWYER *

I read on LinkedIn is good.  I mean, she has good qualifications.

At the margin, a lawsuit is going to have an impact, and it's adverse.

Q.    And do you know how that article got in the paper?

A.    I do not, no.

Q.    Looking at just Exhibit 4, your file, I want to understand what's in it. The second document that I see says:

"Pre-injury expected earning basis."

What is this?

A.    So, that's my -- I mean, this -- this should be useful for you, because what that is, is every assumption I made, this is the basis for it.  So, it's a document I put together in preparation for today.

Q.    In preparation for today, but not in connection with your report; is that right?

A.    Well, it's -- it's the basis of my report.  I just spell out what's in my

# EXHIBIT OO

**<u>Filed Under Seal</u>**

# EXHIBIT PP

## Filed Under Seal

# EXHIBIT QQ

Message

---

From: CRAIG GORDON (9001|BLOOMBERG/ NEWSROOM:|30289042|10937331||) [CGORDON39@Bloomberg.net]
on behalf of    CRAIG GORDON (9001|BLOOMBERG/ NEWSROOM:|30289042|10937331||) <CGORDON39@Bloomberg.net>
[CGORDON39@Bloomberg.net]
Sent: 2/14/2018 9:21:15 PM
To: NAFEESA SYEED (9001|BLOOMBERG/ NEWSROOM:|30289042|13165776||) [NSYEED@Bloomberg.net]
CC: BILL FARIES (9001|BLOOMBERG/ NEWSROOM:|30289042|4312022||) [WFARIES@Bloomberg.net]; LARRY LIEBERT
(9001|BLOOMBERG/ NEWSROOM:|30289042|4475778||) [LLIEBERT@Bloomberg.net]
Subject: Re:Nafeesa, any chance you're free tomorrow?

[MSG Greeting]: Washington Bureau Chief. Cell anytime: ███████████

Of course, really want you digging in on election security. . .I'll take good notes!

From: NAFEESA SYEED (BLOOMBERG/ NEWSROOM:) At: 02/14/18 16:19:55
To:  CRAIG GORDON (BLOOMBERG/ NEWSROOM: )
Cc:  BILL FARIES (BLOOMBERG/ NEWSROOM: ) ,  LARRY LIEBERT (BLOOMBERG/ NEWSROOM: )
Subject: Re:Nafeesa, any chance you're free tomorrow?

Hi Craig, Thanks for thinking of me for this meeting. Unfortunately, I've already lined
up some interviews around that time for a story I'm doing about election security, so
might be tricky for me.
Sorry, otherwise, I would've been glad to join you. Their flak called me last week, too,
saying they've been wanting to 'reconnect' with Bloomberg.
Thanks,
Nafeesa


.bbScopedStyle7476298894217999  .rte-style-msg-personal-disclaimer     a[data-
destination] {color: #67d8e5 !important; }
Bloomberg NewsOffice: +1 202 807 2058Cell: +1 202 403
1025nsyeed@bloomberg.net@NafeesaSyeedSecure text via SignalSecureDrop:
https://www.bloomberg.com/tips/


From: CRAIG GORDON (BLOOMBERG/ NEWSROOM:) At: 02/14/18 16:16:10
To:  NAFEESA SYEED (BLOOMBERG/ NEWSROOM: )
Cc:  BILL FARIES (BLOOMBERG/ NEWSROOM: ) ,  LARRY LIEBERT (BLOOMBERG/ NEWSROOM: )
Subject: Nafeesa, any chance you're free tomorrow?

I was invited to visit the Pakistani embassy so they can tell me (I assume) what great
friends they are to the United States as Trump weighs whether to further cut their
foreign aid. And they asked if any of our correspondents would like to tag along.

11:30 a.m., so I'll probably leave here around 11. Love to have you join me. Let me know.

Craig

------------------------------------------------------------
Craig Gordon
Washington Bureau Chief
Bloomberg News
Cell: ███████████

PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989

# EXHIBIT RR

Message

| | |
|---|---|
| **From:** | BILL FARIES (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|4312022\|\|) [WFARIES@Bloomberg.net] |
| on behalf of | BILL FARIES (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|4312022\|\|) <WFARIES@Bloomberg.net> [WFARIES@Bloomberg.net] |
| **Sent:** | 4/18/2018 12:42:06 PM |
| **To:** | CRAIG GORDON (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|10937331\|\|) [CGORDON39@Bloomberg.net]; LARRY LIEBERT (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|4475778\|\|) [LLIEBERT@Bloomberg.net]; MICHAEL SHEPARD (9001\|BLOOMBERG/ NEWSROOM:\|30289042\|7730115\|\|) [MSHEPARD7@Bloomberg.net] |
| **Subject:** | Re:Fwd:Washington Government & Regulation agenda - April 18-20 |

[MSG Greeting]: National Security TL. ███████████

I will say we didn't really deploy her on election hacking until March, so saying it's May 1 isn't quite fair. She did have the well read piece Wes asked for on military employment {NSN P5I6FJ6TTDSC } and another piece about states scrambling to bolster their defenses {NSN P4IUL36JIJUQ }. Clearly, these are not all going to be hit monsters, but I think it's unfair to say its been five months with one story.

From: Craig Gordon (BLOOMBERG/ NEWSROOM:) At: 04/18/18 07:49:24
To: Bill Faries (BLOOMBERG/ NEWSROOM: ) , Larry Liebert (BLOOMBERG/ NEWSROOM: ) , Michael Shepard (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

Of course. A major goal for us with Nafeesa this year is speed-to-market. All of her stories take longer than they should. Her productivity is not to my liking. I can only think of one story she's done this year -- her first cyber in the states story -- that moved the needle. That is nowhere near enough. It's almost May 1. Even if CIA guy and national guard get done, that's hardly a full four months work.

Also a reporter at Bloomberg should be able to BOTH make this trip and finish up those stories.


I am beginning to have significant doubts about whether Nafeesa's metabolism and, frankly, quality is up to our standards. We all have a soft spot for Nafeesa. But I want to be clear with everyone on this chain: Her continued employment at Bloomberg is an open question to me. I simply can't have a valuable bit of headcount taken up by a person who is working at the speed and quality of Nafeesa -- neither of which are acceptable to me.


Let's get those two stories out the door and discuss at a later date. Thanks.

From: BILL FARIES (BLOOMBERG/ NEWSROOM:) At: 04/18/18 07:43:00
To: LARRY LIEBERT (BLOOMBERG/ NEWSROOM: ) , MICHAEL SHEPARD (BLOOMBERG/ NEWSROOM: ) , CRAIG GORDON (BLOOMBERG/ NEWSROOM: )
Subject: Re:Fwd:Washington Government & Regulation agenda - April 18-20

No but it's a good point. I don't know if that would have been worthwhile but will talk to her about it. Frankly, she's got two stories — the CIA piece and the national guard/hacking piece — in the queue and I've been more focused in her getting those out.

Sent from Bloomberg Professional for iPhoneBill FariesU.S. National Security Team Leader(O) +1-202-807-2226 (M) ███████████████ @billfaries


----- Original Message -----
From: CRAIG GORDON (BLOOMBERG/ NEWSROOM:)
To: BILL FARIES, LARRY LIEBERT, MICHAEL SHEPARD
At: 18-Apr-2018 07:35:13

Did we consider sending Nafeesa to Miami for this election meeting?

PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989

BLP_NS_0000882

----- Original Message -----
From: MICHAEL SHEPARD (BLOOMBERG/ NEWSROOM:)
To: JOHN MCCORRY, ROBERT BURGESS, DANIEL MOSS, DAVE LIEDTKA, GUY COLLINS, PAUL SILLITOE, LAURA ZELENKO, RETO GREGORI, ANDREW DAVIS, MICHAEL LYSAK, TIMOTHY COULTER, ROBIN MESZOLY, BRENT O'BRIEN, ANDY DAVIDSON, ANDREW J. BARDEN, PETER VERCOE, KIM CHIPMAN, TODD MCEVOY, STACIE SHERMAN, ANTHONY CAPACCIO, CHRISTINE HARPER, DAVID PAPADOPOULOS, SOPHIE CARONELLO, BRENDAN MURRAY, CHRISTIAN THOMPSON, DAN REICHL, DANIEL TILLES, CARY O'REILLY, LAURA LITVAN, THEOPHILOS ARGITIS, FLAVIA KRAUSE-JACKSON, NANCY MORAN, CESCA ANTONELLI, STEVE GEIMANN, ADRIAN KENNEDY, JOHN FRAHER, KAREN TOULON, JAMES O'CONNELL, CAROLINE ALEXANDER, MARC PERRIER, JOE SOBCZYK, ANNY KUO, ROMAINE BOSTICK, KARL MAIER, MARTY SCHENKER, LAURIE ASSEO, SARA MARLEY, SIMON KENNEDY, DAVID ROVELLA, SARA FORDEN, BEN HOLLAND, JASON KELLY, MATTHEW BROOKER, OTIS BILODEAU, LAURENCE ARNOLD, JESSE WESTBROOK, CHRIS ANSTEY, MARTIN Z BRAUN, ADRIANA ARAI, DANIEL HAUCK, GWEN ACKERMAN, TORREY CLARK, ALBERT HUNT, JULIE ALNWICK, BEN SILLS, REG GALE, CAROLINE GAGE, TINA DAVIS, JOHN LIU, EDWARD DUFNER, AARON EGLITIS, JUSTIN BLUM, TAL BARAK HARIF, JOI PRECIPHS, CHRIS NAGI, BILL FARIES, GREGORY MOTT, ALAN BJERGA, ADRIENNE TOSCANO, ALEXIS LEONDIS, LARRY LIEBERT, WILL DALEY, DANIEL KRAUT, OTT UMMELAS, ALAN GOLDSTEIN, JOSHUA GALLU, JONAH DAVIS, JEFFREY TAYLOR, MAGGIE OTTE, ZOLTAN SIMON, ROBERT FRIEDMAN, DANIEL TEN KATE, JOHN VOSKUHL, ROBERT BLAU, ALAA SHAHINE, SARAH MCGREGOR, SARAH MCDONALD, MARGARET COLLINS, MIKE DORNING, PAULA DWYER, PETER LACA, PETER COY, CRISTINA LINDBLAD, FELICE MARANZ, ANDY REINHARDT, TOM GILES, CHELSEA HOON, HEATHER HARRIS (NEWS), CHRISTOPHER FLAVELLE, ALEX WAYNE, TY TRIPPET, AV AMERICAS, PAUL E COX, KATHERINE RIZZO, JON MORGAN, BERNIE KOHN, JODI SCHNEIDER, ALEX TRIBOU, DAVID SHIPLEY, ROXANA TIRON, MARK NIQUETTE, MICHAEL SHEPARD, JULIE CHARIELL, MARY DUENWALD, LOREN DUGGAN, ROB BARNETT, CHRISTOPHER MALONEY, KATHLEEN HUNTER, ERIC ROSTON, KATRICE EBORN, WES KOSOVA, BENNETT ROTH, CHELSEA MES, DEREK WALLBANK, JARED SANDBERG, DC FIRST WORD/SPEED, HENRY SELTZER, COURTNEY COLLINS, TANIA CHEN, ANDY SHARP, ANDREW POURINSKI, LEE COCHRAN, MATTHEW PHILIPS, ZARA KESSLER, ZACHARY SHERWOOD, JACKIE EDWARDS, MAGGIE DAY, MADELEINE LIM, JANET PASKIN, RAKSHITA SALUJA, CLAIRE OBUSAN, JENNIFER HALEY, ANDREW MARTIN, ROSALIND MATHIESON, CHERYL SAENZ, ELIZABETH WASSERMAN, WINNIE O'KELLEY, JILL WATANABE, AARON RUTKOFF, TOLUSE OLORUNNIPA, MICHAEL WINFREY, MARK SINISCALCHI, HEATHER ROTHMAN, CRAIG GORDON, JENNY PARIS, ELISSA NADWORNY, BRENDAN SCOTT, EMMA ANGERER, ANNE CRONIN, ERIK WASSON, COLIN TIPTON, SHERY AHN, ELIZABETH TITUS, DAVID GILLEN, JOE WEISENTHAL, EMMA CHANDRA, ALISA PARENTI, ETHAN BRONNER, BEN BRODY, DAVID MEYERS, JOSHUA PETRI, ROS KRASNY, KATIE ROBERTSON, JAN SIMMONDS, ADAM BLENFORD, PETE NORMAN, DAVID SUCHERMAN, SARAH MULLER, DAVID WESTIN, ANJALI KAPOOR, THOMAS HOUSTON, GREGORY WHITE, CATHERINE TAIBI, KEVIN YOUNG, NICK RIGILLO, AMBER SIZEMORE, KRISTINE SERVANDO, ALEX MILLSON, ALYSSA MCDONALD, GLOBAL DAYBREAK, KEVIN WHITELAW, AMY MORRIS, JASON KOUTSOUKIS, AYESHA SRUTI, MEGAN HESS, LEILA TAHA, MEG ELY, ADAM ROLLASON, RUTH POLLARD, SAMANTHA BOYD, SIRAJ DATOO, CHRISTINE BARATTA, AUGUSTA MELLON, ALLISON ELLIS, PETER BARNES, SHERI JENNINGS, RADIO NETWORK, JOHN HARNEY, ELISABETH PONSOT, MARGARET SUTHERLIN, ALEXANDER H GITTLESON, KERRI CHYKA, ACHILDERS@BNA.COM, BYUILL@BNA.COM, HROTHMAN@BNA.COM, JCOOMES@BNA.COM, JMCLOUGHLIN@BNA.COM, JMEYER@BNA.COM, KPERINE@BNA.COM, LPEARL@BNA.COM, MPASCHAL@BLOOMBERGLAW.COM, MWILLIAMS@BNA.COM, NMACALUSO@BNA.COM, PALBERGO@BNA.COM, PCONNOLLY@BNA.COM, PKUSHIN@BNA.COM, RDAIGLE@BNA.COM, RSCHOOF@BNA.COM, RTUCK@BNA.COM, SBRUNINGA@BNA.COM, SDOYLE@BNA.COM, SGIBB@BNA.COM, SJENKINS@BNA.COM, SMCINERNEY@BNA.COM, TTAYLOR@BNA.COM, mshreve@bna.com
At: 17-Apr-2018 23:56:41

-- > Worth strong TOP/web display - NKorea/Trump/Abe

CIA Chief Pompeo Said to Meet Kim to Lay Ground for Trump Summit
{NSN P7D0EZ6S9728 } MAINBAR out overnight
Trump Says U.S. and North Korea Had Direct `High Level' Talks
{NSN P7CIYG6JTSE8 } out


-- > Worth strong TOP/web display - Southwest

Evidence of Metal Fatigue Found on Engine in Fatal Jet Explosion
{NSN P7D0DW6S973B } new MAINBAR moving overnight
Southwest CEO Faces Test as Deadly Accident Mars Safety Record
{NSN P7CYOX6TTDS3 } out overnight

CONFIDENTIAL

BLP_NS_0000883

Death on Southwest Plane Shatters Record U.S. Safety String
{NSN P7CVL56TTDS1 } out overnight
Southwest Jet Engine Blows Out in Flight, Killing One Passenger
(NEW) {NSN P7CGUV6JIJUO } out
`Sheer Panic' Grips Cabin in First Fatal U.S. Flight Since 2009
(NEW) {NSN P7CIDP6TTDS4 } out


-- > Worth strong TOP/web display - Politics/IRS/AT&T

Taxpayers Get an Extra Day to File After IRS Computers Fail
{NSN P7D47H6S9729 } 4 a.m. version moving
Democrats Unified Against Trump But Torn on Election Agenda
{NSN P7CXOG6S9728 } moving at 4 a.m.
AT&T Seen Having Edge Over U.S. in Court Battle for Time Warner
{NSN P7CRA06TTDS9 } moving at 4 a.m.
Putin Said to Seek Trump Deal Even After Sanctions, Syria Attack
{NSN P7CKRJ6TTDSE } out overnight via EMEA
Trump Lawyer's Document Review Could Slow Pace of Prosecutors
{NSN P7CVYM6JIJUP } moving at 5 a.m.
McConnell Rules Out Senate Vote on Bill to Bar Mueller's Firing
{NSN P7CO5A6K50XT } out


-- > Worth strong TOP/web display - Trade/Economy/FinReg

Tech Firms May Beat Trump in Debate Over Chinese Joint Ventures
(NEW) {NSN P7CH8W6K50XT } CFIUS-Lobbying SCOOP out
Kudlow Says TPP Reconsideration More `Thought' Than `Policy'
{NSN P7CBFW6TTDS4 } out


* TRUMP-KIM - President Donald Trump said that talks have been taking place at at a very
high level between senior U.S. officials and North Korean Leader Kim Jong Un. The
president didn't offer many specifics on the discussions, but they're taking place as the
two adversary nations prepare for a possible historic meeting between their two leaders.
As for the meeting, Trump said it wouldn't take place in the U.S., even as he said there
were several sites under consideration. We have a lead on a few possible locations that
are mentioned in the mainbar running overnight, as well as come places that won't be
considered. We're determined to break news on the event, particularly its location and
any other key logistics. White House, National Security, AsiaGov

* TRUMP-ABE - President Donald Trump will meet with Japanese Prime Minister Shinzo Abe on
Wednesday at his Mar-a-Lago golf resort in Florida, where the two will discuss trade and
security issues. Abe will press for a break from steel and aluminum tariffs that the U.S.
announced last month, while also making sure that Japanese interests are considered as
Trump prepares to meet with North Korean leader Kim Jong Un in the next few months. On
Wednesday, Trump and Abe will meet starting at 2 p.m. DC time, then hold a joint press
conference at 5:30 p.m. DC time, before decamping for dinner at 7:30 p.m. White House &
AsiaGov/Olorunnipa & Reynolds

* SOUTHWEST - We'll follow up Wednesday on the failure of a Southwest Airlines jet engine
that killed a passenger aboard a flight from New York to Dallas in the first fatality
aboard a U.S.-flagged carrier in nine years. The incident is prompting an intense federal
investigation that could lead to the grounding of some planes with similar engines,
depending on the findings of safety agency officials. We're working closely with Global
Business on the aftermath of the crash, looking at both the impact on Southwest and the
industry, as well as on the response by U.S. regulators. We'll also consult with the
legal team about possible liability for the carrier. Regulation & Global Business/Levin

* TRADE - We're looking now at whether the U.S. and China will begin talks to resolve
their differences in coming days. We're also awaiting another list from the U.S. of

CONFIDENTIAL

Chinese products to be hit with tariffs, this one coming in response to Trump's call for additional levies. We're also looking at whether the U.S. is serious about getting back into the Trans-Pacific Partnership -- an accord the U.S. exited as soon as Trump took office -- late Tuesday Trump tweeted more about his misgivings with the accord. The Trump administration has also signaled some interest in getting a Nafta deal done soon, and the U.S., Canada and Mexico signaled last week that their talks are entering a new, intensive phase. We'll work with the USEco, AsiaGov, Energy and Global Business teams to assess the next steps. White House & USEco & Congress

* RUSSIA-SANCTIONS - We're still on the lookout for additional possible U.S. sanctions on Russia specifically related to any support given to the Syrian regime's chemical weapons programs -- a move foreshadowed on Sunday by U.S. Ambassador to the UN Nikki Haley. The move didn't happen on Monday, as promised, and it's unclear whether it really is still to come. We have a template {NSN P78FCY6JTSE8 } ready in STRQ. We'll be watching the Treasury website closely. For early Wednesday morning, EMEA is moving a piece looking at how Russian President Vladimir Putin is still looking for rapprochement with the Trump administration in the wake of sanctions and the Syria strikes. White House & USEco & National Security

* MUELLER-TRUMP - The Russia probe moved closer to President Donald Trump's inner circle this week as FBI agents raided the offices and hotel room of his personal lawyer. Trump's angry response has revived fears that he might do the unthinkable and fire Special Counsel Robert Mueller, a move that would unleash a political firestorm. On Monday in New York, a judge denied a request from Trump to keep prosecutors from immediately reviewing evidence seized by the FBI last week from his longtime personal lawyer, Michael Cohen. The USLegal team is covering the Cohen hearings on Monday. We have templates for Trump firing Mueller, Rosenstein and Attorney General Jeff Sessions. We're have a full coverage plan {NOTE /ID 6543413355943034880} in the event of a Mueller firing. White House & USLegal

* PRUITT - EPA Administrator Scott Pruitt remains under scrutiny for his lease of a room in a Capitol Hill apartment owned by a lobbyist, but he got a vote of confidence from President Donald Trump over the weekend. Even so, White House officials are dismayed about the arrangement, including his initial inability to produce documentation about his lease or payments. We'll follow up on his status and new angles on his living arrangements. And, yes, We have templates (see below) for possible ousters, including one for Pruitt. Regulation


-- > Templates!!!

* TRUMP-TURMOIL - We have templates for departures of and new jobs for several key administration officials. Most can be found in NH INT:

** PRUITT-OUT - {NSN P6S8HG6KLVRH } Pruitt ousted as EPA chief
** KELLY - {NSN P5HKL86TTDSH } Chief of Staff John Kelly's exit
** PERRY - {NSN P5JUF26KLVSL } the Energy Secretary's move to the VA
** KUSHNER-IVANKA - {NSN P5HTCZ6TTDS0 } - departure of Ivanka Trump and Jared Kushner from the administrationn
** SESSIONS - {NSN P5HIEY6K50XT } if he quits or is fired as attorney general.
** MCGAHN - {NSN P5JLMM6S9728 } for White House Counsel Don McGahn exit
** HAGIN - {NSN P5JP5P6KLVR4}
** DEVOS - {NSN P5LOWZ6TTDS1 } Education Secretary Betsy DeVos
** CARSON - {NSN P5N35K6JIJUT} Housing Secretary Ben Carson


* TRUMP-RUSSIA-FLYNN - We'll work with the US Legal team on new angles on Special Counsel Robert Mueller's Russia probe. Trump says he has no intention of firing Mueller, but the US Legal team has prepared templates just in case he decides to move against him, as well as templates for charges against a range of Trump associates. Here's a list of links:
*Jared Kushner  {NSN P2NTSF6JTSE9 }
*Donald Trump Jr. {NSN P4RNM86JIJUO }

CONFIDENTIAL

*Tony Podesta {NSN P5HLKI6TTDS1 }
*Carter Page: {NSN P4RNN86JIJUQ }
*Hope Hicks  {NSN P4XJZQ6JIJUY }
*Sam Clovis {NSN P4RP7Y6JIJUO }
*K.T. McFarland  {NSN P4RNO76TTDS1 }
*Bijan Kian {NSN P4RNPE6TTDS1 }
*Trump orders Mueller fired {NSN P3FO7Q6JIJUO }
*Mueller fired {NSN P5NA5L6TTDS4}
*Russian hackers charged {NSN P4XOWW6S9728 }
*Rick Gates plea deal  {NSN P4IPXVSYF01T }
*Manafort re-indictment {NSN P4IS276S972N }
*B-matter on Manafort loans {NSN P4VTMG6TTDS0 }
White House & National Security & Congress/Strohm, Pettypiece, Dennis, House

* MCCAIN - Republican Senator John McCain's health remains delicate as he continues to
receive treatment for a brain tumor. We have a template ready {NSN P1BREK6TTDS1 } in case
he decides to resign because of health reasons and there's also an obit {NSN P0NR6N6KLVRF
} in the INT queue. If he dies, it should be a *red* headline. Congress


-- > Wednesday

* SEC-FIDUCIARY (April 18) - The Securities and Exchange Commission is scheduled to meet
to discuss its version of the Obama-era fiduciary rule that requires brokers to put their
clients' interests first. If enacted eventually, the SEC's rule would sub out one created
under the Labor Department by President Barack Obama. There's a preview moving on
Wednesday on the new SEC rule ahead of the agency's 3:30 vote. FinReg/Bain & Schmidt

* TRUMP-ABE (April 18) - President Donald Trump is scheduled to meet with Japanese Prime
Minister Shinzo Abe in Florida at Trump's Mar-a-Lago golf resort. Their agenda will
include North Korea and trade. White House/Olorunnipa

* IMF-WORLDBANK (April 18) - The semi-annual meetings of the International Monetary Fund
and World Bank continue in Washington through the weekend.  Officials from the IMF, World
Bank, G-20 finance ministries and central banks will be in town all week, with events
ramping up Wednesday and continuing through Sunday. Here's the full coverage plan: {NSN
P7CIF46KLVR5 } and a link to the official schedule: https://bit.ly/2qfa1gM

* SCOTUS (April 18) - The U.S. Supreme Court meets at 10 a.m. and may issue opinions.

* MULVANEY (April 17) - White House Budget Director Mick Mulvaney will appear at 10 a.m.
before a House Appropriations subcommittee on the 2019 budget.

* PERDUE (April 17) - Agriculture Secretary Sonny Perdue testifies at 9:30 a.m. before a
House Appropriations subcommittee on the agency's 2019 budget request. He then appears at
1:30 p.m. before another House Appropriations subcommittee.

* CARSON (April 17) - Housing Secretary Ben Carson testifies 2:30 p.m. before a Senate
Appropriations subcommittee on the agency's 2019 budget.

* CBO-BUDGET (April 17) - Congressional Budget Office Director Keith Hall testifies at 3
p.m. before a House Appropriations subcommittee on the 2019 budget.

* CORKER-BREAKFAST (April 18) - Retiring Senate Foreign Relations Committee Chairman Bob
Corker speaks at the Christian Science Monitor breakfast in Washington at 8:30 a.m.
National Security/Flatley

* MIDEAST-POLICY (April 18) - The House Foreign Affairs Committee hears testimony at 10
a.m. from Acting Assistant Secretary of State David Satterfield and Acting Assistant
Secretary of State A. Wess Mitchell on U.S. policy in the Middle East. National Security
monitoring

CONFIDENTIAL

BLP_NS_0000886

* CYBER-ELECTIONS (April 18) - The Election Assistance Commission holds a foru,m at 2 p.m. on election security forum with officials from different states in Miami. National Security/Syeed (monitoring remotely)


-- > Thursday

* IMF-WORLDBANK (April 19) - The semi-annual meetings of the International Monetary Fund and World Bank continue in Washington through the weekend.  Officials from the IMF, World Bank, G-20 finance ministries and central banks will be in town all week, with events ramping up Wednesday and continuing through Sunday. Here's the full coverage plan: {NSN P7CIF46KLVR5 } and a link to the official schedule: https://bit.ly/2qfa1gM


-- > Friday

* IMF-WORLDBANK (April 20) - The semi-annual meetings of the International Monetary Fund and World Bank continue in Washington through the weekend.  Officials from the IMF, World Bank, G-20 finance ministries and central banks will be in town all week, with events ramping up Wednesday and continuing through Sunday. Here's the full coverage plan: {NSN P7CIF46KLVR5 } and a link to the official schedule: https://bit.ly/2qfa1gM



-- > Stories in works for the coming week

* SENATE-GOP-RECRUITMENT - story in works for midweek next week. The map of 2018 Senate races gives Republicans significant advantages but those have been mitigated by difficulty recruiting solid candidates to challenge Democrats and the potential for some divisive GOP primaries. Congress/John

* ELECTION-PARTIES - Tentatively for Thursday at 4 a.m. The one election theme for Democrats is there is no theme. Candidates looking to capture Republican seats in November increasingly look like free agents, willing to buck Democratic orthodoxy and barely mentioning the one issue that most motivates the party's base: Donald Trump. Congress/Kapur

* ELECTION-FARMERS - IF, timing TBD. Worries in farm country about China targeting agriculture in a trade war is giving a new opening to a handful of Democrats who already are trying to pry loose the rural vote. Congress/Bjerga

* SAUDI-LOBBYING - story in edits for BWeek. The Saudis have a new ground game in Washington, which was heralded by the Crown Prince's sweeping U.S. tour and showcased with a gala dinner at which the old guard was feted even as the new guard of Saudi lobbyists and loyalists was ushered in DC to press the vision and interests of MBS. Corporate Influence & EMEA/Allison & Nereim

* BOLTON-CONFLICTS - story in works, timing TBD. We're mapping out John Bolton's relationship with his foundation and PACs to see whether the White House has reason to be concerned about conflicts of interest or his financial situation. White House & Corporate Influence/Olorunnipa & Allison

* TRUMP-RNC - story in works for later in week. The Republican National Committee has bolstered staffing in its real-time "war room" to record every chyron that appears on Fox News, so that they can tell what's setting the president off on Twitter. White House/Jacobs

* TRUMP-IMMIGRATION-WELFARE - story in works for next week. The Republican establishment wants to go into the midterm elections talking about tax cuts. But Donald Trump wants to make immigration and welfare reform the central issues. The divide makes it more likely

CONFIDENTIAL

this election, like most midterms, will simply be a referendum on the president. White House/Sink & Olorunnipa

* UNLICENSED CHARTERS - story in works for next week or the week after. On dozens of occasions, Peter Guber, the Southern California moviemaker and part owner of the Dodgers, took flights on a gleaming chartered jet. Only later did he discover that the charter company was a shell without proper FAA certification and pilots without required licenses. Aviation industry groups say Guber's experience is typical of a problem that threatens safety. Regulation/Levin

* CLOUD PEAK - in works, aiming for next week. Like many U.S. coal companies, Cloud Peak Energy had a wish-list for regulatory rollbacks that grew with virtually every stroke of a cabinet secretary's pen during the Obama era. Eleven days after Trump was sworn in, its prayers began to be answered with rollbacks of Obama regulations aimed at ensuring the public gets a fair share of mining done on federal land. Regulation & Power/Roston, Loh & Dlouhy

* CIA-BUSINESS - Timing TBD. CIA Director Mike Pompeo brought aboard a West Point classmate and former business partner Brian Bulatao, to serve as the spy agency's No. 3 official with a task of modernizing operations. Bulatao has private-equity experience and was a co-founder with Pompeo of Thayer aerospace. He has agreed to a sit-down interview with Bloomberg to discuss the mission of bringing a business sensibility to the CIA, and we'll use the moment to ask about how the agency has responded and whether there are any specific problems he sees needing immediate attention. National Security via Businessweek/Syeed

* DEMOCRATS-TAXES - story in the works for midweek next week. Democrats in Congress are in no mood to help Republicans fix the errors and omissions in the hastily drawn tax law they passed in December. Congress/Kapur

* SUNKEN LAND -- Climate change is challenging centuries-old U.S. laws about private property rights along the water, pitting coastal landowners against state governments and other interest groups. Examples from Louisiana, Alabama, North Carolina and Florida show that governments and courts are struggling to answer a basic question: Who owns the land that goes underwater? Regulation/Flavelle

* GREEN-DOMINICA - story in works, timing TBD. Hurricane Maria damaged or destroyed 90% of the homes in Dominica, a Caribbean nation of 74,000 people. Now Prime Minister Roosevelt Skerrit says he wants to rebuild his country as the world's "first fully climate resilient nation," creating a stormproof housing stock, energy grid, telecommunications system and agriculture sector. Bonus: The project's biggest backer is an Irish billionaire. We've been promised access to the prime minister. Regulation/Flavelle

* WARNER-EVOLUTION - story in works, timing TBD. Virginia Senator Mark Warner, a man who made his money in tech has emerged as one of the industry's leading critics on Capitol Hill. The lawmaker credits Google and Facebook insiders who've formed a non-profit dedicated to lessening tech's grip on young minds as opening his own mind to the hazards. We take a look at the education and evolution of Warner. Regulation/Shields

* EXPLORERS - story  in works, timing TBD. For five years now, Ford has struggled to resolve a nettlesome problem with its high-volume Explorer SUV: exhaust fumes seeping into the cabin. More than 2700 people have complained about smelling the fumes and 39 people have been injured, prompting a federal defect probe after several attempts by Ford to resolve the problem failed to stem complaints. The company recently issued a new nationwide fix but Ford could still face a recall if regulators decide the cars are defective. Worse, if an agreed upon fix can't be found, the company may have to buy back more than 1 million vehicles. Regulation & Autos/Beene & Naughton

# 30 #

CONFIDENTIAL

BLP_NS_0000888

CONFIDENTIAL

BLP_NS_0000889