UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

NAFEESA SYEED,

               Plaintiff,

      -against-

BLOOMBERG L.P.,

              Defendant.

Case No. 1:24-cv-06101 (GHW) (GWG)

**DECLARATION OF NAFEESA SYEED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

-------------------------------------- X

I, Nafeesa Syeed, declare:

1.     I am the Plaintiff in the above-captioned case. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2.     I am an award-winning writer, editor, multimedia producer and instructor with two decades of full-time experience on four continents in spot news and enterprise reporting, editing and producing.

3.     My areas of expertise include, but are not limited to, the following: 1) Writing, editing and producing for competitive, real-time print and broadcast news as well as longform magazine, documentary-film and radio portals; Generating creative, multimedia feature stories from the United States, South Asia, Middle East, North Africa and Sub-Saharan Africa; 2) Covering cybersecurity, intelligence, foreign policy, national security, political, emerging markets, tech, courts, presidential campaigns, urban affairs and culture beats; 3) Co-authoring an acclaimed

book, *Arab Women Rising* and 4) Working with a range of writers and students on the craft of essay writing and creative writing.

4. Additionally, I conduct guest lectures and teach writing workshops at several universities, which have included undergraduate and graduate seminars at University of California, Los Angeles ("UCLA"), The New School, Georgetown, Columbia, George Washington, Virginia Tech, Claremont, Lighthouse Writers Workshop, Wharton School at University of Pennsylvania ("UPenn"), University of Kashmir and University of the West Indies. I also have presented work at the Institute for Advanced Study in Princeton, New Jersey and the American Academy in Rome.

5. My employment with Bloomberg commenced in October 2014 when I was hired as a Gulf Politics and Economy Correspondent within Bloomberg's Dubai Bureau. From October 2014 to March 2016, I reported on political and economic news in Gulf Arab countries, producing and editing breaking news and features from the United Arab Emirates. In addition, I headed the daily Yemen war spot and analysis reporting in coordination with stringer and Riyadh bureau chief, including features on AQAP and southern separatism.

6. From April 2016 to July 2018, I was a National Security Correspondent within Bloomberg's Washington D.C. Bureau. As a National Security Correspondent, I primarily covered the nexus of cyber and technology with national security, foreign policy, defense and intelligence for Bloomberg News and Businessweek. My duties also included, but were not limited to, producing and editing breaking news, analysis and features from the nation's capital for print, television and radio.

7. The first time I expressed interest in the United Nations Reporter position covering foreign policy is when I visited the New York bureau between late November or early December

2015. During meetings with Flavia Krause-Jackson, Laura Zelenko, and other senior Bloomberg employees within the New York bureau, I conveyed my interest and requested that I be considered for the role, which was newly vacated at the time.

8.      In spring 2018, I also repeatedly expressed my interest in the United Nations Reporter role to my team leader, Bill Faries, senior managers in the Washington D.C. bureau, managers in the New York bureau, other Bloomberg employees on the national security team. Craig Gordon was also aware of my desire to fill the U.N. role., which was once again newly vacated at the time.

9.      I would have been equally interested in the expanded U.N. Reporter position covering foreign policy and national security news had I been made aware of the purported tweaks in the scope of responsibility.

10.      Attached hereto as **Exhibit A**, is a copy of my current resume.

11.      Each statement in the attached resume is true and correct, and I adopt it as my testimony.

12.      Since August 2024, I have worked as a lecturer and Associate Research Scholar at Yale University ("Yale"). As a lecturer within Yale's English Department, I have taught "Reading and Writing the Modern Essay," a nonfiction journalism course on the craft of the literary essay. As an Associate Research Scholar in Yale's MacMillan Center for International and Area Studies, I conduct research and write, primarily with the South Asian Studies Council. Additionally, I have authored nonfiction work based on original research, which has been published in literary and journalistic outlets, including an acclaimed 7,500-word deeply reported essay, "A Kashmiri in Cashmere," in *The Markaz Review*; and author interview in *Public Books*. I also spearheaded programming, including organizing and moderating campus events with prominent journalists,

authors and scholars through critical engagement of their recent reportage and books. Lastly, I served on the journalism fellowships committee, awarding grants to student journalism projects.

13.    From December 2021 to June 2024, I worked as an Assistant Op-Ed Editor at The Los Angeles Times, where I edited and commissioned op-eds, commentary, essays and narrative writing from renowned academics, policy and legal analysts, novelists, scientists and other writers for the Opinion Section in online and print formats. My responsibilities also included the following:

- Heading opinion coverage of the Ukraine war and Israel/Gaza war coverage;

- Leading foreign policy commissioning on major global debates and policy in countries such as in China, Tunisia, Pakistan, Sudan, India, Sri Lanka, Morocco, Algeria, Germany and the U.K.;

- Leading personal essay, experimental essay and narrative writing commissioning with renowned novelists, poets and nonfiction writers, from ideation and multiple drafts to revisions of final text;

- Discovering new and emerging writers from underrepresented communities, and working closely with them one-on-one to develop their voices.

- Publishing original poetry; editing and commissioning book reviews (for both novels and nonfiction) and book-related content on critical new works for Books & Ideas vertical in the Opinion Section.

- Regularly working with major U.S. book publishers to develop excerpts and essays with renowned writers;

- Working with contributors on environmental issues, including but not limited to, major figures like Greta Thunberg and Martha Nussbaum;

4

- Playing a key role in an abortion series after the Supreme Court's ruling on *Roe vs. Wade,* including recruiting a wide range of intellectuals and thinkers to write;

- Leading opinion vertical in the "FORETOLD" podcast series, editing and commissioning widely acclaimed essay series on the Romani community, a groundbreaking project for U.S. media; and

- Teaching quarterly opinion-writing classes at UCLA to students at the Daily Bruin, the university's student newspaper, and to faculty through the Scholars Network.

14. From September 2020 to December 2021, I was self-employed as a freelance editor, editing content for individual clients and new media startups, including California-based Icebreaker media weekly newsletter and founder's blog.

15. From October 2020 to May 2024, I worked as a Visiting Scholar selected for a full-time visiting fellowship at UCLA's Center for India and South Asia at the International Institute. As a Visiting Scholar, I completed research and editing for a book project on Kashmir, publishing an excerpt entitled, "Valley Within a Valley," in the acclaimed literary journal *Critical Muslim, Issue 45: Transitions*.

16. From September 2019 to June 2020, I worked as a Director's Visitor after being selected as full-time member for a fellowship at the Institute for Advanced Study in Princeton, New Jersey. As a Director's Visitor, I completed research and writing for a manuscript, focusing on mid-20th-century Kashmiri political movements. Additionally, I lectured on current events in Kashmir during a speaker series for School of Social Science and participated in Institute seminars on South Asia and the Middle East.

17. From November 2018 to June 2019, I worked as a Visiting Fellow at UPenn, serving as a non-resident fellow at UPenn's Center for the Advanced Study of India in

Philadelphia, conducting research on Kashmiri politics from the 1965 Indo-Pak War through the 1975 Kashmir Accord. I also participated in CASI seminars and workshops and contributed to research discussions with faculty members and students.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: May 29, 2026

_____

Nafeesa Syeed

6