# EXHIBIT A

# NAFEESA SYEED

████████████████████████████████████████████
█████████████████████████████

## SUMMARY

Award-winning writer/editor, multimedia producer and instructor with two decades of full-time experience on four continents in spot news and enterprise reporting, editing and producing. A quick and innovative thinker adept at both working independently in new and unpredictable environments as well as teaming up with colleagues to produce content for global audiences. Areas of expertise:

- ✦ Writing, editing and producing for competitive, real-time print and broadcast news as well as longform magazine, documentary-film and radio portals.
- ✦ Generating creative, multimedia feature stories from the United States, South Asia, Middle East, North Africa and Sub-Saharan Africa.
- ✦ Covering cybersecurity, intelligence, foreign policy, national security, political, emerging markets, tech, courts, presidential campaigns, urban affairs and culture beats.
- ✦ Co-author acclaimed book, *Arab Women Rising*, and assistant producer, *Valley of Saints*, 2012 Sundance audience award winner.
- ✦ Working with a range of writers and students on the craft of essay writing and creative writing.
- ✦ Guest lecturing and teaching writing workshops at universities, including undergraduate and graduate seminars at UCLA, The New School, Georgetown, Columbia, George Washington, Virginia Tech, Claremont, Lighthouse Writers Workshop, Wharton School at University of Pennsylvania, University of Kashmir and University of the West Indies. Presenting work at Institute for Advanced Study and American Academy in Rome.

## PROFESSIONAL EXPERIENCE

**YALE UNIVERSITY / August 2024-present / Lecturer & Associate Research Scholar**
Serving as instructor, researcher and events coordinator for undergraduate and graduate students.
- ✦ Lecturer in English Department, taught "Reading and Writing the Modern Essay," on craft of the literary essay and nonfiction journalism course in Spring 2024.
- ✦ Associate Research Scholar in the MacMillan Center for International and Area Studies, completing research and writing, primarily with the South Asian Studies Council.
- ✦ Authoring longform nonfiction work based on original research, and publishing in literary and journalistic outlets, including acclaimed 7,500-word deeply reported essay, "A Kashmiri in Cashmere," in *The Markaz Review*; and author interview in *Public Books*.
- ✦ Spearheading programming, including organizing and moderating campus events with prominent journalists, authors and scholars through critical engagement of their recent reportage and books. Served on journalism fellowships committee, awarding grants to student journalism projects.

**THE LOS ANGELES TIMES / December 2021-June 2024 / Assistant Op-Ed Editor**

Edited and commissioned op-eds, commentary, essays and narrative writing from renowned academics, policy analysts, novelists, scientists and other writers for the Opinion Section in online and print formats.

- ✦ Headed opinion coverage of Ukraine war and Israel/Gaza war coverage. Led foreign policy commissioning on major global debates and policy in countries such as in China, Tunisia, Pakistan, Sudan, India, Sri Lanka, Morocco, Algeria, Germany and the U.K.
- ✦ Led personal essay, experimental essay and narrative writing commissioning with renowned novelists, poets and nonfiction writers, from ideation and multiple drafts to revisions of final text. Discovered new and emerging writers from underrepresented communities, and worked closely with them one-on-one to develop their voices. And published original poetry from authors.
- ✦ Edited and commissioned book reviews (for both novels and nonfiction) and book-related content on critical new works for Books & Ideas vertical in Opinion Section. Regularly worked with major U.S. book publishers to develop excerpts and essays with renowned writers.
- ✦ Worked with contributors on environmental issues, with major figures like Greta Thunberg and Martha Nussbaum.
- ✦ Played key role in abortion series after Supreme Court ruling on Roe vs. Wade, including recruiting a wide range of intellectuals and thinkers to write.
- ✦ Led opinion vertical in FORETOLD podcast series, editing and commissioning widely acclaimed essay series on the Romani community, a groundbreaking project for U.S. media.
- ✦ Filled in for Letters editor when on leave, selecting and editing readers' letters for daily Letters to the Editor section.
- ✦ Taught quarterly opinion-writing classes at UCLA to students at the Daily Bruin and to faculty through the Scholars Network.

**FREELANCE EDITOR / September 2020-December 2021**
Edited content for individual clients and new media startups, including California-based Icebreaker media weekly newsletter and founder's blog.

**UNIVERSITY OF CALIFORNIA, LOS ANGELES / October 2020-May 2024 / Visiting Scholar**
Selected for full-time visiting fellowship at UCLA's Center for India and South Asia at the International Institute. Completing research and editing for ▮▮▮▮▮ book project on Kashmir. Published, "Valley Within a Valley," excerpt from *Jail Park*, forthcoming book, in acclaimed literary journal *Critical Muslim*, *Issue 45: Transitions*.

**INSTITUTE FOR ADVANCED STUDY / September 2019-June 2020 / Director's Visitor**
Selected as full-time member for fellowship at the IAS in Princeton, New Jersey. Completed research and writing for manuscript, focusing on mid-20th-century Kashmiri political movements. Lectured on current events in Kashmir during speaker series for School of Social Science. Participated in Institute seminars on South Asia and the Middle East.

**UNIVERSITY OF PENNSYLVANIA / November 2018-June 2019 / Visiting Fellow**
Served as non-resident fellow at UPenn's Center for the Advanced Study of India in Philadelphia, conducting research on Kashmiri politics from 1965 Indo-Pak War through 1975 Kashmir Accord. Participated in CASI seminars and workshops; contributed to research discussions with faculty members and students.

**BLOOMBERG NEWS / October 2014-July 2018**
**National Security Correspondent, Washington, D.C. Bureau** *April 2016-July 2018*
Staff reporter covering nexus of cyber and tech with national security, foreign policy, defense and intelligence for Bloomberg News and Businessweek. Produced and edited breaking news, analysis and features from nation's capital for print, television and radio.

- ✦ Led election security coverage with in-depth series ahead of November 2018 midterms.
- ✦ Played key role in tracking impact of Trump administration policies on intelligence, defense and homeland security agencies. Served as Pentagon correspondent.
- ✦ Provided crucial coverage of hacking attacks into U.S. institutions, including stories on encryption, surveillance and privacy.
- ✦ Wrote big-picture feature stories, including on Pentagon's efforts in Silicon Valley and federal cybersecurity recruitment.
- ✦ Covered U.S. foreign policy, with focus on Middle East, including series on Saudi Deputy Crown Prince Mohammed Bin Salman's U.S. visit.
- ✦ Contributed to political coverage, from Congressional hearings to Russia investigations.
- ✦ Produced acclaimed text and photo coverage on Yemeni women through Columbia University reporting fellowship from Jordan and Djibouti.
- ✦ Covered Middle East and Africa news during World Bank and International Monetary Fund meetings in Washington.
- ✦ Regularly appeared on Bloomberg Television and Bloomberg Radio for live, on-air hits as well as participating in other TV networks' shows, including on MSNBC and ABC. Appeared as guest commentator on numerous radio and podcast programs, including NPR and SiriusXM. Moderated panels at Bloomberg Government events, including televised one-on-one discussion with former Homeland Security Secretary Jeh Johnson, and Washington think tanks, such as Middle East Institute panel on Arab women's activism.
- ✦ Produced popular social media-first videos for online network, TicToc News (now QuickTake), partnership between Bloomberg and Twitter. Wrote scripts and narrated videos.
- ✦ Live-blogged for Bloomberg's TOP Live portal on live breaking news events.

**Gulf Politics and Economy Correspondent, Dubai bureau** *October 2014-March 2016*
Bloomberg staff reporter on political and economic news of Gulf Arab countries. Produced and edited breaking news and features from the United Arab Emirates.

- ✦ Headed daily Yemen war spot and analysis reporting in coordination with stringer and Riyadh bureau chief, including features on AQAP and southern separatism.
- ✦ Chronicled Gulf Cooperation Council security and foreign policy beat amid multiple regional conflicts, including major profile of Abu Dhabi Crown Prince. Source-building across government, diplomatic, business, opposition and NGO circles. Cultivated database of Middle East, North Africa and South Asian political and economic analysts.

✦ Covered rise of Islamic State and Syrian war, including strong role in Paris attacks news and popular profile on Abubakar al-Baghdadi.

✦ Reported on U.A.E./Gulf economic shift amid oil slump, including popular stories on IMF, government subsidies and Gulf nationals developing tech startups. Covered major World Economic Forum meetings in U.A.E. and Jordan.

✦ Contributed to Iran deal and post-sanctions coverage from GCC perspective as well as companies and countries looking to break into new market.

✦ Contributed to breaking news and features across region, including Egypt, Syria, Iraq, Kuwait, Bahrain, Tunisia, Turkey, Morocco, Libya, Qatar and Afghanistan.

✦ Appeared on Bloomberg Television for live hits, including during Indian Prime Minister Narendra Modi's U.A.E. visit, as well as speaking on Bloomberg radio programs.

**AL JAZEERA AMERICA / July 2013-September 2014 / Associate Producer, Fault Lines, Washington D.C.**
Produced half-hour documentary films for award-winning current affairs program, "Fault Lines," airing weekly on Al Jazeera English and Al Jazeera America.

✦ Conducted extensive quantitative and qualitative research for "America's War Workers," documentary film on trafficking of migrant workers from India to Dubai to U.S. military bases in Afghanistan. Debuted March 2014.

✦ Field-produced shoots and conducted on-camera interviews with senior government officials, senators and congressmen for "Collect It All," documentary film on national security, surveillance and privacy. Debuted November 2013.

✦ Completed in-depth research and interviews for "Made in Bangladesh" film looking at the supply chain of U.S. retailers and Bangladesh's garment industry. Debuted August 2013.

✦ Contributed research and production assistance for other films, including field-producing interviews with former military officials and analysts for film on Taliban in eastern Afghanistan; film on Texas abortion laws; film on Ferguson riots; and film on South Sudan 2014 conflict.

✦ Assisted with production tasks, including with boom microphone on field shoots and logging interview tapes. Received training on DSLR cameras.

**FREELANCE MULTIMEDIA JOURNALIST / June 2011-June 2013**
Produced original content for leading news outlets in multiplatform storytelling formats; traveled solo throughout South Asia, the Middle East, North Africa and Sub-Saharan Africa.
**Writer, The Wharton School**

✦ Coauthored book "Arab Women Rising: 35 Entrepreneurs Making a Difference." Book featured in New York Times, NPR, Christian Science Monitor, Buzzfeed, GlobalPost, Solutions Journal and La Repubblica, among others. Speaking tour included Google New York office, Facebook HQ, Georgetown University, Columbia University, TechWadi Silicon Valley conference, HerGirlFriday at The Atavist. Appeared live on NPR's Tell Me More, Wharton podcast, YourMiddleEast podcast and KBIA's Global Journalist.

✦ Wrote features and conducted interviews for Arabic Knowledge@Wharton online business journal, including with Nobel economic laureates, CEOs and entrepreneurs on

economic development and political expression. Co-taught 10 Wharton MBA students during fall 2012 semester required writing course.

**Writer and Multimedia Features Producer**

✦ Produced widely shared articles and slideshows for The Wall Street Journal's IndiaRealTime portal and The Christian Science Monitor from India and Yemen.

✦ Wrote on Yemen and Tunisia's post-revolution context for Al-Monitor with in-depth analyses looking at economic development and political transition. Led series on arts an culture amid upheaval, including producing viral multimedia project, "50 People Shaping Culture in the Middle East," cross-posted on Huffington Post. Interviewed musicians, painters, singers and other artists across region.

✦ Other news features from the Middle East and South Asia appeared in print or online for The Associated Press, The Guardian, Rolling Stone Middle East, Al Jazeera English, The National, VICE, Tehelka, Guernica magazine, Quartz, The Believer, GlobalPost, Women's eNews and Popular Anthropology magazine.

**THE CARAVAN / December 2010-June 2011 / Chief Copy Editor, New Delhi, India**
Edited and proofed all manuscripts and page layouts each month for India's only narrative journalism magazine, with major cover stories on national Indian politics and economy. Edited content including investigative longform features, opinion pieces, arts and culture profiles, fiction and photo essays.

**VALLEY OF SAINTS / October 2010-December 2010 / Assistant Producer, Srinagar, Kashmir**
Assisted with daily on-site production tasks and shot interviews with cast and crew members for feature film, *Valley of Saints,* winner of Sundance Film Festival 2012 audience award. Shot two-dozen interviews about Dal Lake for educational portal to accompany film.

**THE ASSOCIATED PRESS / October 2006-October 2010**
**Staff Writer, Mid-Atlantic Bureau, Washington D.C.** *May 2008-October 2010*

✦ Reported state and national news, focusing on public safety, courts and urban affairs in the U.S. capital. Worked as solo weekend editor for six months; frequently filled in for daily news desk supervisor, night editor and early broadcast editor, managing reporters as well as editing and publishing content for print and broadcast wires. Scripts often read verbatim on local TV and radio outlets in Washington, D.C.

✦ Developed first Mid-Atlantic public safety enforcement agencies, including the Metropolitan Police Department, U.S. Capitol Police, U.S. Park Police and FBI Washington Field Office.

**Staff Writer, Des Moines, Iowa AP Bureau** *October 2006-April 2008*

✦ Reported on state and national news; often worked solo broadcast, night and weekend editing shifts. Scripts read verbatim on local TV and radio outlets in Iowa.

✦ Covered the presidential campaigns of more than a dozen candidates, including Barack Obama, John McCain, Joe Biden, John Edwards and Fred Thompson, writing on their policies toward the economy, immigration and the Iraq war ahead of the 2008 Iowa caucuses.

**MATCH CHARTER HIGH SCHOOL / August 2004-August 2005 / Urban Education Fellow, Boston, Mass.**

Full-time journalism adviser and supplementary teacher, grades 9-12. Organized "Words 4 Change" citywide slam poetry event to benefit Boston Adult Literacy Fund. Taught English to immigrant students at Brighton High School through AmeriCorps program.

**USA TODAY / June 2002-April 2003 / Freelancer, Egypt; World Desk Intern, McLean, Virginia**

Cairo stringer during 2003 U.S. invasion of Iraq, fielding reports from protests and coordinating interviews for foreign reporters. Researched for foreign editor and staff. Contributed to investigative coverage for award-nominated World Trade Center 9/11 anniversary articles.

## EDUCATION

**SCHOOL OF ORIENTAL AND AFRICAN STUDIES, UNIVERSITY OF LONDON Graduated December 2006, London, U.K.**

- ✦ MA in Comparative Literature, with Distinction in Modern Arabic and South Asian languages

**GEORGETOWN UNIVERSITY**

**Graduated May 2004, Georgetown College, Washington D.C.**

- ✦ BA, magna cum laude, double-major in Arabic and Government. GPA: 3.7/4.0

**AMERICAN UNIVERSITY OF CAIRO Spring 2003, Egypt, International Study Program**

## AWARDS & FELLOWSHIPS

- ✦ September 2021: Selected as 2021-23 Writing in Color Fellow, Lighthouse Writers Workshop.
- ✦ September 2017: Media Fellow, Center for the Study of Social Difference, Columbia University, awarded in partnership with Luce Foundation.
- ✦ July 2015: "America's War Workers," Emmy nomination for investigative journalism in news magazine, associate producer. "Ferguson: City Under Siege," Emmy nomination for coverage of breaking news in news magazine, associate producer.
- ✦ April 2015: "America's War Workers," Overseas Press Club human rights award, associate producer.
- ✦ April 2014: "Made in Bangladesh," Peabody Award for broadcast journalism, associate producer.
- ✦ June 2010: "D.C. Sniper Ex-Wife," Second Place, Features category, Daily Newspapers/Wires division, 2009 Dateline Awards, Society of Professional Journalists Washington D.C. Pro Chapter.
- ✦ June 2009: "Helicopter Crash," First Place, Spot News category, Daily Newspapers/Wires, 2008 Dateline Awards.

## SKILLS & TRAINING

- ✦ Advanced knowledge of written and spoken Modern Standard Arabic. Conversational Spanish. Familiar with conversational Hindi/Urdu and Kashmiri.

✦ Summer 2022: Weeklong advanced fiction writing workshop at Lighthouse Writers Workshop, with novelist/essayist Tiphanie Yanique. Craft seminar intensives on narrative, voice and point of view at Lighthouse LitFest with writers such as Dan Chaon, Steve Almond, Nadia Owusu and Teow Lim Goh.

✦ Fall 2020: Twelve-week advanced novel workshop at A Public Space, with novelist/translator Elizabeth Gaffney.

✦ Fall 2019: Six-week advanced fiction writing workshop at Catapult in New York, with author/journalist Kanishk Tharoor.

✦ Spring 2019, Fall 2018: Two ten-week sessions at StoryLab fiction-writing workshop at Drexel University, with novelist and professor Nomi Saunders.

✦ August 2012: Completed weeklong narrative journalism masterclass with The New Yorker staff writer Jon Lee Anderson at La Porte Peinte Centre, Noyers, France.

✦ October 2011: Completed Wharton Seminar for Business Journalists, weeklong training with business school professors, Philadelphia.

✦ Previous member of Media Guild of the West, Arab and Middle Eastern Journalists Association; Asian American Journalists Association; South Asian Journalists Association; Association of Writers and Writing Programs.