UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

NAFEESA SYEED

Plaintiff,

-v.-

BLOOMBERG L.P.

Defendant.

---------------------------------------------------------------x

ORDER

24 Civ. 6101 (GHW) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

The Court is today filing a Report and Recommendation under seal with respect to the motions for summary judgment (Docket # 79) and to exclude (Docket # 84) recommending that the motion for summary judgment be granted and that the motion to exclude be denied as moot. The Court is transmitting copies of the Report and Recommendation to the lead attorneys by email.

The Court is filing the entirety of the Report and Recommendation under seal because it is unable to easily determine whether there are any portions of the Report and Recommendation that reveal materials permitted to be sealed by this Court's Order of August 21, 2026 (Docket # 130).

Because the sealed materials do not derive from plaintiffs' own documents, the Court directs defendant to review the Report and Recommendation to determine if there are any portions that directly reveal sealed materials. Defendant shall publicly file a letter on ECF as soon as possible (and no later than 2 business days from the date of this Order) that annexes the complete Report and Recommendation showing any proposed redactions, all of which shall be consonant with Docket # 130. If defendant asserts redactions are required, defendant shall also file under seal a letter that attaches a version of the Report and Recommendation that highlights its proposed redactions.

If plaintiffs believe that defendant's proposed redactions do not in fact reveal sealed materials, they shall file a letter within 2 business days thereafter explaining their position.

The parties are reminded that pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure 72(b), the parties have fourteen (14) days (including weekends and holidays) from today to file any objection to the Report and Recommendation

SO ORDERED.

Dated: August 31, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge